# Court Transcript Index

Civil Action Number: 2:17-01146
Claimant: Trish Ann Fontana
Account Number: 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

| Court Transcript Index | Page No. | No. of Pages |
|---|---|---|
| AC Denial (ACDENY), dated 06/30/2017 | 1-7 | 7 |
| ALJ Hearing Decision (ALJDEC), dated 01/29/2015 | 8-23 | 16 |
| Claimant-supplied Evidence (CLMTEVID), dated 09/15/2016 to 10/10/2016, from Dr. Jory Richman | 24-28 | 5 |
| Claimant-supplied Evidence (CLMTEVID), dated 12/21/2015 to 06/16/2016, from UPMC | 29-32 | 4 |
| Claimant-supplied Evidence (CLMTEVID), dated 06/09/2015, from Dr. Jory Richman | 33 | 1 |
| Transcript of Oral Hearing (TRANHR), dated 12/03/2014 | 34-60 | 27 |

## Exhibits

| Exhibit No. | Description | Page No. | No. of Pages |
|---|---|---|---|
| 1A | Disability Determination Explanation - Title II - Physical RFC Paul Fox, MD, dated 07/09/2013 | 61-70 | 10 |
| 2A | Disability Determination Transmittal - Title II - PTTYPE - 7160/7240, dated 07/09/2013 | 71 | 1 |
| 1B | Personal Decision Notice - Title II Notice of Disapproved Claim, dated 07/10/2013 | 72-76 | 5 |
| 2B | Request for Hearing by ALJ, dated 09/16/2013 | 77-78 | 2 |
| 3B | Appointment of Representative - Lawrence E Bolind, Jr., Esquire, dated 09/16/2013 | 79 | 1 |
| 4B | Request For Hearing Acknowledgement Letter, dated 04/02/2014 | 80-89 | 10 |
| 5B | Outgoing ODAR Correspondence - Letter to REP w/ Questionnaires/Barcodes, dated 03/29/2014 | 90-100 | 11 |
| 6B | Hearing Notice, dated 09/30/2014 | 101-126 | 26 |
| 7B | Acknowledge Notice of Hearing/Will be present, dated 09/30/2014 | 127-128 | 2 |
| 8B | Resume of Vocational Expert Samuel E. Edelmann, M.Ed., dated 11/14/2014 | 129-130 | 2 |
| 9B | Notice Of Hearing Reminder, dated 11/19/2014 | 131-136 | 6 |
| 10B | Request for Review of Hearing Decision/Order, dated 04/06/2015 | 137-139 | 3 |
| 1D | New Hire, Quarter Wage, Unemployment Query (NDNH), dated 03/29/2014 | 140-141 | 2 |
| 2D | Certified Earnings Records - ICERS - DLI:  3/31/2015, dated 03/29/2014 | 142-143 | 2 |
| 3D | Summary Earnings Query, dated 03/29/2014 | 144 | 1 |
| 4D | Detailed Earnings Query, dated 03/29/2014 | 145-148 | 4 |
| 5D | Certified Earnings Records, dated 10/27/2014 | 149-151 | 3 |

DATE: April 18, 2018

The documents and exhibits contained in this administrative record are the best copies obtainable.

# Court Transcript Index

Civil Action Number: 2:17-01146
Claimant: Trish Ann Fontana
Account Number: 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

## Exhibits

| Exhibit No. | Description | Page No. | No. of Pages |
|---|---|---|---|
| 1E | Disability Report - Field Office, dated 04/18/2013, from Interviewer | 152-154 | 3 |
| 2E | Disability Report - Adult, dated 04/18/2013 | 155-162 | 8 |
| 3E | Work History Report, dated 04/18/2013 | 163-172 | 10 |
| 4E | DDS Disability Worksheet, dated 04/19/2013 | 173-178 | 6 |
| 5E | Work History Report, dated 04/24/2013, from Claimant | 179-189 | 11 |
| 6E | Function Report - Adult - w/ Supplemental Function Questionnaire, dated 04/30/2013, from Claimant | 190-200 | 11 |
| 7E | Copy of Case Development Claimant Correspondence, dated 2013-06-11 to 05/29/2013, from Claimant | 201-204 | 4 |
| 8E | Disability Report - Field Office, dated 09/16/2013 | 205-206 | 2 |
| 9E | Disability Report - Appeals, dated 09/16/2013 | 207-212 | 6 |
| 10E | Report of Contact, dated 11/13/2013, from DO #A34 | 213 | 1 |
| 1F | Radiology Report, dated 03/08/2010 to 10/29/2010, from JRMC Diagnostic Services | 214-220 | 7 |
| 2F | Office Treatment Records, dated 03/08/2010 to 10/29/2010, from JRMC Diagnostic Services Brentwood-David Mance, DPM | 221-226 | 6 |
| 3F | Office Treatment Records, dated 01/18/2010 to 03/24/2011, from David J. Mance, DPM-JRMC Diagnostic Services Brentwood | 227-271 | 45 |
| 4F | Physical/Occupational Therapy Records, dated 10/27/2011 to 11/07/2011, from Jefferson Regional Medical Center | 272-278 | 7 |
| 5F | Emergency Department Records, dated 04/07/2010 to 04/17/2013, from UPMC Mercy at South Side Outpatient Center | 279-318 | 40 |
| 6F | Emergency Department Records, dated 11/12/2011 to 04/17/2013, from UPMC MERCY | 319-328 | 10 |
| 7F | Unsuccessful Development Attempt to Secure Medical-There are No Dates of Service, dated 04/23/2013, from WEIDNER, GREGG | 329-334 | 6 |
| 8F | Office Treatment Records, dated 06/27/2011 to 04/24/2013, from Jory D. Richman, MD | 335-345 | 11 |
| 9F | Unsuccessful Development Attempt to Secure Medical-There are No Dates of Service, dated 05/15/2013, from WEIDNER, GREGG G | 346-351 | 6 |
| 10F | CE Acknowledgement, dated 2013-06-11 to 06/11/2013, from AMCE PHYSICIANS GROUP | 352-353 | 2 |
| 11F | Consultative Examination Report, dated 2013-06-11 to 06/11/2013, from Robert Hoffman, MD | 354-360 | 7 |
| 12F | Outpatient Hospital Records, dated 04/22/2014 to 10/15/2014, from UPMC Mercy | 361-400 | 40 |

DATE: April 18, 2018

The documents and exhibits contained in this administrative record are the best copies obtainable.