# Payment Documents and Decisions

Civil Action Number:  2:17-01146
Claimant:          Trish Ann Fontana
Account Number:     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

## Exhibits

| Exhibit No. | Description | Page No. | No. of Pages |
|---|---|---|---|
| 1A | Disability Determination Explanation - Title II - Physical RFC Paul Fox, MD, dated 07/09/2013 | 61-70 | 10 |
| 2A | Disability Determination Transmittal - Title II - PTTYPE - 7160/7240, dated 07/09/2013 | 71 | 1 |

DATE: April 18, 2018

The documents and exhibits contained in this administrative record are the best copies obtainable.

# Disability Determination Explanation

## CLAIMANT INFORMATION

This Disability Determination Explanation is for the *DIB* claim at the *Initial* level.

### CLAIMANT INFORMATION

**Name**: Trish Ann Fontana
**SSN**: 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
**Phone Number**: 412-882-0719
**Secondary Phone Number**: 412-770-4440
**Address:**

| Mailing | Residence |
|---|---|
| 3130 GLENDALE AVE<br>PITTSBURGH, PA 15227 | 3130 GLENDALE AVE<br>PITTSBURGH, PA 15227 |

**Claimant Gender**: F
**Self Reported Height**: 63 inches
**Self Reported Weight**: 154.0 lbs
**Special Indications**: None.

### RELEVANT DATES

**Below table represents the Relevant Dates**

| Date of Birth | Current Age | AOD | Age at AOD | DFI | DLI | Age at DLI |
|---|---|---|---|---|---|---|
| 06/02/1967 | 46 years 1 month (Younger person) | 06/06/2011 | 44 years (Younger person) | 04/01/2006 | 03/31/2015 | |

**Does the individual have an attorney/appointed representative?** No

### ALLEGATIONS OF IMPAIRMENTS

**The individual filed for Initial claim for disability on *03/20/2013* due to the following illnesses, injuries, or conditions:**

Ruptured disc,herniated disc lower back
Herniated cervical disc
Sciatica
Numbness in legs

**The individual alleges inability to function and/or work as of**
06/06/2011

## TECHNICAL ISSUES

**Is the individual working?**
No

**Prior Electronic Filings**
There are no prior electronic filings.

**Alleged Onset Date:**
06/06/2011

**Has the individual performed work after the Alleged Onset Date(AOD)?**
No

**Has any period(s) of work been determined to be an Unsuccessful Work Attempt, Subsidized/Sheltered Work or involved Impairment-Related Work Expenses, or other technical issue?**
No

---

## EVIDENCE OF RECORD

**The following initial evidence has been received**

| | |
|---|---|
| **Source of Evidence** | AMCE PHYSICIANS GROUP |
| **EF Received** | 06/19/2013 |
| **Opinion** | Yes |
| **Evidence Type** | CE Rprt |
| **Level** | IN |

| | |
|---|---|
| **Opinion** | 1 of 1 |
| **Opinion Source Name** | AMCE PHYSICIANS GROUP |
| **Opinion Date** | 06/11/2013 |
| **Is the Opinion from an Acceptable Medical Source** | Yes |
| **Type of Source Relationship** | Non-Treating Source |
| **Type of Opinion** | Other Opinion |

**Record Source Statement**
168 completed as limited light

| | |
|---|---|
| **Source of Evidence** | AMCE PHYSICIANS GROUP |
| **EF Received** | 06/12/2013 |
| **Opinion** | No |
| **Evidence Type** | CE Rprt |
| **Level** | IN |

| | |
|---|---|
| **Source of Evidence** | Claimant |
| **EF Received** | 06/03/2013 |
| **Opinion** | No |

| Opinion | No |
|---|---|
| Evidence Type | 3373-Funct Rprt-Adult |
| Level | IN |

| Source of Evidence | JRMC DIAGNOSTICS |
|---|---|
| EF Received | 06/03/2013 |
| Opinion | No |
| Evidence Type | MER |
| Level | IN |

| Source of Evidence | RICHMAN, JORY |
|---|---|
| EF Received | 05/29/2013 |
| Opinion | No |
| Evidence Type | MER |
| Level | IN |

| Source of Evidence | WEIDNER, GREGG G |
|---|---|
| EF Received | 05/27/2013 |
| Opinion | No |
| Evidence Type | MER |
| Level | IN |

| Source of Evidence | MANCE, DAVID J |
|---|---|
| EF Received | 05/21/2013 |
| Opinion | No |
| Evidence Type | MER |
| Level | IN |

| Source of Evidence | UPMC MERCY |
|---|---|
| EF Received | 05/18/2013 |
| Opinion | No |
| Evidence Type | MER |
| Level | IN |

| Source of Evidence | UPMC SOUTH SIDE HOSPITAL |
|---|---|
| EF Received | 05/18/2013 |
| Opinion | No |
| Evidence Type | MER |
| Level | IN |

| Source of Evidence | WEIDNER, GREGG |
|---|---|
| EF Received | 05/13/2013 |
| Opinion | No |
| Evidence Type | MER |
| Level | IN |

| Source of Evidence | JRMC DIAGNOSTICS |
|---|---|
| EF Received | 05/13/2013 |
| Opinion | No |
| Evidence Type | MER |
| Level | IN |

| Source of Evidence | Jefferson Regional Med Ctr |
|---|---|
| EF Received | 05/08/2013 |
| Opinion | No |
| Evidence Type | MER |
| Level | IN |

| Source of Evidence | Claimant |
|---|---|
| EF Received | 05/03/2013 |
| Opinion | No |
| Evidence Type | 3369-Work Hx |
| Level | IN |

| Source of Evidence | Unknown Name |
|---|---|
| EF Received | 04/18/2013 |
| Opinion | No |
| Evidence Type | 3369-Work Hx |
| Level | IN |

## CLAIM COMMUNICATIONS

No Claim Communications have been created.

## CONSULTATIVE EXAMINATION(S) (CE)

**Is a CE(s) required?**

Yes

**Select the reason(s) for which a CE(s) is required:**

The evidence as a whole, both medical and non-medical, is not sufficient to support a decision on the claim.

**Was the treating source(s) contacted to perform the CE(s)?**

No

**Indicate which of the following apply:**

The treating source prefers not to perform/does not have the equipment

**Were all of the CE(s) kept?**
Yes

## FINDINGS OF FACT AND ANALYSIS OF EVIDENCE

**Analysis**
The claimant injured her left achilles tendion in 2010 and had surgery but with no improvement. She had an acute onset of sciatica in 2011 and it was found she had a ruptured lumbar disc and had surgery in 2011. She also has two herniated disc in her cervical spine. She is able to drive. She bathes and dresses herself, does food preparation, and light housework. She also takes care of her dog. Int CE 6/2013 shows she can arise from a chair and get on an off table. She could only do heel toe walk for a few steps and was quite unsteady while doing this. She could not bend or sqat. Balance was intact and so was gait. She has good strength in all extremities with the exception of her left ankle, which was 3/5. She had diminished ROM in cervical and lumbar spine. Left ankle ROM was decreased in all directions and she wore a brace on it. ROM was otherwise unremarkable.

## 416 - CASE ANALYSES

No 416-Case Analyses have been created.

## MEDICALLY DETERMINABLE IMPAIRMENTS AND SEVERITY (MDI)

**ADULT MEDICALLY DETERMINABLE IMPAIRMENTS (MDI)**

**Does the individual have one or more medically determinable impairments?**
Yes

| IMPAIRMENT DIAGNOSIS | PRIORITY | SEVERITY |
|---|---|---|
| 7160 - Dysfunction - Major Joints | Primary | Severe |
| 7240 - Spine Disorders | Secondary | Severe |

**ADULT LISTINGS CONSIDERED**

| Listing | Description | Subsection |
|---|---|---|
| 1.02 | Dysfunction - Major Joints | |
| 1.04 | Spine Disorders | |

**ADULT MEDICAL DISPOSITION**

**RFC Assessment Necessary** (Physical and/or Mental)

## ASSESSMENT OF POLICY ISSUES

**SYMPTOMS AND CREDIBILITY**

**Can one or more of the individual's medically determinable impairment(s) (MDI(s)) reasonably be expected to produce the individual's pain or other symptoms?**
Yes

**Are the individual's statements about the intensity, persistence, and functionally limiting effects of the symptoms substantiated by the objective medical evidence alone?**
No

**When considering the following factors, which were the most informative in assessing the credibility of the individual's statements?**

ADLs
Medication Treatment
Treatment other than medication

**What is your assessment of the credibility of the individual's statements regarding symptoms considering the total medical and non-medical evidence in file?**

Partially Credible

**Credibility assessment:**

see assessment

**WEIGHING OF OPINION EVIDENCE**

**The following displays medical opinions from non-treating or non-examining sources; it also contains 'other' opinions from treating, non-treating, non-examining or other sources:**

| Source of Evidence | Opinion Source Name | Level | Opinion Date | Weight |
|---|---|---|---|---|
| AMCE PHYSICIANS GROUP | AMCE PHYSICIANS GROUP | Initial | 06/11/2013 | Other |

**Explain how you weighed the opinion(s) above:**

see assessment

---

## RESIDUAL FUNCTIONAL CAPACITY

**PHYSICAL RESIDUAL FUNCTIONAL CAPACITY ASSESSMENT**

**RFC1**

**Indicate whether this Physical Residual Functional Capacity (RFC) assessment is for:**

Current Evaluation

**Does the individual have exertional limitations?**

Yes

**Rate the individual's exertional limitations:**

**Occasionally (occasionally is cumulatively 1/3 or less of an 8 hour day) lift and/or carry (including upward pulling):**

20 pounds

**Frequently (frequently is cumulatively more than 1/3 up to 2/3 of an 8 hour day) lift and/or carry (including upward pulling):**

10 pounds

**Stand and/or walk (with normal breaks) for a total of:**

3 hours

**Sit (with normal breaks) for a total of:**

About 6 hours in an 8-hour workday

**Push and/or pull (including operation of hand and/or foot controls):**

Unlimited, other than shown, for lift and/or carry

**Does the individual have postural limitations?**
Yes

**Rate the individual's postural limitations:**

**Climbing Ramps/stairs:** Occasionally

**Climbing Ladders/ropes/scaffolds:** Occasionally

**Balancing:** Occasionally

**Stooping (i.e., bending at the waist):** Occasionally

**Kneeling:** Occasionally

**Crouching (i.e., bending at the knees):** Occasionally

**Crawling:** Occasionally

**Does the individual have manipulative limitations?**
No
**Does the individual have visual limitations?**
No
**Does the individual have communicative limitations?**
No
**Does the individual have environmental limitations?**
Yes

**Rate the individual's environmental limitations:**

**Extreme cold:** Avoid concentrated exposure

**Extreme heat:** Unlimited

**Wetness:** Unlimited

**Humidity:** Avoid concentrated exposure

**Noise:** Unlimited

**Vibration:** Avoid concentrated exposure

**Fumes, odors, dusts, gases, poor ventilation, etc.:** Unlimited

**Hazards (machinery, heights, etc.):** Avoid concentrated exposure

**RFC - Additional Explanation**

The claimant has described daily activities that are significantly limited; however, she participates in daily activities such as caring for personal needs and performing routine household activities, describes the ability to care for a minor child in the home, and is able to drive a car. There is evidence that the claimant stopped working for reasons unrelated to the alleged impairments. She has been treated by specialists for her left ankle injury and degenerative disc disease, which has resulted in at least partial symptomatic improvement. Treatment of the claimant's other impairments has been routine and conservative, and generally successful.

Based on the evidence of record, the claimant's statements are found to be partially credible.

The opinions stated within the report dated 6/11/13 authored by Robert Hoffman, M.D., a non-treating source, have been considered. The source states that the claimant is limited in lifting, carrying, standing, walking, and in postural activities. These observations are fairly consistent with the other evidence in file. Accordingly, the above-referenced opinions are given appropriate weight. This RFC assessment partially reflects the source's assessment.

These findings complete the medical portion of the disability determination.

**MC/PC or SDM Signature**

Paul Fox, M.D. 12 07/05/2013

---

## ASSESSMENT OF POLICY ISSUES - CONTINUED

**RECONCILING OF SOURCE OPINION**

**Are there medical source and/or other source opinions about the individual's limitations or restrictions which are more restrictive than your findings?**

No

---

## ASSESSMENT OF VOCATIONAL FACTORS

**ASSESSMENT OF THE INDIVIDUAL'S ABILITY TO PERFORM PAST RELEVANT WORK**

A finding about the capacity for PRW has not been made. However, this information is not material because all potentially applicable Medical-Vocational Guidelines would direct a finding of "not disabled" given the individual's age, education, and RFC. Therefore, the individual can adjust to other work.

**Past Relevant Work:**

Past Relevant Work is expedited.

**Additional Past Work Titles:**

**Job Title:** loader-on call
**Start Date:** 09/07
**End Date:** 01/2010

**Job Title:** nurse's aid
**Start Date:** 2001
**End Date:** 2003

**Job Title:** title searcher
**Start Date:** 2001
**End Date:** 2006

**Job Title:** self employment
**Start Date:** 2001
**End Date:** 2003

**APPLICATION OF MEDICAL - VOCATIONAL RULES: Other Work**

**Past Relevant Work is expedited.**

**Is the individual limited to unskilled work because of the impairments?**
No

**Based on the seven strength factors of the physical RFC (lifting/carrying, standing, walking, sitting, pushing, and pulling), the individual demonstrates the maximum sustained work capability for the following:**
SEDENTARY

**Indicate the rule used to direct a determination or as a framework (20 CFR Pt. 404, Subpt. P, App. 2).**
201.18 - Young 45-49 Lim Ed Literate Eng Unskilled-None

**Select one of the following:**
Rule Used as a Framework

**Cite three occupations in which there are a significant number of jobs that exist in the national economy OR Select the appropriate Social Security Ruling (SSR):**

83-12: Exertional limitations within/between ranges of work

---

## DETERMINATION

**Based on the documented findings, select the determination:**
Not Disabled

**Is there medical evidence of DAA?**
There is no evidence of any substance abuse disorder/DAA issue

**DIB Claim/221500856**

**Indicate which of the following Acquiescence Rulings are applicable**
None of the ARs considered apply to this claim

**REGULATION BASIS CODE**

**Regulation Basis Code:**
J1-20CFR404.1520(g)-DIB CLAIM

**PERSONALIZED DECISION NOTICE (PDN)**

**PDN Text:**

see PN in EF

## SIGNATURES

**ADULT MC/PC or SDM Signature**

Paul Fox, M.D. 12 07/05/2013

**Disability Adjudicator/Examiner Signature:**

Christine Garbowsky 07/09/2013

eCAT version: 7.4.55

EXHIBIT NO. 2A
PAGE: 1 OF 1

CXQ BBZZC1

SOCIAL SECURITY ADMINISTRATION

# DISABILITY DETERMINATION AND TRANSMITTAL

1. DESTINATION: DDS [X] ODO [ ] DRS [ ] DQB [ ] INTPSC [ ]
2. DDS CODE: S67
3. FILING DATE: 03/20/13
4. SSN: 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

BIC ( if CDB or DWB claim )

5. NAME AND ADDRESS OF CLAIMANT (include ZIP code)
TRISH ANN FONTANA
3130 GLENDALE AVENUE
PITTSBURGH PA
15227
(412)882-0719

6. WE'S NAME (if CDB or DWB claim)

7. TYPE CLAIM (Title II): DIB [X] FZ [ ] DWB [ ] CDB-R [ ] CDB-D [ ] RD-R [ ] RD-D [ ] RD [ ] P-R [ ] P-D [ ] MQFE [ ]

9. DATE OF BIRTH: 06/02/67

10. PRIOR ACTION: PD [ ] PT [ ]

8. TYPE CLAIM (Title XVI): DI [ ] DS [ ] DC [ ] BI [ ] BS [ ] BC [ ]

12. DISTRICT-BRANCH OFFICE ADDRESS (include ZIP code)
650 Washington Rd Suite 120
Pittsburgh PA 15228
(888) 717-1525

DO-BO CODE: A34

11. REMARKS
RECEIPTED 04/19/13
AOD 06/06/11

13. DO-BO REPRESENTATIVE

14. DATE

11A. PRESUMPTIVE DISABILITY [ ] ______
11B. [ ] IMPAIRMENT ______

## DETERMINATION PURSUANT TO THE SOCIAL SECURITY ACT, AS AMENDED

15. CLAIMANT DISABLED
A. [ ] Disability Began
B. [ ] Disability Ceased

16A. PRIMARY DIAGNOSIS — BODY SYS: 01 — CODE NO: 7160
Arthropathies - Other and Unspecified

16B. SECONDARY DIAGNOSIS — CODE NO: 7240
Disorders of Back (Discogenic and Degenerative)

17. DIARY TYPE | MO./YR. | REASON

18. CASE OF BLINDNESS AS DEFINED IN SEC. 1614(a) (2)/(216)(I)
A. [ ] Not Disab. for Cash Bene. Purp.
B. [ ] Disab. for Cash Benefit Purp. Beg.

19. CLAIMANT NOT DISABLED
A. [X] Through Date of Current Determination
B. [ ] Through ______
C. [ ] Before Age 22 (CDB only)

20. VOCATIONAL BACKGROUND — OCC. YRS. — ED. YRS.: 10

21. VR ACTION: SC IN A. [ ] SC OUT B. [ ] Prev Ref C. [ ]

22. REG-BASIS CODE: J1-

23. MED LIST NO.

24. MOB CODE

25. REVISED DET [ ]

25A. Initial A. [X] Recon B. [ ] Recon DHU C. [ ] ALJ Hearing D. [ ] Appeals Council E. [ ] U.S. District Court F. [ ]

26. LIST NO: A. B. C. D. 363 E. F.

27. RATIONALE
[ ] See Attached SSA-4268-U4/C4.
[ ] Check if Vocational Rule Met. Cite Rule

28. A. [ ] Period of Disability B. [ ] Disability Period C. [ ] Estab. Beg. ______ D. [ ] Continues E. [ ] Term ______

29. LTR\PAR NO.: DDS/DL PN

30. DISABILITY EXAMINER-DDS: Christine Garbowsky

31. DATE: 07/09/13

32. PHYSICIAN OR MEDICAL SPEC. SIGNATURE: SEE DDE DATED 7/9/13

33. DATE

32A. PHYSICIAN OR MEDICAL SPEC. NAME (Stamp, Print or Type): Paul C Fox MD

32B. SPEC. CODE: 12

34. REMARKS
DMA CLAIM Disability Redesign Prototype Case

MULTIPLE IMPAIRMENTS CONSIDERED
34A. COMBINED MULTIPLE NONSEVERE-SEVERE
34B. COMBINED MULTIPLE NONSEVERE-NONSEVERE

35. BASIS CODE

36. REV. DET. CODES

37. REPRES ENTATIVE

SSA CODES

38. DATE

Form SSA-831-U3 (8/94) Electronic Input: [ ] DECISION [ ] CASE CONTROL