# Non Disability Related Development

Civil Action Number:  2:17-01146
Claimant:  Trish Ann Fontana
Account Number:  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

## Exhibits

| Exhibit No. | Description | Page No. | No. of Pages |
|---|---|---|---|
| 1D | New Hire, Quarter Wage, Unemployment Query (NDNH), dated 03/29/2014 | 140-141 | 2 |
| 2D | Certified Earnings Records - ICERS - DLI:  3/31/2015, dated 03/29/2014 | 142-143 | 2 |
| 3D | Summary Earnings Query, dated 03/29/2014 | 144 | 1 |
| 4D | Detailed Earnings Query, dated 03/29/2014 | 145-148 | 4 |
| 5D | Certified Earnings Records, dated 10/27/2014 | 149-151 | 3 |

DATE: April 18, 2018

The documents and exhibits contained in this administrative record are the best copies obtainable.

```
NH NAME      TRISH          A FONTANA               SN: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 PG 001+
INPUT        03/29/14                          DO:Y12 UNIT:HLW    DERO MOD:04
RUN DATE     03/29/14  V:09/23/13
CONTROL      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

EVENT        ICERS EARNINGS RECORD
TID          CERTIFIED EARNINGS RECORD
ALERTS       FILING DATE USED BY SYSTEM EQUALS ONSET DATE
             PRIOR CLAIM DATA DOES NOT EXIST ON DRAMS
             POSSIBLE GAPS 1984 1985 1986 1988 1990 1991 1992 1998
             POSSIBLE GAPS 1999
             POSSIBLE DUPLICATES 1996
             POSSIBLE INCOMPLETES 2004 2010
             NH HAS 09 DIS EX YOC'S FOR NONCOVERED PENSION PIA
             NH HAS 09 YOC'S FOR NONCOVERED PENSION PIA
             PRIOR PERIOD(S) OF DISABILITY NOT USED IN THE COMPUTATION
INFORMTNL    DISABLED NH IS FULLY INSURED RIB
             DISABILITY NON-EXCLUSION FULLY INSURED STATUS MET
             DISABILITY EXCLUSION FULLY INSURED STATUS MET
             DISABILITY NON-EXCLUSION 20/40 INSURED TEST MET
             DISABILITY EXCLUSION 20/40 INSURED TEST MET
             PRIOR CLAIM STATUS - A
ID INFO      REQ NAME:FONTAN   REQ SEX:F   REQ DATE OF BIRTH:06/02/1967
DATES        DATE OF ONSET:06/06/2011
DIB INPUT    MBR/INPUT DATA
             ONSET:06/06/2011  DENIAL/DISALLOWANCE:J1
INS STAT     DISABILITY:  EXCL REQ QC:22   EXCL HAS:040
             NON-EXCL REQ QC:22  NON-EXCL HAS:040   DIS DLI:03/15
             OTHER:  FIRST INSURED:04/06
TOT COV      SSA QC
               1937 THRU 1950 QC:  0
               WAGE QC AFTER 1946:  59   WAGE QC AFTER 1950:  59
               SE QC:NONE   AG QC:NONE
TOT EARN     SSA
               TOT AFTER 1936:          329845.40
               TOT AFTER 1950:          329845.40
COMPUTATIONAL YEARLY EARNINGS
MAX    AMT YR  QC      REGULAR  U    NH INDEXED     RAILROAD  RQSM DMW SE AG
35700  370 83  CNNN     678.38  H     1812.29
37800  390 84  NNNN
39600  410 85  NNNN
42000  440 86  NNNN
43800  460 87  CNNN     502.51  L     1110.25
45000  470 88  NNNN
48000  500 89  NNNN      43.13           87.36
51300  520 90  NNNN
53400  540 91  NNNN
55500  570 92  NNNN
```

```
NH NAME      TRISH           A FONTANA                       SN: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 PG 002
INPUT        03/29/14                               DO:Y12 UNIT:HLW    DERO MOD:04

COMPUTATIONAL YEARLY EARNINGS
MAX     AMT  YR  QC     REGULAR   U    NH INDEXED    RAILROAD   RQSM DMW SE AG
57600   590  93  NNNN     59.75   L       105.16
60600   620  94  CCCC  14117.44   H     24196.14
61200   630  95  CCCC  10046.04   H     16554.52
62700   640  96  CCCC  25956.25   H     40778.14
65400   670  97  CCCC   7271.08   H     10793.31
68400   700  98  NNNN
72600   740  99  NNNN
76200   780  00  CCCC   7887.71   H      9986.73
80400   830  01  CCCC   6233.80   H      7708.79                              Y
84900   870  02  CCCC  13164.05   H     16117.17                              Y
87000   890  03  CCCC  35214.00   H     42084.86                              Y
87900   900  04  CCCC  23375.00   H     26694.88
90000   920  05  CCCC  33125.00   H     36494.31
94200   970  06  CCCC  32500.00   H     34232.32
97500  1000  07  CCCC  47825.27   H     48187.62
102000 1050  08  CCCC  33245.20   H     32743.84
106800 1090  09  CCCC  37086.12   H     37086.12
        1120 10  CNNN   1514.67   H      1514.67
        1120 11  NNNN
110100  1130 12  NNNN
113700  1160 13  NNNN
117000  1200 14  NNNN
     COMP DATA   DI  - COMP TYPE:NS 78 DIS EX              AIME: $1797.00
                 EFF DATE:12/11  PIA:$1045.70   PIFC:L  FAM MAX: $1568.60
                 EFF DATE:12/12  PIA:$1063.40   PIFC:L  FAM MAX: $1595.20
                 EFF DATE:12/13  PIA:$1079.30   PIFC:L  FAM MAX: $1619.10
                 START BASE YEAR/START DATE:1951   LAST BASE YEAR/CLOSE DATE:2010
                 DIVIDEND: $388201.12   DM:216   DOY:4   YOC:    I/Y:    ELG YR:2011
                 TRIAL COMPUTATIONS: NS 78 $1079.30   SP MIN   $39.30
```

**143**

**SUMMARY FICA EARNINGS FOR YEARS REQUESTED**

| YEAR | EARNINGS | YEAR | EARNINGS | YEAR | EARNINGS | YEAR | EARNINGS |
|---|---|---|---|---|---|---|---|
| 1990 | .00 | 1997 | 7271.08 | 2003 | 35214.00 | 2009 | 37086.12 |
| 1991 | .00 | 1998 | .00 | 2004 | 23375.00 | 2010 | 1514.67 |
| 1992 | .00 | 1999 | .00 | 2005 | 33125.00 | 2011 | .00 |
| 1993 | 59.75 | 2000 | 7887.71 | 2006 | 32500.00 | 2012 | .00 |
| 1994 | 14117.44 | 2001 | 6233.80 | 2007 | 47825.27 | 2013 | .00 |
| 1995 | 10046.04 | 2002 | 13164.05 | 2008 | 33245.20 | 2014 | .00 |
| 1996 | 25956.25 | | | | | | |

**SUMMARY MQGE EARNINGS FOR YEARS REQUESTED**

NO MQGE EARNINGS FOR YEARS REQUESTED

**REMARKS**

CLAIMS ACTIVITY--SEE MBR

**144**

QRY  DATE: 03/29/14  AN: 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  DOC: Y12 UNIT: EDEQY    PG: 001   DEQR
INPUT: YRS REQ: 1990 2013 SHOWING COVERED AMOUNT   NON-COVERED AMOUNT
  NON-COVERED DETAILS; RAILROAD; EMPLOYER ADDRESS
MEF: NA: T A FONTAN DB: 06/1967 SX: F AK: MCQUIL

EXHIBIT NO. 4D
PAGE: 1 OF 4

```
DETAIL COVERED FICA EARNINGS AND EMPLOYER NAME AND ADDRESS FOR YEARS
REQUESTED
  90 NONE



  91 NONE



  92 NONE



EIN: 410760000           UNITED STATES POSTAL SERVICE
                           EAGAN ACCOUNTING SERVICE CENTER
                         % FINANCE BRANCH
                         2825 LONE OAK PKWY
                         EAGAN                   MN  55121-1551
 RPYR  REO LOAC  NAME          EARNINGS     TOTAL COMP  CONTROL NUMBER    PR    S
 0093  AA        T A FONTAN       59.75         59.75  3102-85-98043    00794 V
                 WAGE TOTAL       59.75
      OASDI EMPLOYER TOTAL        59.75
     93 OASDI YEARLY TOTAL        59.75


EIN: 410760000   UNITED STATES POSTAL SERVICE
 RPYR  REO LOAC  NAME          EARNINGS     TOTAL COMP  CONTROL NUMBER    PR    S
 0094  AA        T A FONTAN    14117.44      14117.44  4074-85-37594    00195 V
                 WAGE TOTAL    14117.44
      OASDI EMPLOYER TOTAL     14117.44
     94 OASDI YEARLY TOTAL     14117.44



EIN: 410760000   UNITED STATES POSTAL SERVICE
 RPYR  REO LOAC  NAME          EARNINGS     TOTAL COMP  CONTROL NUMBER    PR    S
 0095  AA        T A FONTAN    10046.04      10046.04  5128-85-98756    00996 V
                 WAGE TOTAL    10046.04
      OASDI EMPLOYER TOTAL     10046.04
     95 OASDI YEARLY TOTAL     10046.04



EIN: 410760000   UNITED STATES POSTAL SERVICE
 RPYR  REO LOAC  NAME          EARNINGS     TOTAL COMP  CONTROL NUMBER    PR    S
 0096  AA        T A FONTAN    25956.25      25956.25  6101-85-17318    00997 V
                 WAGE TOTAL    25956.25
      OASDI EMPLOYER TOTAL     25956.25
     96 OASDI YEARLY TOTAL     25956.25



EIN: 410760000   UNITED STATES POSTAL SERVICE
 RPYR  REO LOAC  NAME          EARNINGS     TOTAL COMP  CONTROL NUMBER    PR    S
 0097  AA        T A FONTAN     7271.08       7271.08  7069-86-17084    00498 V
                 WAGE TOTAL     7271.08
      OASDI EMPLOYER TOTAL      7271.08
     97 OASDI YEARLY TOTAL      7271.08


  98 NONE



  99 NONE
```

**145**

```
EIN: 341022005         ROBERT C PESA INC
                       850 N MERIDIAN RD
                       YOUNGSTOWN             OH  44509-4020
RPYR  REO LOAC  NAME           EARNINGS    TOTAL COMP  CONTROL NUMBER   PR     S
0000  AA        T   FONTAN      7887.71      7887.71 0100-88-50532     01101  V
                WAGE TOTAL      7887.71
      OASDI EMPLOYER TOTAL      7887.71
      00 OASDI YEARLY TOTAL     7887.71



EIN: 251861174         MUIRFIELD ASSOCIATES LLC
                       276 E END AVE
                       BEAVER                 PA  15009-2808
RPYR  REO LOAC  NAME           EARNINGS    TOTAL COMP  CONTROL NUMBER   PR     S
0001  AA        T A FONTAN      1579.92      1579.92 1121-89-25502     01502  V
                WAGE TOTAL      1579.92
      OASDI EMPLOYER TOTAL      1579.92
EIN: 251891292         PATRICIA HUTCHISON
                       TAN NEST
                       2609 BROWNSVILLE RD
                       PITTSBURGH             PA  15227-2005
0001  AA        T A FONTAN      1789.66      1789.66 1085-67-41165     02202  V
                WAGE TOTAL      1789.66
      OASDI EMPLOYER TOTAL      1789.66
EIN: 341022005  ROBERT C PESA INC
0001  AA        T   FONTAN       826.22       826.22 1126-85-98070     01602  V
                WAGE TOTAL       826.22
      OASDI EMPLOYER TOTAL       826.22
SELF EMPLOYMENT
RPYR  REO SMEM  NAME           EARNINGS    SE NUMBER   CONTROL NUMBER   PR     S
SE01  OI        T A FONTAN      2038.00    230100000   2210-45-33116   00502  V
OASDI SELF EMPLOYMENT TOTAL     2038.00
      01 OASDI YEARLY TOTAL     6233.80



EIN: 030377347         PATRICK R GUIDICE
                       ARIZONA SUN
                       47B RIVERVIEW AVE
                       PITTSBURGH             PA  15214-2218
RPYR  REO LOAC  NAME           EARNINGS    TOTAL COMP  CONTROL NUMBER   PR     S
0002  AA        T A FONTAN       904.05       904.05 2091-69-50026     01503  V
                WAGE TOTAL       904.05
      OASDI EMPLOYER TOTAL       904.05
SELF EMPLOYMENT
RPYR  REO SMEM  NAME           EARNINGS    SE NUMBER   CONTROL NUMBER   PR     S
SE02  OI        T A FONTAN     12260.00    230200000   2211-18-95001   01903  V
OASDI SELF EMPLOYMENT TOTAL    12260.00
      02 OASDI YEARLY TOTAL    13164.05



SELF EMPLOYMENT
RPYR  REO SMEM  NAME           EARNINGS    SE NUMBER   CONTROL NUMBER   PR     S
SE03  OI        T A FONTAN     35214.00    230300000   2221-42-36734   02204  V
OASDI SELF EMPLOYMENT TOTAL    35214.00
      03 OASDI YEARLY TOTAL    35214.00



EIN: 010787310         BLANE M PUSKARIC
                       2933 JACKS RUN ROAD
                       WHITE OAK              PA  15131-2544
RPYR  REO LOAC  NAME           EARNINGS    TOTAL COMP  CONTROL NUMBER   PR     S
0004  AA        T A FONTAN     23375.00     23375.00 4094-85-30373     01205  V
                WAGE TOTAL     23375.00
      OASDI EMPLOYER TOTAL    23375.00
```

```
         04 OASDI YEARLY TOTAL         23375.00

EIN: 010787310   BLANE M PUSKARIC
RPYR  REO LOAC  NAME          EARNINGS     TOTAL COMP  CONTROL NUMBER   PR    S
0005  AA        T A FONTAN    33125.00      33125.00 5114-65-18023    01606 V
                WAGE TOTAL    33125.00
      OASDI EMPLOYER TOTAL    33125.00
         05 OASDI YEARLY TOTAL         33125.00


EIN: 010787315              MATRIX PROPERTY SETTLEMENTS L L C
                            PUSKARIC BLANE M SINGLE MBR
                            2933 JACKS RUN RD
                            WHITE OAK           PA  15131-2544
RPYR  REO LOAC  NAME          EARNINGS     TOTAL COMP  CONTROL NUMBER   PR    S
0006  AA        T A FONTAN    32500.00      32500.00 6078-74-31836    01207 V
                WAGE TOTAL    32500.00
      OASDI EMPLOYER TOTAL    32500.00
         06 OASDI YEARLY TOTAL         32500.00


EIN: 010787310   BLANE M PUSKARIC
RPYR  REO LOAC  NAME          EARNINGS     TOTAL COMP  CONTROL NUMBER   PR    S
0007  AA        T A FONTAN    38000.00      38000.00 8114-AE-92188    01408 V
                WAGE TOTAL    38000.00
      OASDI EMPLOYER TOTAL    38000.00
EIN: 250698270              GIANT EAGLE INC
                            101 KAPPA DR
                            PITTSBURGH          PA  15238-2809
0007  AA        T A FONTAN     9825.27       9825.27 8067-AD-75246    00808 V
                WAGE TOTAL     9825.27
      OASDI EMPLOYER TOTAL     9825.27
         07 OASDI YEARLY TOTAL         47825.27


EIN: 010787310   BLANE M PUSKARIC
RPYR  REO LOAC  NAME          EARNINGS     TOTAL COMP  CONTROL NUMBER   PR    S
0008  AA        T A FONTAN     1750.00       1750.00 9076-BS-62464    00809 V
                WAGE TOTAL     1750.00
      OASDI EMPLOYER TOTAL     1750.00
EIN: 250698270   GIANT EAGLE INC
0008  AA        T A FONTAN    31495.20      31495.20 9050-AU-39488    00409 V
                WAGE TOTAL    31495.20
      OASDI EMPLOYER TOTAL    31495.20
         08 OASDI YEARLY TOTAL         33245.20


EIN: 250698270   GIANT EAGLE INC
RPYR  REO LOAC  NAME          EARNINGS     TOTAL COMP  CONTROL NUMBER   PR    S
0009  AA        T A FONTAN    20727.38      20727.38 0075-AN-41662    00910 V
                WAGE TOTAL    20727.38
      OASDI EMPLOYER TOTAL    20727.38
EIN: 410760000   UNITED STATES POSTAL SERVICE
0009  AA        T A FONTAN    16358.74      16358.74 0095-AC-13868    01210 V
                WAGE TOTAL    16358.74
      OASDI EMPLOYER TOTAL    16358.74
         09 OASDI YEARLY TOTAL         37086.12


EIN: 250698270   GIANT EAGLE INC
RPYR  REO LOAC  NAME          EARNINGS     TOTAL COMP  CONTROL NUMBER   PR    S
0010  AA        T A FONTAN     1514.67       1514.67 1042-AA-31294    00511 V
                WAGE TOTAL     1514.67
      OASDI EMPLOYER TOTAL     1514.67
         10 OASDI YEARLY TOTAL          1514.67
```

```
11 NONE

12 NONE

13 NONE

14 NONE


DETAIL COVERED MQGE EARNINGS AND EMPLOYER NAME AND ADDRESS FOR YEARS
REQUESTED (1983-1990)
 NO COVERED MQGE EARNINGS POSTED FOR YEARS REQUESTED


DETAIL NON-COVERED EARNINGS AND W-2 PENSION DATA AND EMPLOYER NAME AND
 ADDRESS  FOR YEARS REQUESTED
 NO NON-COVERED EARNINGS AND W-2 PENSION DATA POSTED FOR YEARS REQUESTED


DETAIL RAILROAD EARNINGS FOR YEARS REQUESTED
 NO RR EARNINGS FOR YEARS REQUESTED


REMARKS
 CLAIMS ACTIVITY--SEE MBR
```

```
NH NAME      TRISH          A FONTANA              SN: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 PG 001+
INPUT        10/27/14                          DO:Y12 UNIT:KJS    DERO MOD:04
RUN DATE     10/27/14  V:07/15/14
CONTROL      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

EVENT        ICERS EARNINGS RECORD
TID          CERTIFIED EARNINGS RECORD
ALERTS       NH HAS 09 YOC'S FOR NONCOVERED PENSION PIA
             PRIOR CLAIM DATA DOES NOT EXIST ON DRAMS
             POSSIBLE GAPS 1984 1985 1986 1988 1990 1991 1992 1998
             POSSIBLE GAPS 1999
             POSSIBLE DUPLICATES 1996
             POSSIBLE INCOMPLETES 2004 2010
             2013 AVERAGE EARNINGS NOT AVAILABLE - UNABLE TO DETERMINE CORRECT
             PIA
INFORMTNL    PRIOR CLAIM STATUS - A
ID INFO      REQ NAME:FONTAN   REQ SEX:F   REQ DATE OF BIRTH:06/02/1967
DATES        PIA START DATE:06/2029
DIB INPUT    MBR/INPUT DATA
             ONSET:06/06/2011  DENIAL/DISALLOWANCE:J1
INS STAT     RSI:  RSI REQ QC:40   RSI HAS:040

             OTHER:  FIRST INSURED:06/29   DRC INSURED DATE:06/34
TOT COV      SSA QC
             1937 THRU 1950 QC:  0
             WAGE QC AFTER 1946:  59    WAGE QC AFTER 1950:  59
             SE QC:NONE    AG QC:NONE
TOT EARN     SSA
             TOT AFTER 1936:          329845.40
             TOT AFTER 1950:          329845.40
COMPUTATIONAL  YEARLY EARNINGS
MAX     AMT YR QC    REGULAR   U   NH INDEXED     RAILROAD  RQSM DMW SE AG
35700   370 83 CNNN    678.38  H     1972.99
37800   390 84 NNNN            H
39600   410 85 NNNN            H
42000   440 86 NNNN            H
43800   460 87 CNNN    502.51  H     1208.70
45000   470 88 NNNN            H
48000   500 89 NNNN     43.13  H       95.11
51300   520 90 NNNN            H
53400   540 91 NNNN            H
55500   570 92 NNNN            H
57600   590 93 NNNN     59.75  H      114.48
60600   620 94 CCCC  14117.44  H    26341.71
61200   630 95 CCCC  10046.04  H    18022.48
62700   640 96 CCCC  25956.25  H    44394.10
65400   670 97 CCCC   7271.08  H    11750.40
68400   700 98 NNNN            H
```

**149**

```
NH NAME       TRISH         A FONTANA                    SN: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 PG 002
INPUT         10/27/14                         DO:Y12 UNIT:KJS    DERO MOD:04

COMPUTATIONAL YEARLY EARNINGS
 MAX     AMT  YR  QC    REGULAR   U    NH INDEXED   RAILROAD  RQSM DMW SE AG
 72600   740  99 NNNN                                  H
 76200   780  00 CCCC   7887.71   H     10872.29
 80400   830  01 CCCC   6233.80   H      8392.35                              Y
 84900   870  02 CCCC  13164.05   H     17546.35                              Y
 87000   890  03 CCCC  35214.00   H     45816.69                              Y
 87900   900  04 CCCC  23375.00   H     29062.02
 90000   920  05 CCCC  33125.00   H     39730.41
 94200   970  06 CCCC  32500.00   H     37267.83
 97500  1000  07 CCCC  47825.27   H     52460.60
102000  1050  08 CCCC  33245.20   H     35647.37
106800  1090  09 CCCC  37086.12   H     40374.69
         1120 10 CNNN   1514.67   H      1610.91
         1120 11 NNNN
110100   1130 12 NNNN
113700   1160 13 NNNN
117000   1200 14 NNNN
    COMP DATA   RSI - COMP TYPE:NS 78                        AIME: $1006.00
              EFF DATE:06/29   PIA: $795.20   PIFC:L   FAM MAX: $1192.80
              START BASE YEAR/START DATE:1951   LAST BASE YEAR/CLOSE DATE:2028
              DIVIDEND: $422681.48    DM:420  DOY:5  YOC:    I/Y:    ELG YR:2029
              TRIAL COMPUTATIONS: SP MIN   $39.30
    BENEFIT   MONTHLY BENEFIT AMOUNT: $556.60    REDUC MONTHS:60   EFF DATE:06/29
```

**150**

```
----- NDNH-T2 QUERY for 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 --------------------------------------------
No New Hire/Wage/UC Reports
```

**151**