# Medical Records

Civil Action Number: 2:17-01146
Claimant: Trish Ann Fontana
Account Number: 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

## Exhibits

| Exhibit No. | Description | Page No. | No. of Pages |
|---|---|---|---|
| 1F | Radiology Report, dated 03/08/2010 to 10/29/2010, from JRMC Diagnostic Services | 214-220 | 7 |
| 2F | Office Treatment Records, dated 03/08/2010 to 10/29/2010, from JRMC Diagnostic Services Brentwood-David Mance, DPM | 221-226 | 6 |

DATE: April 18, 2018

The documents and exhibits contained in this administrative record are the best copies obtainable.

## PA-DDS MER Onsite Scan Cover Page

From: TRISH A FONTANA                                           05/13/13
      3130 GLENDALE AVENUE
      PITTSBURGH PA 15227


BBZZC1
NJP



RQID:0226672911BBZZC1          SITE:S67 DR:S
SSN:197563849 DOCTYPE:0001 RF:D CS:65b7   **214**





# JRMC
## Diagnostic
### SERVICES

1200 Brooks Lane, Suite G-70
Jefferson Hills, PA 15025
412.460.8300 - office
412.460.8301 - fax

CONFIDENTIAL FAX - CONFIDENTIAL FAX - CONFIDENTIAL FAX

TO: Melanie Servello          DATE: 5/8/13
FAX #: 724-858-3669           # OF PAGES ____

ATTENTION: ____

RE: ____

MESSAGE: Riders on: Trish Fontana
DOB- 6/2/67
-MRI ankle 10/29/10
-MRI ankle 6/30/10  ven. doppler 3/8/10

FROM: Angie R.

***IMPORTANT WARNING***
The information that follows is intended for the use of the person and/or entity to which it is addressed. This information may be confidential and privileged; the disclosure of which is governed by applicable federal and state laws. If you are not the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited. If you have received this message in error, notify our office immediately at 412-460-8300.

# JRMC Diagnostic Services

Brentwood
3722 Brownsville Road
Pittsburgh, PA 15227
412-886-2700 Phone    412-886-2710 Fax

**Referring Physician: DAVID MANCE, DPM**            **Name: TRISH A FONTANA**

Office Phone: 4128815580                             MRN: 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

Fax: 4128811026                                      DOB: 06/02/1967

                                                     Phone: 4128820719

CC Physician:                                        Date of Service: 10/29/2010

Study:  MRI ANKLE WO    MRI LOW EXT JOINT W/ OUT CNT

LEFT ANKLE MRI:

HISTORY: Ankle pain

SEQUENCES: Sagittal, axial and coronal T-1 and T-2 sequences through the left ankle were acquired with high-field closed MRI without contrast.

FINDINGS: The anterior tibial tendon and extensor tendons over the dorsal foot are all intact. There is some edema along the anterior aspect of the ankle joint suggesting synovitis and there is edema in the sinus tarsi and tracking along the anterolateral gutter. The findings might suggest anterior impingement. There is an intact anterior talofibular ligament along the superior fibers but there appears to be chronic tearing of the inferior fibers of the anterior talofibular ligament. The peroneal tendons are intact. The flexor hallucis longus and flexor digitorum tendons are intact. The distal posterior tibial tendon shows marked thickening and some mild heterogeneous increased signal consistent with distal tendinopathy for the 1 cm length prior to the navicular attachment. The spring ligament, deltoid ligament and posterior talofibular ligament are all intact. There is no fracture. There is no bone marrow edema. The achilles tendon, plantar fascia and talocalcaneal interosseous ligaments are intact.

IMPRESSION: Edema along the anterior ankle joint and fibular side of the sinus tarsi with chronic minimal partial tearing suggested of the inferior fibers anterior talofibular ligament. The findings could all relate to anterior impingement symptoms. The anterior tibial tendon is intact. There is evidence of distal posterior tibial tendinopathy.

/lkl



216

Name: TRISH A FONTANA               Date: 10/29/2010
DOB: 06/02/1967

Interpreting Physician
Electronically Signed By:
GEORGINE DEMARINO, MD
/GD



**217**

# JRMC Diagnostic Services

Brentwood
3722 Brownsville Road
Pittsburgh, PA 15227
412-886-2700 Phone    412-886-2710 Fax

**Referring Physician: DAVID MANCE, DPM**

Office Phone: 4128815580
Fax: 4128811026

CC Physician:

**Name: TRISH A FONTANA**

MRN: 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
DOB: 06/02/1967
Phone: 4128820719
Date of Service: 06/30/2010

Study: MRI ANKLE WO    MRI LOW EXT JOINT W/ OUT CNT

EXAM: MRI LEFT ANKLE:

PROCEDURE: Sagittal, axial, coronal T-1 and T-2 fat-suppressed sequences through the left ankle were acquired with closed MRI

PRIOR: None

HISTORY: Pain tendon rupture

FINDINGS: There is diffuse edema around the ankle more so posteriorly. The peroneus longus and brevis tendons are intact. The posterior tibial tendon, flexor hallucis longus and flexor digitorum tendons are intact  The extensor tendons and anterior tibial tendons over the anterior ankle are intact. There is significant subcutaneous edema along the anterior ankle consistent with synovitis and this extends into the ankle joint somewhat without a significant effusion. There is a large area of abnormal bone marrow signal involving the dome of the talus through the body of the talus down to the sub-talar joint space and into the sinus tarsi consistent with marked contusion. There is at least one image suggesting a horizontal linear low signal which is on series 12 Image 15 that could represent an actual stress impaction fracture. The overlying cartilage of the talar dome is all intact. The calcaneo talar interosseous ligaments are intact. The Achilles' tendon and plantar fascia, syndesmotic ligaments, spring ligament is intact. There is partial tear and fibrosis of the anterior talofibular ligament. There may be partial tear calcaneofibular ligament.

IMPRESSION: Marked contusion and nondisplaced stress type fracture through the body of the talus. Anterior ankle synovitis. Tear anterior talofibular ligament.



**218**

Name: **TRISH A FONTANA**　　　　　Date: 06/30/2010
DOB: **06/02/1967**

<u>Interpreting Physician</u>
Electronically Signed By:
GEORGINE DEMARINO, MD
/GD

# JRMC Diagnostic Services

Brentwood
3722 Brownsville Road
Pittsburgh, PA 15227
412-886-2700 Phone    412-886-2710 Fax

**Referring Physician:** DUSHAN MAJKIC, MD

Office Phone: 4128829455
Fax: 4128846149

CC Physician:

**Name:** TRISH A FONTANA

MRN: 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
DOB: 06/02/1967
Phone: 4128820719
Date of Service: 03/08/2010

Study: US VEN DOPP BIL    US VEN DOPP BIL

INDICATION: Lower extremity edema

PROCEDURE: Real-time grayscale, color, and Doppler ultrasound imaging of the bilateral lower extremity veins was performed.

FINDINGS:
The bilateral common femoral, femoral, and popliteal veins demonstrated normal compressibility, normal phasic venous flow, and normal response to augmentation. There is no evidence for echogenic thrombi.

CONCLUSION:
No evidence for deep venous thrombus from the bilateral common femoral to the popliteal veins bilaterally.

Interpreting Physician
Electronically Signed By:
SUSANJ S. PATEL, MD
/SSP



220

This sheet MUST be on TOP    Case 2:17-cv-01146-DWA   Document 12-8   Filed 06/01/18   Page 9 of 14
This sheet MUST be on TOP    EXHIBIT NO. 2F
PAGE: 1 OF 6

# Return **MAIL** or **FAX** Cover Sheet

**IMPORTANT: THIS SHEET MUST BE ON TOP OF YOUR RESPONSE.**
If you are required to return your own cover sheet, please place it under this one.

JRMC DIAGNOSTICS
3722 BROWNSVILLE RD
PGH PA 15227

Re: TRISH A FONTANA
    XXX-XX-3849

SSA
S67 Greensburg/PA-DDS
PO Box 8751
London, KY 40742-9863

**If responding by mail**, put this sheet on top of your response. Use the enclosed return envelope and ensure that the mailing address appears in the window.

**If responding by FAX**, complete the FAX Information section and send to the FAX Number identified below. Put this sheet on top of your FAX transmission.

## FAX Information

Date: _____    Time: _____    Number of Pages, including this cover sheet: _____

To: Bureau of Disability Determination

Attn: M. Servello    Phone Number: 1-800-442-8018

FAX Number: 1-800-358-9954

*The information contained in this facsimile is intended only for the individual named above and may contain confidential or privileged information. If you are not the intended recipient, any dissemination, distribution or copying of this communication is prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of all documents transmitted.*

800069336 05
*02266672911*
BBZZC1
**MER - DMAF**



RQID:0226672911BBZZC1        SITE:S67 DR:S
SSN:197563849 DOCTYPE:0001 RF:D CS:65b7

60050483- 4/6

**221**

# JRMC Diagnostic Services

Brentwood
3722 Brownsville Road
Pittsburgh, PA 15227
412-886-2700 Phone     412-886-2710 Fax

**Referring Physician: DAVID MANCE, DPM**

Office Phone: 4128815580
Fax: 4128811026

CC Physician:

**Name: TRISH A FONTANA**

MRN: 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
DOB: 06/02/1967
Phone: 4128820719

Date of Service: 10/29/2010

**Study:** MRI ANKLE WO     MRI LOW EXT JOINT W/ OUT CNT

LEFT ANKLE MRI:

HISTORY: Ankle pain

SEQUENCES: Sagittal, axial and coronal T-1 and T-2 sequences through the left ankle were acquired with high-field closed MRI without contrast.

FINDINGS: The anterior tibial tendon and extensor tendons over the dorsal foot are all intact. There is some edema along the anterior aspect of the ankle joint suggesting synovitis and there is edema in the sinus tarsi and tracking along the anterolateral gutter. The findings might suggest anterior impingement. There is an intact anterior talofibular ligament along the superior fibers but there appears to be chronic tearing of the inferior fibers of the anterior talofibular ligament. The peroneal tendons are intact. The flexor hallucis longus and flexor digitorum tendons are intact. The distal posterior tibial tendon shows marked thickening and some mild heterogeneous increased signal consistent with distal tendinopathy for the 1 cm length prior to the navicular attachment. The spring ligament, deltoid ligament and posterior talofibular ligament are all intact. There is no fracture. There is no bone marrow edema. The achilles tendon, plantar fascia and talocalcaneal interosseous ligaments are intact.

IMPRESSION: Edema along the anterior ankle joint and fibular side of the sinus tarsi with chronic minimal partial tearing suggested of the inferior fibers anterior talofibular ligament. The findings could all relate to anterior impingement symptoms. The anterior tibial tendon is intact. There is evidence of distal posterior tibial tendinopathy.

/lkl



Page 1 of 2

**222**

**Name: TRISH A FONTANA**
**DOB: 06/02/1967**

**Date:10/29/2010**

0413060300 05925

<u>Interpreting Physician</u>
Electronically Signed By:
GEORGINE DEMARINO, MD
/GD



# JRMC Diagnostic Services

Brentwood
3722 Brownsville Road
Pittsburgh, PA 15227
412-886-2700 Phone     412-886-2710 Fax

**Referring Physician:** DAVID MANCE, DPM

Office Phone: 4128815580
Fax: 4128811026

CC Physician:

**Name:** TRISH A FONTANA

MRN: 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
DOB: 06/02/1967
Phone: 4128820719

Date of Service: 06/30/2010

Study:  MRI ANKLE WO    MRI LOW EXT JOINT W/ OUT CNT

EXAM: MRI LEFT ANKLE:

PROCEDURE: Sagittal, axial, coronal T-1 and T-2 fat-suppressed sequences through the left ankle were acquired with closed MRI

PRIOR: None

HISTORY: Pain tendon rupture

FINDINGS: There is diffuse edema around the ankle more so posteriorly. The peroneus longus and brevis tendons are intact. The posterior tibial tendon, flexor hallucis longus and flexor digitorum tendons are intact. The extensor tendons and anterior tibial tendons over the anterior ankle are intact. There is significant subcutaneous edema along the anterior ankle consistent with synovitis and this extends into the ankle joint somewhat without a significant effusion. There is a large area of abnormal bone marrow signal involving the dome of the talus through the body of the talus down to the sub-talar joint space and into the sinus tarsi consistent with marked contusion. There is at least one image suggesting a horizontal linear low signal which is on series 12 image 15 that could represent an actual stress impaction fracture. The overlying cartilage of the talar dome is all intact. The calcaneo talar interosseous ligaments are intact. The Achilles' tendon and plantar fascia, syndesmotic ligaments, spring ligament is intact. There is partial tear and fibrosis of the anterior talofibular ligament. There may be partial tear calcaneofibular ligament.

IMPRESSION: Marked contusion and nondisplaced stress type fracture through the body of the talus. Anterior ankle synovitis. Tear anterior talofibular ligament.



**Name: TRISH A FONTANA**
**DOB: 06/02/1967**

**Date:06/30/2010**

0 4 1 3 0 6 0 3 0 0 0 5 9 2 5

<u>Interpreting Physician</u>
Electronically Signed By:
GEORGINE DEMARINO, MD
/GD



Page 2 of 2

**225**

# JRMC Diagnostic Services

Brentwood
3722 Brownsville Road
Pittsburgh, PA 15227
412-886-2700 Phone     412-886-2710 Fax

**Referring Physician:** DUSHAN MAJKIC, MD

Office Phone: 4128829455
Fax: 4128846149

CC Physician:

**Name:** TRISH A FONTANA

MRN: 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
DOB: 06/02/1967
Phone: 4128820719
Date of Service: 03/08/2010

Study:  US VEN DOPP BIL    US VEN DOPP BIL

INDICATION: Lower extremity edema

PROCEDURE: Real-time grayscale, color, and Doppler ultrasound imaging of the bilateral lower extremity veins was performed.

FINDINGS:
The bilateral common femoral, femoral, and popliteal veins demonstrated normal compressibility, normal phasic venous flow, and normal response to augmentation. There is no evidence for echogenic thrombi.

CONCLUSION:
No evidence for deep venous thrombus from the bilateral common femoral to the popliteal veins bilaterally.

<u>Interpreting Physician</u>
Electronically Signed By:
SUSANJ S. PATEL, MD
/SSP



Page 1 of 1

**226**