# Medical Records

Civil Action Number:  2:17-01146
Claimant:  Trish Ann Fontana
Account Number:  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

## Exhibits

| Exhibit No. | Description | Page No. | No. of Pages |
|---|---|---|---|
| 3F | Office Treatment Records, dated 01/18/2010 to 03/24/2011, from David J. Mance, DPM-JRMC Diagnostic Services Brentwood | 227-271 | 45 |

DATE: April 18, 2018

The documents and exhibits contained in this administrative record are the best copies obtainable.

# Return **MAIL** or **FAX** Cover Sheet

0226673509BBZZC15672

| IMPORTANT: THIS SHEET MUST BE ON TOP OF YOUR RESPONSE. If you are required to return your own cover sheet, please place it under this one. |
| --- |



DAVID J MANCE DPM
ASSOCIATES IN PODIATRY
3000 BROWNSVILLE RD
PGH PA 15227

Re: TRISH A FONTANA
    XXX-XX-3849

SSA
S67 Greensburg/PA-DDS
PO Box 8751
London, KY 40742-9863

**If responding by mail,** put this sheet on top of your response. Use the enclosed return envelope and ensure that the mailing address appears in the window.

**If responding by FAX,** complete the FAX Information section and send to the FAX Number identified below. Put this sheet on top of your FAX transmission.

---

## FAX Information

Date: _____   Time: _____   Number of Pages, including this cover sheet: _____

To: Bureau of Disability Determination

Attn: M. Servello  Phone Number: 1-800-442-8018

FAX Number: **1-800-358-9954**

| *The information contained in this facsimile is intended only for the individual named above and may contain confidential or privileged information. If you are not the intended recipient, any dissemination, distribution or copying of this communication is prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of all documents transmitted.* |
| --- |

251697215

* 0 2 2 6 6 7 3 5 0 9 *
BBZZC1

**MER — DMAF**



RQID:0226673509BBZZC1        SITE:S67 DR:S
SSN:197563849 DOCTYPE:0001 RF:D CS:6641

60050512 – 4/13

**227**

# pennsylvania
**DEPARTMENT OF LABOR & INDUSTRY**

BUREAU OF DISABILITY DETERMINATION
POST OFFICE BOX 2500
GREENSBURG, PENNSYLVANIA 15605-2500

FROM GREENSBURG CALL: 724-831-7100
ALL OTHER AREAS CALL: 800-442-8018
TTY USERS CALL:
FAX: *Use enclosed FAX Cover Sheet*

EXHIBIT NO. 3F
PAGE: 2 OF 45

## BDD SERVICE INVOICE

**TDN: 0226673509**

AUTHORIZED BY: M. Servello/MQS
OBLIGATED DATE: 04/24/13

**PROVIDER TO BE PAID:**
ASSOCIATES IN PODIATRY
3000 BROWNSVILLE RD
PGH PA 15227

**CLAIMANT NAME, ADDRESS AND SSN:**
TRISH A FONTANA
3130 GLENDALE AVENUE
PITTSBURGH PA 15227
XXX-XX-3849

PHONE:     (412) 881-5580

**TREATMENT LOCATION:**
ASSOCIATES IN PODIATRY
3000 BROWNSVILLE RD
PGH PA 15227

**(COMPLETE IF BLANK)**
Federal ID Number OR Provider Social Security Number:     251697215

[ ] "X" this box if changes were made to preprinted Name/Address or Tax ID Number.

**CODE AND TYPE OF SERVICE:**                                          **FEE**

045  **Medical Evidence from Physicians/Psychologists**
     Original Abstract              -OR-          *43 pages*   $ *5*
     Photocopied Records                                      $
055  **Medical Source Statement**                             $ *26.70*
047  **Hospital Records – Hospital Use Only**                 $

Should an additional examination or test
be needed to complete this patient's disability
claim, are you willing to perform it?  Yes____ No____          **TOTAL:** $ *26.70*

_~Provider Signature_

We certify that the above item(s) or kind(s) of service(s) were actually rendered and that
the above prices and terminology are in accordance with the BDD's Authorization for Services.
Payment cannot be made for unauthorized services. Neither the claimant nor his/her health
insurer may be charged any fee for these services.  In submitting this invoice for payment,
the provider certifies that the fees charged are not in excess of those charged private
patients or Federal or other agencies in the Commonwealth for the same or similar types of
services.

**PAYMENT WILL NOT BE AUTHORIZED FOR RECORDS RECEIVED AFTER 90 DAYS FROM THE DATE OF THIS LETTER.**

*****************************-OFFICIAL USE ONLY-********************************

____Medical Records- Photocopy   -OR-     ____Medical Evidence- Original Abstract

____Medical Source Statement

251697215  BBZZC1

* 0 2 2 6 6 7 3 5 0 9 *

208PH  5/12  DMAF

60050512 - 5/13

3/24/2011 6:53:51 PM   Jefferson Regional Medical Center  (412)469-5745   Page 2 of 3

**EXHIBIT NO. 3F**
**PAGE: 3 OF 45**

0311305200005672

## JEFFERSON REGIONAL MEDICAL CENTER
Mahpareh Mostoufi, M.D., Director
PO Box 18119, Pittsburgh, PA 15236
Tel. (412) 469-5745   Fax (412) 469-5913

PATIENT NAME: **FONTANA, TRISH**

| | | | |
|---|---|---|---|
| MED REC #: | **49-06-88** | FINANCIAL #: | 3515756637 |
| BIRTHDATE: | **06/02/1967** | ADMITTED: | 03/24/2011 |
| AGE: **43 years** | SEX: **Female** | PRINTED: | 3/24/2011  18:53 |
| PHYSICIAN NAME: | **David J Mance** | LOCATION: | BMGB |

| Chemistry |
|---|

| General Chemistry |
|---|

Collected Date   03/24/2011
Day of Stay   Thu
Collected Time   10:00 EDT

| Ref Range | Units | Test | |
|---|---|---|---|
| 74-106 | mg/dL | Glucose Level | 77 |
| 7-17 | mg/dL | BUN | 10 |
| 0.5-1.0 | mg/dL | Creatinine # | 0.7 |
| | mL/min/1.73M2 | Non-Af-Am eGFR | >60 |
| | mL/min/1.73M2 | Af-Am eGFR | >60 |
| 137-146 | mmol/L | Sodium Level | 139 |
| 3.5-5.2 | mmol/L | Potassium Level | 4.8 |
| 95-110 | mmol/L | Chloride | 104 |
| 22-31 | mmol/L | CO2 | 26 |
| 7-16 | mmol/L | Anion Gap | 9 |
| 8.4-10.2 | mg/dL | Calcium | 9.7 |
| 6.4-8.3 | gm/dL | Total Protein | 6.9 |
| 3.2-4.5 | gm/dL | Albumin Level | 4.2 |
| 0.2-1.3 | mg/dL | Bili Total | <0.1  L |
| 15-50 | unit/L | AST | 24 |
| 13-69 | unit/L | ALT | 24 |
| 50-136 | unit/L | Alk Phos | 76 |



03/24/2011 10:00:00 AM EDT Creatinine:
An estimated glomerular filtration rate (eGFR) can be calculated from the serum creatinine.  It is not valid and therefore not provided in patients under 18 years of age.  Studies show that in patients with stable creatinine levels, eGFR values less than 60 mL/min/1.73m2 may indicate at least stage 3 chronic kidney disease (CKD).  Clinical correlation and follow-up in such patients are recommended.  The eGFR calculation has shown to be valid up to 60 mL/min/1.73m2.  Values that exceed this level will be reported as >60.  Therefore, eGFR cannot be used to determine if a patient has stage 1 or 2 CKD.  The national Kidney Foundation has developed the following staging system to facilitate the assessment and management of kidney disease:
Stage 1, eGFR >=90; Stage 2, eGFR 60-89; Stage 3, eGFR 30-59; Stage 4, eGFR 15-29;
Stage 5, eGFR <15.

| LEGEND: | E = CORRECTED | C = CRITICAL | L = LOW | H = HIGH | f =FOOTNOTES | * = ABNORMAL | # = INTERP DATA |
|---|---|---|---|---|---|---|---|

**229**

EXHIBIT NO. 3F
PAGE: 4 OF 45

0313052600005672

# JEFFERSON REGIONAL MEDICAL CENTER
Mahpareh  Mostoufi, M.D., Director
PO Box 18119, Pittsburgh, PA 15236
Tel.  (412) 469-5745  Fax  (412) 469-5913

PATIENT NAME:  **FONTANA, TRISH**

| | | | |
|---|---|---|---|
| MED REC #: | **49-06-88** | FINANCIAL #: | **3515756637** |
| BIRTHDATE: | **06/02/1967** | ADMITTED: | **03/24/2011** |
| AGE:**43 years**  SEX:**Female** | | PRINTED: | **3/24/2011  18:53** |
| PHYSICIAN NAME:**David J Mance** | | LOCATION: | **BMGB** |

## Hematology

### Cell Counts

Collected Date    03/24/2011
Day of Stay       Thu
Collected Time    10:00 EDT

| Ref Range | Units | Test | |
|---|---|---|---|
| 4.30-10.10 | x10(3)/mcL | WBC | 5.80 |
| 3.86-5.00 | x10(6)/mcL | RBC | 4.02 |
| 11.6-15.3 | gm/dL | Hgb | **11.2 L** |
| 36.0-45.0 | % | Hct | **35.5 L** |
| 85.0-99.0 | fL | MCV | 88.3 |
| 27.7-33.5 | pg | MCH | 27.9 |
| 31.5-35.5 | gm/dL | MCHC | 31.5 |
| 11.6-15.3 | % | RDW | **15.8 H** |
| 123-347 | x10(3)/mcL | Platelet | 346 |
| 9.5-12.6 | fL | MPV | **9.4 L** |

### Differential

Collected Date    03/24/2011
Day of Stay       Thu
Collected Time    10:00 EDT

| Ref Range | Units | Test | |
|---|---|---|---|
| 15.0-45.0 | % | Lymph Auto | 31.2 |
| 5.3-10.0 | % | Mono Auto | 6.0 |
| 40.0-80.0 | % | Neutro Auto | 59.3 |
| 0.1-4.0 | % | Eos Auto | 2.8 |
| 0.0-3.5 | % | Basophil Auto | 0.7 |
| 1.20-3.40 | x10(3)/mcL | Lymph Abs | 1.81 |
| 0.23-1.00 | x10(3)/mcL | Mono Abs | 0.35 |
| 1.30-8.00 | x10(3)/mcL | Neutro Abs | 3.44 |
| 0.00-0.59 | x10(3)/mcL | Eos Abs | 0.16 |
| 0.00-0.07 | x10(3)/mcL | Basophil Abs | 0.04 |



| LEGEND: | E = CORRECTED | C = CRITICAL | L = LOW | H = HIGH | f =FOOTNOTES | * = ABNORMAL | # = INTERP DATA |
|---|---|---|---|---|---|---|---|

**230**

::Report [ Name: FONTANA, TRISH A | MRN: 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 | Accession: 00260208 ]    EXHIBIT NO. 3F
                                                                                                                    PAGE: 5 OF 45

:: Preview [ Name: FONTANA, TRISH A | MRN: 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 | Accession: 00260208 ]

**REPORTS:**

**Report Time:** 06/30/2010      **Status:**      **Description:** MRI LOW EXT JOINT W/      **Time Received:** 07/01/2010
16:00:00                         F                OUT CNT                                   14:30:16

Interpreter:      DEMARINO, MD, GEORGINE (28)

# JRMC Diagnostic Services

Brentwood
3722 Brownsville Road
Pittsburgh, PA 15227
412-886-2700 Phone 412-886-2710 Fax

**Referring Physician: DAVID MANCE, DPM**          **Name: TRISH A FONTANA**

**Office Phone:** 4128815580                        **MRN:** 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

**Fax:** 4128811026                                 **DOB:** 06/02/1967

                                                    **Phone:** 4128820719

**CC Physician:**                                   **Date of Service:** 06/30/2010

**Study: MRI ANKLE WO MRI LOW EXT JOINT W/ OUT CNT**

EXAM: MRI LEFT ANKLE:

PROCEDURE: Sagittal, axial, coronal T-1 and T-2 fat-suppressed sequences through the le
ankle were acquired with closed MRI

PRIOR: None

HISTORY: Pain tendon rupture

FINDINGS: There is diffuse edema around the ankle more so posteriorly. The peroneus
longus and brevis tendons are intact. The posterior tibial tendon, flexor hallucis longus and
flexor digitorum tendons are intact. The extensor tendons and anterior tibial tendons over the
anterior ankle are intact. There is significant subcutaneous edema along the anterior ankle
consistent with synovitis and this extends into the ankle joint somewhat without a significant
effusion. There is a large area of abnormal bone marrow signal involving the dome of the tal
through the body of the talus down to the sub-talar joint space and into the sinus tarsi
consistent with marked contusion. There is at least one image suggesting a horizontal linear
low signal which is on series 12 image 15 that could represent an actual stress impaction
fracture. The overlying cartilage of the talar dome is all intact. The calcaneo talar interosseou
ligaments are intact. The Achilles' tendon and plantar fascia, syndesmotic ligaments, spring
ligament is intact. There is partial tear and fibrosis of the anterior talofibular ligament. There
may be partial tear calcaneofibular ligament.

::Report [ Name: FONTANA, TRISH A | MRN: 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 | Accession: 00260208 ]    **EXHIBIT NO. 3F**
**PAGE: 6 OF 45**

**IMPRESSION:** Marked contusion and nondisplaced stress type fracture through the body of the talus. Anterior ankle synovitis. Tear anterior talofibular ligament.

<u>Interpreting Physician</u>
Electronically Signed By:
GEORGINE DEMARINO, MD
/GD

**KEY IMAGES:**
There are no key images set for this exam.

DB=0.109s TT



NAME Trish Fontana

DATE 8-10-12

EXHIBIT NO. 3F
PAGE: 7 OF 45

1 1/2 week go stepped off step & heard "pop"
(left ankle) & 2nd L met

031205200005672

---

8-10-12          Trish Fontana

Patient presents today and said a week and a half ago she stepped off step and heard a pop. Now it hurts in her 2nd metatarsal of her left foot. There is pain on palpation at the 2nd met. She also it hurt in her ankle but that has gone away. There is some swelling in the area. I strongly suspect a stress fracture. She will get back into the air cast. I will see her in 2 weeks. DJM

8/24/12  pt  canc.  R/S  8-28

---

NAME Trish Fontana          "Feelg better"

DATE 8-28-12

---

8-28-12          Trish Fontana

Patient states she is doing very good. She said the pain is 90% better. On evaluation there is no swelling in the left foot and the 2nd and 3rd metatarsal areas especially the 2nd at there was in the previous visit. There is no pain on range of motion and no pain on palpation on the neck or shaft of the 2nd metatarsal. X-ray views confirm there is no obvious fracture noted. She can start walking in regular shoes and I will see her PRN. DJM

233

Name _Trish Fontana_

Date _3-21-11_

031305200005672

dictated

3-21-11 Trish Fontana pt is complaining of pain in both legs now. She said she's weak I ordered CBC with diff and chem profile. She does look anemic. I will see her then DJM

Name _Trish Fontana_

Date _3-28-11_

3-28-11 Trish Fontana Patient presents complaining of slight pain now on both ankles she thinks its because she gained weight. Injection of a ½ cc lidocaine plain is given DJM

Name _Trish Fontana_

Date _4-25-11_

4-25-11 Trish Fontana pt has neuritis and tendonitis injection of a ¼ cc celestone into her anterior aspect of her foot DJM

_5-23-11   B/A_

Name _Trish Fontana_

Date _5-26-11_

5-26-11 Trish Fontana pt said she has occasional pain but is doing better there is pain in her ankle. There is pain at the dorso aspect of the talor navicular joint. I will see her as needed DJM

**234**

_4-16-12   Purged - pc sent_

**EXHIBIT NO. 3F**
**PAGE: 9 OF 45**

Name *Trish Fontana*

Date *1-17-11*

031305200005672

1-17-11 Trish Fontana pt said she's starting to feel better on examination there is very little swelling in the foot there is some pin point tenderness in the anterior tibia about 1cm about the ankle joint. Otherwise range of motion is pain free still tender very slight edema she is to elevate this. DX healing ruptured tendon tibialis anterior. DJM

Name *Trish Fontana*

Date *2-14-11*

2-14-11 Trish Fontana Patient presents today having pain at the anterior aspect of the anterior tib tendon you can feel a nodule there its tight I advised her to ice and elevate and wear the air walking cast. DJM

Name *Trish Fontana*

Date *3-8-11*

3-8-11 Trish Fontana pt said she is starting to feel better she has occasional pain walking up and down the steps. The tibialis anterior tendon has decreased in size and the swelling in the area anterior to the ankle joint. There is pain on palpation of the ball of tendon in that area. There is pain on plantar flexion of the foot and plantar flexion of the toes. I want her to elevate this I will see her in 2 weeks. DJM

**235**

031305200605672



**associates in podiatry**

LYNNE J. HAUBELT, D.P.M.
SCOTT G. SOLBACH, D.P.M.
DAVID MANCE, D.P.M.

**Certificate of Professional Care**

Date 2/14/11

This is to certify that

Trish Fontana

is under my care for the following: continue

light duty

Dr. _____

CENTRE CITY TOWER (SUITE 575), 650 SMITHFIELD STREET
PITTSBURGH, PA 15222
(412) 471-2124
3000 BROWNSVILLE ROAD, PITTSBURGH, PA 15227
(412) 881-5580

**236**

0313852600005672



## associates in podiatry

LYNNE J. HAUBELT, D.P.M.
SCOTT G. SOLBACH, D.P.M.
DAVID MANCE, D.P.M.

Certificate of Professional Care

Date 12-27-10

This is to certify that

_Trish Fontana_

is under my care for the following: Continue light
duty until next appointment
1-17-11.

Dr. _D Mance_

CENTRE CITY TOWER (SUITE 575), 650 SMITHFIELD STREET
PITTSBURGH, PA 15222
(412) 471-2124
3000 BROWNSVILLE ROAD, PITTSBURGH, PA 15227
(412) 881-5580

**237**

031305200005672

## associates in podiatry

LYNNE J. HAUBELT, D.P.M.
SCOTT G. SOLBACH, D.P.M.
DAVID MANCE, D.P.M.

Certificate of Professional Care

Date _1/17/11_

This is to certify that

_Trish Fontana_

is under my care for the following: _Continue_

_light duty_

CENTRE CITY TOWER (SUITE 575), 650 SMITHFIELD STREET
PITTSBURGH, PA 15222
(412) 471-2124
3000 BROWNSVILLE ROAD, PITTSBURGH, PA 15227
(412) 881-5580

**238**

**Name** *Trish Fontana*

Ø313Ø52ØØØØ5672

**Date** 11-18-0

11-18-10 Trish Fontana pt is complaining of pain anterior ankle tibiuas anterior tendon. There is pain on palpation I advised her to remain in the cast she will do this. DJM

**Name** *Trish Fontana*

**Date** 12-2-10

12-2-10 Trish Fontana Patient presents today stating her foot is swollen and she is achy in her feet no infection I gave her a medrol dose pack. There is less pain on palpation today DJM

**Name** *Trish Fontana*

**Date** 12-27-10

1 1/2 week ago @ cemetery flipped backward getting in car

12-27-10 Trish Fontana Patient presents stating 1 ½ weeks ago she flipped backwards getting into a car she has pain along the ankle and posterior aspect its swollen painful to palpation and movement.  I want her in a BK cast I will see her in 2-3 weeks DJM

**239**

Name *Trish Fontana*

031305208005672

Date *11-18-0*

11-18-10 Trish Fontana pt is complaining of pain anterior ankle tibilas anterior tendon.
There is pain on palpation I advised her to remain in the cast she will do this. DJM

Name *Trish Fontana*

Date *12-2-10*

12-2-10 Trish Fontana Patient presents today stating her foot is swollen and she is achy in
her feet no infection I gave her a medrol dose pack. There is less pain on palpation today
DJM

Name *Trish Fontana*

Date *12-27-10*

*1½ week ago @ cemetry*
*flipped backward getting*
*in car*

12-27-10 Trish Fontana Patient presents stating 1 ½ weeks ago she flipped backwards
getting into a car she has pain along the ankle and posterior aspect its swollen painful to
palpation and movement.  I want her in a BK cast I will see her in 2-3 weeks DJM

**240**

**EXHIBIT NO. 3F**
**PAGE: 15 OF 45**

0313052608085672

**associates in podiatry**

**DISABILITY CERTIFICATE**

LYNNE J. HAUBELT, D.P.M.
SCOTT G. SOLBACH, D.P.M.    DATE 12-21-10
DAVID MANCE, D.P.M.

NAME___Tino Fontana___

ADDRESS_____

EMPLOYER_____

To Whom It May Concern:

   This is to certify that the above patient was under my professional care from Dec 2 to Dec 27 inclusive, and was totally incapacitated during this time.

   This is to further certify that the above patient has now recovered sufficiently to be able to return to (light) regular work duties on_____

Restrictions Continue lyht duty until next appointment

DR_____

717 Liberty Avenue, Clark Building (Suite 1315) • Pittsburgh, PA 15222 • (412) 471-2124
3000 Brownsville Road • Pittsburgh, PA 15227 • (412) 881-5580

FAXED
12-21-10

241

0313052000065072



## associates in podiatry

LYNNE J. HAUBELT, D.P.M.
SCOTT G. SOLBACH, D.P.M.
DAVID MANCE, D.P.M.

**Certificate of Professional Care**

Date   11-27-10

This is to certify that

Trish Fontana

is under my care for the following:  Must continue light duty until next appointment.

Dr. Mance

CENTRE CITY TOWER (SUITE 575), 650 SMITHFIELD STREET
PITTSBURGH, PA 15222
(412) 471-2124
3000 BROWNSVILLE ROAD, PITTSBURGH, PA 15227
(412) 881-5580

**242**

031305266065672

CENTRE CITY TOWER, SUITE 575, 650 SMITHFIELD STREET, PITTSBURGH, PA 15222
(412) 471-2124 • FAX (412) 471-2332
3000 BROWNSVILLE ROAD, PITTSBURGH, PA 15227 ☎(412) 881-5580 • FAX (412) 881-1026

**associates in podiatry**

LYNNE J. HAUBELT, D.P.M.
SCOTT G. SOLBACH, D.P.M.
DAVID MANCE, D.P.M.

SC -002880-L

DEA REG. NO. _____

NAME _Trish Fontana_____ AGE _____

ADDRESS _____ DATE _12/2/10_

℞  Medrol Dose pack
     1 pack
     hj: per instution

☐ LABEL
REFILL __0__ TIMES

_____ , D.P.M.        _____ , D.P.M.
DO NOT SUBSTITUTE                          SUBSTITUTION PERMISSIBLE

**243**

From: FAXmaker    To: MANCE DAVID    Page: 1/2    Date:

031305288805572

# JRMC Diagnostic Services

Brentwood
3722 Brownsville Road
Pittsburgh, PA 15227
412-886-2700 Phone    412-886-2710 Fax

**Referring Physician: DAVID  MANCE, DPM**

Office Phone: 4128815580

Fax: 4128811026

CC Physician:

**Name: TRISH A FONTANA**

MRN: 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

DOB: 06/02/1967

Phone: 4128820719

Date of Service: 10/29/2010

Study:  MRI ANKLE WO    MRI LOW EXT JOINT W/ OUT CNT

LEFT ANKLE MRI:

HISTORY:  Ankle pain

SEQUENCES:  Sagittal, axial and coronal T-1 and T-2 sequences through the left ankle were acquired with high-field closed MRI without contrast.

FINDINGS:  The anterior tibial tendon and extensor tendons over the dorsal foot are all intact.  There is some edema along the anterior aspect of the ankle joint suggesting synovitis and there is edema in the sinus tarsi and tracking along the anterolateral gutter. The findings might suggest anterior impingement.  There is an intact anterior talofibular ligament along the superior fibers but there appears to be chronic tearing of the inferior fibers of the anterior talofibular ligament.  The peroneal tendons are intact.  The flexor hallucis longus and flexor digitorum tendons are intact.  The distal posterior tibial tendon shows marked thickening and some mild heterogeneous increased signal consistent with distal tendinopathy for the 1 cm length prior to the navicular attachment.  The spring ligament, deltoid ligament and posterior talofibular ligament are all intact.  There is no fracture.  There is no bone marrow edema.  The achilles tendon, plantar fascia and talocalcaneal interosseous ligaments are intact.

IMPRESSION:  Edema along the anterior ankle joint and fibular side of the  sinus tarsi with chronic minimal partial tearing suggested of the inferior fibers anterior talofibular ligament.  The findings could all relate to anterior impingement symptoms.  The anterior tibial tendon is intact.  There is evidence of distal posterior tibial tendinopathy.

/lkl

Page 1 of 2

244

Name: TRISH A FONTANA                    Date: 10/29/2010
DOB: 06/02/1967

Interpreting Physician
Electronically Signed By:
GEORGINE DEMARINO, MD
/GD



**245**

63180520000356

*no auth required*

CENTRE CITY TOWER, SUITE 575, 650 SMITHFIELD STREET, PITTSBURGH, PA 15222
(412) 471-2124 • FAX (412) 471-2332
3000 BROWNSVILLE ROAD, PITTSBURGH, PA 15227 • (412) 881-5580 • FAX (412) 881-1026

**associates in podiatry**

LYNNE J. HAUBELT, D.P.M.
SCOTT G. SOLBACH, D.P.M.
DAVID MANCE, D.P.M.

SC-002880-C

NAME _Trish Fontan_

DEA REG. NO. _____

ADDRESS _____

AGE _____

R   MRI *Right ankle*    DATE 10-28-10

DX: Ruptured Anterior
Tibial Tendon Left

☐ LABEL
REFILL _____ TIMES

DO NOT SUBSTITUTE          D.P.M.

SUBSTITUTION PERMISSIBLE          D.P.M.

Chris

**246**

**Name** *Trish Fontana*

031305200005672

**Date** *10 - 1 - 10*

10-1-10 Trish Fontana pts tibialis anterior tendon rupture is proceeding good. She has one area where there is a knot in the tendon there is pain on palpation otherwise her movement is good there is very little swelling if any she is to stay off so she can get rid of the pain she is advised to walk. I think in a week she will be ready to return to work. DJM

**Name** *Trish Fontana*

**Date** *10 - 8 - 10*

10-8-10 Trish Fontana pt heard a pop a week ago now its getting worse and she has pain along the tibialis anterior tendon. I think she ripped this tendon more. We will put her in a bk cast xrays reveal no bony abnormality if this doesn't get better I will get an MRI to evaluate the degree of the rupture. DJM

**Name** Trish Fontana

**Date** *10 - 15 - 10*

10-15-10 Trish Fontana pt said yesterday her ankle was acting up she has pain across the ankle there is swelling there, there is tenderness along the extensor tendons and the anterior aspect of the ankle. I think she is getting tendonitis at this time ½ cc celestone was given I want her to elevate and rest not to be on her foot more then an hour a day. I will see her in 2 weeks DJM

247

Name Trish Fontana

031305200005672

Date 8-27-10

8-27-10 Trish Fontana Patient presents stating she feels better today but if on her feet for more then 2-3 hours it bothers her there is pain and tightness along the anterior tibialis anterior tendon about 3-4cm proximal to the ankle joint anteriorally injection of a ½ cc celestone was given there is some pain on palpation there I will see her in one week DJM

Name Trish Fontana.

Date 9-3-10

9-3-10 Trish Fontana pt said she started walking without the aircast there is still some pain on examination of the tibialis anterior tendon not like before I would like her to get used to not walking with the air cast. I think the tendon is healing nice I will see her in 2 weeks she can probably return to work then DJM

Name 9-17-10

Date Trish Fontana

9-17-10 Trish Fontana pt said she still has pain there is pain along the tibialis anterior tendon its increasing in severity since the last examination. There is some swelling in the area. On evaluation of the ankle she has some instability at the lateral ankle I think this is causing her problem and why she is tripping there is pain on inversion and plantar flexion. I think the tendon is healing nicely and progressing so she can get back to work part time for 2 weeks to see how she can tolerate this I also wrote her an ankle brace I will see her in 2 weeks DJM

248

8313052088805672



**associates in podiatry**

LYNNE J. HAUBELT, D.P.M.
SCOTT G. SOLBACH, D.P.M.
DAVID MANCE, D.P.M.

### Certificate of Professional Care

Date 10|15|10

This is to certify that

Trish Fontana

is under my care for the following: continue

Light duty next
appt 10/28/10

Mance

CENTRE CITY TOWER (SUITE 575), 650 SMITHFIELD STREET
PITTSBURGH, PA 15222
(412) 471-2124
3000 BROWNSVILLE ROAD, PITTSBURGH, PA 15227
(412) 881-5580

**249**

0313052000005672

**associates in podiatry**

**ap**

**DISABILITY CERTIFICATE**

LYNNE J. HAUBELT, D.P.M.          DATE 10/1/10
SCOTT G. SOLBACH, D.P.M.
DAVID MANCE, D.P.M.

NAME Trish Fontana

ADDRESS 3130 Glendale Avenue

EMPLOYER

To Whom It May Concern:

This is to certify that the above patient was under my professional care from 1·18·10 to 10·10·10 inclusive, and was totally incapacitated during this time.

This is to further certify that the above patient has now recovered sufficiently to be able to return to light regular work duties on Monday Oct 11, 2010

Restrictions: none

DR. _Mance_

717 Liberty Avenue, Clark Building (Suite 1315) • Pittsburgh, PA 15222 • (412) 471-2124
3000 Brownsville Road • Pittsburgh, PA 15227 • (412) 881-5580

**250**

**EXHIBIT NO. 3F**
**PAGE: 25 OF 45**

CENTRE CITY TOWER, SUITE 575, 650 SMITHFIELD STREET, PITTSBURGH, PA 15222
(412) 471-2124 • FAX (412) 471-2332
3000 BROWNSVILLE ROAD, PITTSBURGH, PA 15227 • (412) 881-5580 • FAX (412) 881-1026

**associates in podiatry**

LYNNE J. HAUBELT, D.P.M.
SCOTT G. SOLBACH, D.P.M.
DAVID MANCE, D.P.M.

SC-002880-L

DEA REG. NO.

NAME Trish Fontana AGE

ADDRESS DATE 9/17/10

R Ankle brace Left

Dx: Ankle instability left

NOT FOR NARCOTICS

☐ LABEL
REFILL ______ TIMES

______ D.P.M. DO NOT SUBSTITUTE

[signature] D.P.M. SUBSTITUTION PERMISSIBLE

---

**associates in podiatry**

LYNNE J. HAUBELT, D.P.M.
SCOTT G. SOLBACH, D.P.M.
DAVID MANCE, D.P.M.

**Certificate of Professional Care**

Date 9-17-10

This is to certify that Trish Fontana

is under my care for the following: pt able to RTW - only 4 hrs per day - 2 weeks than reevaluated.

[signature] D.P.M.

CENTRE CITY TOWER (SUITE 575), 650 SMITHFIELD STREET
PITTSBURGH, PA 15222
(412) 471-2124
3000 BROWNSVILLE ROAD, PITTSBURGH, PA 15227
(412) 881-5580

**Name** Trish Fontana

7-23-10

0313852086665672

**Date**

7-23-10 Trish Fontana pt still has pain on the body of the talos where she has a fracture. She also has pain along the atf ligament which is healing this is from an injury that happened 3-4 weeks ago she is to remain in the cast due to the swelling and pain she is to elevate and stay off it I will see her in 2 weeks DJM

**Name** Trish Fontana

**Date** 8-6-10

8-6-10 Trish Fontana Patient presents she is doing so much better there is less swelling there is still tenderness on palpation of the talos there is some pain on range of motion of the sub talor joint. She is to remain in the air cast an hour or two a day. I will see her in 2 weeks DJM

**Name** Trish Fontana   Pmt in Ovelof

**Date** 8-20-10

**252**

Name  Trish Fontana

031305200005672

Date  6-15-10

6-15-10 Trish Fontana pt is still complaining of pain from her fall she fell the other day and her foot went behind her its still swollen and tender along the lateral aspect of her ankle on evaluation there is swelling in the area there is pain on palpation and on dorso flexion of the extensor tendons. I would like her to stay off her foot elevate and ice. I don't want her walking on it. I will see her in one week DX possible lateral ankle sprain possible rupture of the extensor tendons DJM

Name  Trish Fontana

Date  6-22-10

6-22-10 Trish Fontana pt fell and dislocated her foot backwards she states she is doing good. She has pain on the lateral aspect of her fibula I think she has a slight high ankle sprain now must of the pain is at the extensor tendons dorsally from her foot being caught under her body she said it is getting better I advised her to ice this. She may go back to work limited duty. DJM

Name  Trish Fontana

Date  6-29-10

6-29-10 Trish Fontana pt states then when she fell and bent her foot back about a week ago, she is still having pain in that area. There is pain along the extensor tendon. There is swelling and pain upon plantar flexion of the foot and plantar flexion of the toes. Rest and air cast havent helped her. I will get an MRI to evaluate her peronial tendons and her extensor tendons I think she might have a slight tear. She's been staying off it and in an air cast. LJH

**253**

EXHIBIT NO. 3F
PAGE: 28 OF 45

FAXED
6·29·10
pt took original

## associates in podiatry

LYNNE J. HAUBELT, D.P.M.
SCOTT G. SOLBACH, D.P.M.
DAVID MANCE, D.P.M.

### Certificate of Professional Care

Date __6·29·10__

This is to certify that

__Trish · Fontana__

is under my care for the following: continue
light duty until results of
MRI are reviewed.

Dr. _____

CENTRE CITY TOWER (SUITE 575), 650 SMITHFIELD STREET
PITTSBURGH, PA 15222
(412) 471-2124
3000 BROWNSVILLE ROAD, PITTSBURGH, PA 15227
(412) 881-5580

031305200005672

727.60

CENTRE CITY TOWER, SUITE 575, 650 SMITHFIELD STREET, PITTSBURGH, PA 15222
(412) 471-2124 • FAX (412) 471-2332
3000 BROWNSVILLE ROAD, PITTSBURGH, PA 15227 • (412) 881-5580 • FAX (412) 881-1026

**associates in podiatry**

LYNNE J. HAUBELT, D.P.M.
SCOTT G. SDESMOLD.P.M.
DAVID MANCE, D.P.M.

SC-002580-C

DEA REG. NO.

NAME _Trish Fontana_

AGE

ADDRESS _____ DATE 6/29/10

R MRI _____

DX: _____

☐ LABEL
REFILL _____ TIMES

DO NOT SUBSTITUTE _____ D.P.M. _____ D.P.M.
SUBSTITUTION PERMISSIBLE

NO AUTH REQUIRED

412 442 0719

255

60130520800066721

## associates in podiatry

LYNNE J. HAUBELT, D.P.M.
SCOTT G. SOLBACH, D.P.M.
DAVID MANCE, D.P.M.

### Certificate of Professional Care

Date 7/2/10

This is to certify that

Trish Fontana

is under my care for the following: continue
light duty Must
wear pneumatic
walker

CENTRE CITY TOWER (SUITE 575), 650 SMITHFIELD STREET
PITTSBURGH, PA 15222
(412) 471-2124
3000 BROWNSVILLE ROAD, PITTSBURGH, PA 15227
(412) 881-5580

256

0213052000056/2

## associates in podiatry

LYNNE J. HAUBELT, D.P.M.
SCOTT G. SOLBACH, D.P.M.
DAVID MANCE, D.P.M.

### Certificate of Professional Care

Date  6-22-10

This is to certify that

Trish Fontana

is under my care for the following: Continued
Light duty until reevaluated
post-op 6/29/10

CENTRE CITY TOWER (SUITE 575), 650 SMITHFIELD STREET
PITTSBURGH, PA 15222
(412) 471-2124
3000 BROWNSVILLE ROAD, PITTSBURGH, PA 15227
(412) 881-5580

**257**

031305206005672

## associates in podiatry

LYNNE J. HAUBELT, D.P.M.
SCOTT G. SOLBACH, D.P.M.
DAVID MANCE, D.P.M.

### Certificate of Professional Care

Date 8/6/10

This is to certify that

Trish Fontana

is under my care for the following: continue
Light duty until
8/20/ appt

CENTRE CITY TOWER (SUITE 575), 650 SMITHFIELD STREET
PITTSBURGH, PA 15222
(412) 471-2124
3000 BROWNSVILLE ROAD, PITTSBURGH, PA 15227
(412) 881-5580

**258**

# associates in podiatry

LYNNE J. HAUBELT, D.P.M.
SCOTT G. SOLBACH, D.P.M.
DAVID MANCE, D.P.M.

### Certificate of Professional Care

Date 7/23/10

This is to certify that

Trish Fontana

is under my care for the following: continue
light duty until
evaluated on 8/6/10

Dr. mance

CENTRE CITY TOWER (SUITE 575), 650 SMITHFIELD STREET
PITTSBURGH, PA 15222
(412) 471-2124
3000 BROWNSVILLE ROAD, PITTSBURGH, PA 15227
(412) 881-5580

259

Name *Trish Fontana*

0313052000005672

Date *6-1-10*

Not dictated
POL

Name *Trish Fontana*

Date *6-8-10*

6-8-10 Trish Fontana pt said the ankle feels good but she said above the ankle hurts. Xrays were taken there is no evidence of a high ankle sprain. There was pain on palpation of the tib anterior tendon in that area DX tib anterior tendonitis injection of a cc celestone was given see her in 1-2 weeks DJM

Name *Trish Fontana*          *Fell Bernardi M.D.*

Date *6-10-10*

6-10-10 Trish Fontana pt fell the other day her mother made her come to see me. There is pain along the outside of her foot but its not bad she said its getting better. Xrays reveal no fracture I told her not to fall anymore to take it easy. DJM

Name. Trish Fontana

031.385.286.005672

Date 4-26-10

4-26-10 Trish Fontana pts ankle is doing well she's been on it a lot it's a little sore I advised her on working on dorso flexion and gave her exercises there is a slight limitation. She said it only hurts her going up and down steps which is normal. I advised her to start doing stretching exercises. DJM

Name. Trish Fontana

Date 5-10-10

5-10-10 Trish Fontana Patient presents doing well. Has occasional pain but she is on her foot 10-12 hours a day. She said its improving I advised her on r ange of motion she will continue to do this. I will see her in 1 month. DJM

Name Trish Fontana

Date 5-17-10

5-17-10 Trish Fontana pt continues to show improvement the range of motion is better on dorso and plantar flexion but there is some pain on range of motion she states it hurts going up and down stairs I advised her to continue to ice this there is some edema laterally there is pain on palpation laterally where the most of the surgical I advised to ice rest and take non steriodal anti inflammatories try to decrease activity and not do too much during the day and I will see her in 2 weeks DJM

261



**associates in podiatry**

LYNNE J. HAUBELT, D.P.M.
SCOTT G. SOLBACH, D.P.M.
DAVID MANCE, D.P.M.

Certificate of Professional Care

Date 6/15/10

This is to certify that

Trish Fontana

is under my care for the following: continue
light duty through till
6/22 ap# evaluation

CENTRE CITY TOWER (SUITE 575), 650 SMITHFIELD STREET
PITTSBURGH, PA 15222
(412) 471-2124
3000 BROWNSVILLE ROAD, PITTSBURGH, PA 15227
(412) 881-5580

0213052608085672



**associates in podiatry**

LYNNE J. HAUBELT, D.P.M.
SCOTT G. SOLBACH, D.P.M.
DAVID MANCE, D.P.M.

**Certificate of Professional Care**

Date ___6·8·10___

This is to certify that

Trish Fontana~

is under my care for the following: Continued
Light duty until re evaluated
by me on 6·15·10

Dr _[signature] Mance_

CENTRE CITY TOWER (SUITE 575), 650 SMITHFIELD STREET
PITTSBURGH, PA 15222
(412) 471-2124
3000 BROWNSVILLE ROAD, PITTSBURGH, PA 15227
(412) 881-5580

0313852000005672

**associates in podiatry**

DISABILITY CERTIFICATE    6/1/10

LYNNE J. HAUBELT, D.P.M.    DATE ____
SCOTT G. SOLBACH, D.P.M.
DAVID MANCE, D.P.M.

NAME  TRish FonTana

ADDRESS ____

EMPLOYER ____

To Whom It May Concern:

This is to certify that the above patient was under my professional care from _____ to PRESENT inclusive, and was totally incapacitated during this time.

This is to further certify that the above patient has now recovered sufficiently to be able to return to ~~light~~ ~~regular~~ work duties on 6-1-10

Restrictions: Light duty unTil fURTher EvaluaTion June 8, 2010

DR ____

717 Liberty Avenue, Clark Building (Suite 1315) • Pittsburgh, PA 15222 • (412) 471-2124
3000 Brownsville Road • Pittsburgh, PA 15227 • (412) 881-5580

**264**

031705188805672



**associates in podiatry**

LYNNE J. HAUBELT, D.P.M.
SCOTT G. SOLBACH, D.P.M.
DAVID MANCE, D.P.M.

### Certificate of Professional Care

Date 5/17/10

This is to certify that

Trish Fontano

is under my care for the following: Foot

Surgery light duty
until evaluated on
6/1/10.

CENTRE CITY TOWER (SUITE 575), 650 SMITHFIELD STREET
PITTSBURGH, PA 15222
(412) 471-2124.
3000 BROWNSVILLE ROAD, PITTSBURGH, PA 15227
(412) 881-5580

**265**

3/29/2010  18:13:48  JRMC DIAGNOSTIC SERVICES  412-469-8981

# JRMC Diagnostic Services, Laboratory
CLIA #: 39D0005672
1200 Brooks Lane Ste C40
Clairton, Pennsylvania 15025
Phone: (412)469-8950
Fax: (412) 469-8980

| | | | | |
|---|---|---|---|---|
| Patient: FONTANA, TRISHANN | Birth: 6/2/1967 | | Acc #: 512697 | |
| Patient #: 16489 | Age: 42 years | | Fasting: NO | |
| Doctor: MAJKIC, DUSHAN | Gender: Female | | Collection Date: 3/29/2010 09:40 | JLL |
| Home Phone: (412)882-0719 | | | | |

| Test Name | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| | | | | *Run by: MD on 3/29/2010 13:59* |
| **BASIC METABOLIC PANEL** | | | | |
| Sodium | 138 | mmol/L | | 135 - 145 |
| Potassium | 4.5 | mmol/L | | 3.7 - 5.2 |
| Chloride | 105 | mmol/L | | 98 - 113 |
| CO2 | 29 | mmol/L | | 21 - 31 |
| Anion Gap | 9 | mmol/L | | 6 - 20 |
| Glucose | 89 | mg/dl | | 64 - 112 |
| BUN | 9 | mg/dl | | 6 - 20 |
| Creatinine | 0.60 | mg/dl | | 0.42 - 1.06 |
| B/C Ratio | 15 | | | 8 - 28 |
| Calcium | 9.3 | mg/dl | | 8.5 - 10.5 |
| GFR | >60 | | | >59 |
| | *The GFR estimate is reported in mL/min/1.73m²* | | | |
| African American GFR | >60 | | | >59 |
| | | | | *Run by: JD on 3/29/2010 15:39* |
| **CBC WITH DIFF (AUTOMATED)** | | | | |
| WBC | 6.2 | 10^3 uL | | 4.0 - 10.8 |
| RBC | 4.0 | 10^6uL | | 3.8 - 5.2 |
| HGB | 11.7 | g/dL | | 11.2 - 15.8 |
| HCT | 35.3 | % | | 33.6 - 47.4 |
| MCV | 89.4 | fL | | 78.5 - 99.0 |
| MCH | 29.7 | pg | | 27.1 - 33.0 |
| MCHC | 33.2 | g/dL | | 32.1 - 36.0 |
| RDW | 14.1 | % | | 10.8 - 14.6 |
| PLT | 322 | x10^3 uL | | 150 - 400 |
| MPV | 7.5 | fL | | 7.1 - 10.0 |
| Gran% | 56.8 | % | | 43.0 - 81.0 |
| Lymph% | 31.4 | % | | 15.0 - 40.0 |
| Mono% | 7.2 | % | | 0.0 - 11.8 |
| Eo% | 3.8 | % | | 0.0 - 8.5 |
| Ba% | 0.8 | % | | 0.0 - 2.0 |
| Gran# | 3.7 | x10^3 ul | | 1.2 - 7.7 |
| Lymph# | 1.9 | x10^3 uL | | 1.2 - 3.4 |
| Mono# | 0.4 | x10^3 uL | | 0.2 - 0.8 |
| Eo# | 0.2 | x10^3UL | | 0.0 - 0.6 |
| Baso# | 0.0 | x10^3 uL | | 0.0 - 0.2 |

*Notes:*
COPY TO DR. DAVID MANCE 412-881-1026

Reviewed By: _____     Date: _____

Originally Printed On: 3/29/2010 15:39
Printed:  3/29/2010 18:04
Page 1 of 1

Accession: 512697  Patient ID: 16489
Lab Results For:  TRISHANN FONTANA

STAT[S] Corrected [C] Added [A]

266

03130520000565?2

| 03/29/10 | BRENTWOOD MEDICAL GROUP | Acct#: 13626 |
|---|---|---|

Trishann Fontana          DOB: 06/02/1967 Sex: F    Age: 42 years

Nurse Note: CC: PRE-OP SURG 4-7-10 - DR. DAVID MANCE (FAX 412-881-1026)

### Subjective
CC: Patient presents for preoperative visit.
HPI: Presents for consultation and pre-op clearance exam.
Pre-op clearance exam: Surgeon: Dr David Mance
ROS:
Const: Denies constitutional symptoms.
ENMT: Denies ear symptoms.
Resp: Denies respiratory symptoms.
Musculo: Reports foot pain.
Surgical Risk Factors:
Hx of blood dyscrasias or easy bleeding? no
Hx of untoward anesthetic reaction? no
Hx of recent steroid use? no
Hx of diabetes? no
Hx of hypertension? no
Hx of laryngeal or tracheal damage? no
Hx of cervical spine pain/fracture/surgery? no
Hx of reaction to iodine or tape or latex? no
Hx of transfusions? no
Use of contacts? no
Use of dentures/partial dentures? no

Current Meds:Ibuprofen 800 mg, Prilosec 20 mg, Proair HFA 108 (90 Base) mcg/ac, Zyrtec Allergy
10 mg, Omnaris 50 mcg/Act, Pataday 0.2 %
Allergies:      Penicillin, Morphine, Pentothal

PMH:
Medical Problems:
None
Surgical Hx:
None
Reviewed, no changes.
FH:
Reviewed, no changes.
SH:
Personal Habits:Cigarette Use: Current Cigarette Smoker  1 Pack Daily.Alcohol: Denies alcohol
use.
Reviewed, no changes.

### Objective:
Wt: 155lb Wt Prior: 143lb as of 03/08/10 Wt Dif: +12lb Ht: 63.25" 5'3.25" BP: 120/70 T: 98.5
Pulse: 78 BMI: 27.2 IBW: 115

Exam:

**267**

**EXHIBIT NO. 3F**
**PAGE: 42 OF 45**

Trishann Fontana  DOB 06/02/1967                 031305200005672   Page #2

Const: Appears healthy and well developed. No signs of acute distress present. Alert and oriented.
Head/Face: Normal on inspection.
Eyes: Conjunctivae clear. PERRL. Sclerae are anicteric.
ENMT: External ears WNL. Oropharynx: Appears normal.
Neck: No JVD. Carotids: 2+ and equal bilaterally, without bruits.
Resp: AP diameter is unremarkable. Clear to auscultation.
CV: Rate is regular. Rhythm is regular. S1 is normal. S2 is normal. No heart murmur appreciated. No extra sounds. Pedal pulses: 2+ and equal bilaterally. Extremities: Peripheral circulation is grossly normal. No edema of the lower limbs bilaterally.
Abdomen: Positive bowel sounds. No bruits. Normal to percussion. Abdomen is soft, nontender, and nondistended without guarding, rigidity or rebound tenderness. No abdominal masses. No pulsatile masses present. No palpable hepatosplenomegaly.
Lymph: No palpable or visible regional lymphadenopathy.


Assessment #1:   V72.83 Examination Preoperative Other Spec
Comments          : NO CONTRAINDICATION FOR SURGERY
Plan:
Lab               : BMP Basic Metabolic Panel
                    CBC W/Diff & PLT

Assessment #2:   729.5 Pain In Limb
Plan:
Follow Up          : . (Follow up)


Seen By:                                        03/29/2010 9:22 am

**268**

EXHIBIT NO. 3F
PAGE: 43 OF 45



**Name** Trish Fontana

031305200005672

**Date** 2-22-10

2-22-10 Trish Fontana pt said she has a clicking in her ankle the swelling has come down it hurts and pinches sometimes. On evaluation there is 2 areas to be concerned the medial shoulder and lateral gutter xrays reveal there might be a cheap in the lateral gutter. There is pain on palpation there there is pain on palpation in the medial shoulder on dorsal flexion there is audible click that can be heard and a slight grinding sensation laterally. She said its bothering her. Advised her we can do arthoscopic surgery on this and try cortisone injections she had similar thing with her wrist and it didn't work. I advised her to rest this remain in the cast if she can we will schedule the surgery at her convenience if not we will give her 2 weeks more rest. DJM

**Name** Trish Fontana

**Date** 4-12-10

4-12-10 Chris Fontana  Patient presents doing well post op. no infection no redness it is perfect. I instructed her on range of motion of the foot or ankle joint I will see her in 1-2 months. She had no calf pain no pain on range of motion of the calf. DJM

**Name** Trish Fontana

**Date** 4-16-10

4-16-10 Trish Fontana pt has been on her foot consistantly it is sore. She has a problem near the plantar aspect of the same foot near her 1st met head where she has a plantar fibroma I think she has a slight tear of the plantar fascial area. It measures about 1 ½ centimeters in diameter. She is in an air cast she put herself in it. I advised her to stay in it. I yelled her for not staying off this off she said she couldn't because of her children. DJM

**270**

Name *Trish Fontana*

031305208005672

Date *1-18-10*

1-18-10 Trish Fontana pt is complaining of left foot pain when she puts pressure on it. There is evaluation on pain on palpation of the met heads. And along the ankle joint. x-ray are taken of the ankle no obvious fracture noted since she has a high ankle sprain I advised her to stay off this. She will wear an air cast I will see her in 1-2 weeks DJM

Name *Trish Fontana*

Date *2-1-10*

2-1-10 Trisha Fontana pt says she got 30% relief. She said there is a decrease in pain along her ankle and the bottom of her ankle. The lump she has in the back of her ankle went away. We will monitor this and I will see her in one week. DJM

271