# Medical Records

Civil Action Number:  2:17-01146
Claimant:             Trish Ann Fontana
Account Number:       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

## Exhibits

| Exhibit No. | Description | Page No. | No. of Pages |
|---|---|---|---|
| 4F | Physical/Occupational Therapy Records, dated 10/27/2011 to 11/07/2011, from Jefferson Regional Medical Center | 272-278 | 7 |
| 5F | Emergency Department Records, dated 04/07/2010 to 04/17/2013, from UPMC Mercy at South Side Outpatient Center | 279-318 | 40 |

DATE: April 18, 2018

The documents and exhibits contained in this administrative record are the best copies obtainable.

*This sheet MUST be on TOP*                    *This sheet MUST be on TOP*

# Return **MAIL** or **FAX** Cover Sheet

> **IMPORTANT: THIS SHEET MUST BE ON TOP OF YOUR RESPONSE.**
> If you are required to return your own cover
> sheet, please place it under this one.

Medical Records
Jefferson Regional Med Ctr
Therapy and Wellness Services
3724 Brownsville Rd
Pittsburgh PA 15227



SSA
S67 Greensburg/PA-DDS
PO Box 8751
London, KY 40742-9863

Re: TRISH A FONTANA
XXX-XX-3849

**If responding by mail**, put this sheet on top of your response. Use the
enclosed return envelope and ensure that the mailing address appears in
the window.

**If responding by FAX**, complete the FAX Information section and send to
the FAX Number identified below. Put this sheet on top of your FAX
transmission.

---

FAX Information

Date: 5/8/13    Time: 2:05 pm    Number of Pages, including
                                  this cover sheet: 7

To: Bureau of Disability Determination

    Attn: M. Servello Phone Number: 1-800-442-8018

    FAX Number: 1-800-358-9954

*The information contained in this facsimile is intended only for the individual named
above and may contain confidential or privileged information. If you are not the
intended recipient, any dissemination, distribution or copying of this communication is
prohibited. If you have received this transmission in error, please notify us by
telephone immediately so that we can arrange for the return of all documents transmitted.*

*00442149

BBZZC1

**MER — DMAF**



RQID:02268926298BZZC1         SITE:S67 DR:S
SSN:197563849 DOCTYPE:0001 RF:D CS:5cf5

60054228 - 4/6



ACCT: 3517370130
MRN: 490688

**FONTANA, TRISH**
RICHMAN, JORY   10/27/2011
06/02/1967 F  44  THR

## Jefferson Regional Medical Center
# PHYSICAL THERAPY
# INITIAL EVALUATION

### LOCATION

☐ JEFFERSON REGIONAL OUTPATIENT          P: (412) 650-6511   F: (412) 650-9063
    SERVICES AT CURRY HOLLOW

☑ JEFFERSON REGIONAL PHYSICAL THERAPY     P: (412) 886-2727   F: (412) 886-2730
    AT THE BRENTWOOD PROFESSIONAL PLAZA

☐ JEFFERSON REGIONAL PHYSICAL THERAPY     P: (412) 469-3456   F: (412) 469-2495
    AND AQUATIC THERAPY

☐ JEFFERSON REGIONAL HEALTH PAVILON       P: (412) 854-0190   F: (412) 854-0193

**HISTORY OF PRESENT INJURY** Pt is a 44 y.o. WF. Seen post-op. June. 30th 2011; dx: HNP.
Still having LBP.

**CHIEF COMPLAINT** Pain on R hip down into the lat. thigh. & L lat. thigh pain: Rest: 4-5/10;
w/ pain meds. post activity/sitting: 7-8/10. Stiffness in AM. Numbness in heel & 5th digit;
numbness/tingling R hip/lat. thigh. Cramping B lat. thigh & calves. Diff. sleeping

**PAST MEDICAL HISTORY** Recent LB sx. June 2011.  LBP & neck pain

**PREVIOUS LEVEL OF FUNCTION** Light Walking. Doing laundry. Indep all homemaking, drive,
in w/ ADLs/walking.

**MEDICATIONS** Motrin/Advil ~ Percocet w/ severe pain

**GENERAL OBSERVATIONS** Very slow pace, guarded stance/gait - stiff

**POSTURE** normal

### RANGE OF MOTION

R hip Flex: 100°.  R hip ABD: 100°.
L hip Flex: 25-50°. ARom   L hip ABD: 50° ARom
R hip ER: 25°  IR: 10°  ARom
L hip ER: 30°  IR: 20°  ARom
distal Bil LEs: ARom WFL

Lumbar  Flex: 50°   Ext: 25°
R Rotation: 50% (tightness)  L: 75% ARom
R SB: 50-75% tightness   L 50-75% tightness pulls on R

### STRENGTH:

L hip Flex: 4⁰/5 , L hip ABD: 4/5
R hip Flex: ²/5 , R hip ABD: 2/5
L LE  Knee/ankle: 5/5
R knee /: ³/5 , L knee √: 4⁰/5
L knee √ a/: 4/5
R dorsi/plant Flex: ⁵/5

Weak core muscles/ABDs.

**273**



PHYSICAL THERAPY
INITIAL EVALUATION

PH0150



ACCT: 3517370130
MRN: 490688

FONTANA, TRISH
RICHMAN, JORY  10/27/2011
06/02/1967 F 44 THR

**Jefferson Regional Medical Center**
# PHYSICAL THERAPY
# INITIAL EVALUATION

| | |
|---|---|
| PALPATION | No pain w/ palpation. |
| SPINAL/PELVIC DYSFUNCTIONS | FABER ⊖ Bil; SLR ⊖ B but tight hamstring ; passive SLE 2° to weakness/tightness ⊕ closes ⊕ R > ⊕ L |
| SPECIAL TESTS | ✓ PSIS, ASIS symmetrical   ⊖ SI compression / distraction. |
| NEUROVASCULAR STATUS | Sensation intact B LEs. |
| BALANCE | good |
| GAIT/STAIRS | antalgic, guarded, slow pace @ small stride/step length   (Indep no dev.) |
| FUNCTIONAL DEFICITS/TRANSFERS | Indep. (antalgic) |
| PROBLEMS | ① ↓ LAD, ② hips/lat thighs B>⊕ L ② ↓ Flexibility ③ ↓ ROM lumbar LE ④ ↓ activity level ⑤ LE weakness B > E ⑥ sleep disturbances |
| ASSESSMENT | Post-op. Back sx w/ pain, weakness, ↓ Rom/Flexibility. |
| PATIENT STATED GOALS | Full activity w/o restriction @ no pain |

| PLAN OF CARE | Frequency: 2x/week  Duration: 4-6 weeks |
|---|---|
| ☐ Modalities ☑ Therapeutic procedures ☐ Aquatic Therapy ☐ Neuromuscular reeducation ☑ Other | Stretching Strengthening PT education stabilization |
| ☐ Manual therapy ☐ Functional activities ☐ Balance ☐ Gait | |

SHORT TERM GOALS (4 WEEKS) 2-4 wks. 1) ↓ pain to 2-3/10 w/ activity  2) ↑ walking to 1 mile
3) Indep w/ HEP. 4) ↑ Flex Lumbar by 20°  5) Indep SLR B x10 Reps.

LONG TERM GOALS (5-8 WEEKS) 4-6 wks. 1) ↓ pain to 0-1/10 w/ activity 2) ↑ walking to 1-2 miles
3) Return all activities w/o restrictions  4) B hip Flex/ABD: 4⊕/5  5) Full Arom SB + rotation lumbar
6) ↑ Flex by 25-50%.

COMMENTS

☐ Findings, plan of care and goals explained to the patient/family     ☑ Patient educated

☑ Patient verbally agreed to stated plan of care and goals     ☐ Initiated treatment

☑ Patient treatment program initiated, please refer to charted note and flow sheet

REHABILITATION POTENTIAL

☐ Guarded      ☐ Poor      ☐ Fair      ☑ Good      ☐ Excellent

If Guarded, poor or fair explain:

**MEDICARE PATIENTS ONLY**

SERVICE DATE: FROM:                    THROUGH:

Thank you for your referral of this patient to Jefferson Regional Medical Center. If you have any questions or comments regarding this patient's treatment, please do not hesitate to contact me. Please sign and return to act as a prescription to continue physical therapy services.

SIGNATURE/ DATE   Nicole M Reilley DPT   10-27-11

MD SIGNATURE/ DATE   Please sign

JEFFERSON
REGIONAL MEDICAL CENTER

PHYSICAL THERAPY
INITIAL EVALUATION

**274**

RH0150



ACCT: 3517370130
MRN: 490688

FONTANA, TRISH
RICHMAN, JORY   10/27/2011
06/02/1967 F 44 THR

## Jefferson Regional Medical Center
# OUTPATIENT PHYSICAL THERAPY
# DAILY TREATMENT NOTE

19-144B-1206

**VISIT #** _Eval + tx_  **DATE** 10-27-11  **START** 12:55  **END** 1425  **SIGNATURE** _Michelle M Ralles DPT_

**SUBJECTIVE:** Pain Self-Report of Pain ___/10   ☐ No New Complaints   ☐ Communications: ___
☐ Patient Reports: _Refer to P.T. Eval._

**OBJECTIVE:** ☐ Functional: ___
☐ Strength: ___   ☐ ROM: ___
☐ Other: ___   ☐ Modalities and Therapeutic Activities/Procedures Completed as Per Treatment Flow Sheet.
☐ Manual Techniques Completed Per Flow Sheet   ☐ New Manual Techniques: ___
☑ New Exercises: _piriformis stretch, hamstring stance, IT band stance t2 reps (L) x 20 sec._
☑ New Modalities: _demonstrated gastroc & bridges x3_

**ASSESSMENT:**
☐ Progress Towards Goals: _Understood HEP; issued written HEP._
☐ Remaining Deficits: ___

**PLAN:** ☑ Continue With Progression of the Current Plan of Care   ☐ Discontinue Skilled Therapy Services   2x /week
☐ Modifications to Plan of Care:   Frequency/Duration:
   Modalities: ___
   Therapeutic Activities/Exercises: ___
   Other: ☒ _Eval in HEP MMT & ROM (L) (& hip opposite)_ ☒

**TREATMENT (TIME/UNITS):**

| | | | |
|---|---|---|---|
| ☐ Aquatic Therapy ___ | ☐ Manual Therapy ___ | ☐ Massage ___ | ☐ Gait Training ___ |
| ☐ Therapeutic Activity/ Functional Exercise | ☐ Electrical Stimulation (Attended) ___ | ☐ Electrical Stimulation (Unattended) ___ | ☐ Neuromuscular Re-education ___ | ☐ Transcutaneous Neurostimulation ___ |
| ☐ Iontophoresis ___ | ☐ Ultrasound ___ | ☑ Evaluation 25/1 | ☐ Mechanical Traction ___ | ☐ Modal Hot/Cold Pack ___ |
| ☐ Therapeutic Exercise 15/1 | ☐ Group Therapy ___ | ☐ Whirlpool ___ | ☐ Re-evaluation ___ | ☐ Other ___ |

**VISIT #** 2  **DATE** 10-31-11  **START** 300  **END** 13:55  **SIGNATURE** _Michelle M Ralles DPT_

**SUBJECTIVE:** Pain Self-Report of Pain ___/10   ☐ No New Complaints   ☐ Communications: ___
☑ Patient Reports: _Feeling better. IT band & piriformis hurt. Wants to try to cont w/ piriformis._ _more tight col._

**OBJECTIVE:** ☑ Modalities and Therapeutic Activities/Procedures Completed as Per Treatment Flow Sheet.   ☐ Manual Techniques Completed Per Flow Sheet
☐ Changes to Program: _piriformis (better) x20 (no pain); hamstring 4x 20sec (B); gastroc 2L 20sec x3; Bridge x20; l/w side x15;_
☐ Measurements: _PKE 38/45x20 sec; prone t2 ext (B) x10; quadruped x10 (R) w/ t2 ext (extra) notice ims to be in prone._
**ASSESSMENT:** ☐ Patient Progressing Towards Goal: ☐ Other ___ _tolerated well; ↑ flexibility & stiffness._
☐ Remaining Deficits: ___ _Feeling better, post CX-HEP._

**PLAN:** ☐ Continue With Progression of the Current Plan of Care   ☐ Other ___

**TREATMENT (TIME/UNITS):**

| | | | |
|---|---|---|---|
| ☐ Aquatic Therapy ___ | ☐ Manual Therapy ___ | ☐ Massage ___ | ☐ Gait Training ___ |
| ☐ Therapeutic Activity/ Functional Exercise | ☐ Electrical Stimulation (Attended) ___ | ☐ Electrical Stimulation (Unattended) 15/1 | ☐ Neuromuscular Re-education ___ | ☐ Transcutaneous Neurostimulation ___ |
| ☐ Iontophoresis ___ | ☐ Ultrasound ___ | ☐ Evaluation ___ | ☐ Mechanical Traction ___ | ☐ Modal Hot/Cold Pack ___ |
| ☑ Therapeutic Exercise 45/3 | ☐ Group Therapy ___ | ☐ Whirlpool ___ | ☐ Re-evaluation ___ | ☐ Other ___ |

**VISIT #** 3  **DATE** 11-3-11  **START** 1355  **END** 1455  **SIGNATURE** _Michelle M Ralles DPT_

**SUBJECTIVE:** Pain Self-Report of Pain 3 /10   ☐ No New Complaints   ☐ Communications: ___
☑ Patient Reports: _↓ in pain - feeling much better & looser._

**OBJECTIVE:** ☐ Modalities and Therapeutic Activities/Procedures Completed as Per Treatment Flow Sheet.   ☐ Manual Techniques Completed Per Flow Sheet
☑ Changes to Program: _PKE 1R x 20 sec; Bridges 7x 20sec; squats (wall side) 2x10; Sbw1 2# wt B/E 2x10; modi heavin ball_
☐ Measurements: _PKE t2 x 10 (B); Treadmill Fee Lo mins in 7 min._
**ASSESSMENT:** ☑ Patient Progressing Towards Goal: ☐ Other ___ _tolerated well. ↑ flexibility, no pain w/ tx_
☐ Remaining Deficits: ___ _Progressed w/ program._

**PLAN:** ☐ Continue With Progression of the Current Plan of Care   ☐ Other ___ _HEP core strengthening_

**TREATMENT (TIME/UNITS):**

| | | | |
|---|---|---|---|
| ☐ Aquatic Therapy ___ | ☐ Manual Therapy ___ | ☐ Massage ___ | ☐ Gait Training ___ |
| ☐ Therapeutic Activity/ Functional Exercise | ☐ Electrical Stimulation (Attended) ___ | ☐ Electrical Stimulation (Unattended) 15/1 | ☐ Neuromuscular Re-education ___ | ☐ Transcutaneous Neurostimulation ___ |
| ☐ Iontophoresis ___ | ☐ Ultrasound ___ | ☐ Evaluation ___ | ☐ Mechanical Traction ___ | ☐ Modal Hot/Cold Pack ___ |
| ☑ Therapeutic Exercise 45/3 | ☐ Group Therapy ___ | ☐ Whirlpool ___ | ☐ Re-evaluation ___ | ☐ Other ___ |



JEFFERSON
REGIONAL MEDICAL CENTER

OUTPATIENT PHYSICAL THERAPY
DAILY TREATMENT NOTE

275

RH0125



ACCT: 3517370130
MRN: 490688

**Jefferson Regional Medical Center**
# PHYSICAL THERAPY
# PROGRESS NOTE

FONTANA, TRISH
RICHMAN, JORY 10/27/2011
06/02/1967 F 44 THR

## LOCATION

☐ JEFFERSON REGIONAL OUTPATIENT P: (412) 650-6511 F: (412) 650-9063  ☐ JEFFERSON REGIONAL PHYSICAL THERAPY P: (412) 886-2727 F: (412) 886-2730
SERVICES AT CURRY HOLLOW                                AT THE BRENTWOOD PROFESSIONAL PLAZA
☐ JEFFERSON REGIONAL PHYSICAL THERAPY P: (412) 469-3456 F: (412) 469-2495  ☐ JEFFERSON REGIONAL HEALTH PAVILON P: (412) 854-0190 F: (412) 854-0193
AND AQUATIC THERAPY

## GENERAL INFORMATION

TO Dr. Richman    FROM Nicole M Reilley, DPT    DATE 11-7-11

PATIENT'S NAME Trish Fontana    DIAGNOSIS Post op microdiscectomy L5-S1

This patient was initially evaluated on 10-27-11 and has been receiving treatment 4 times per week over the past 2 weeks.

## SUBJECTIVE

Pt reported pain initially (R)>(L); w/ activity 7-8/10. Now 3-5/10, no pain on (R) but intermittent stabbing (L) L5-S1 & buttock pain w/ activity.

## OBJECTIVE

ROM (11-7-11) Flex: 80° (L) SB: 100% (tight pain) (L) Rot: 75°  (R) hip flex/ABD: 4/5  w/o
PAIN/EDEMA Exten: 30° (R) SB: 100% (R) Rot: 100% pain (L) hip flex/ABD: 3/5

L/EXTREMITY (R) ER/IR: 45°/40° (L) ER/IR: 40°/20° (painful (L))  L/E titub/(B)L.E.S. 4/5

POSTURE

SPECIAL TESTS (R) FABER (-) ; SLR (-) (B) ; (+) OBERS (B) ; (-) SI comp/distraction ; tight hamstring (B)

GAIT/FUNCTION slight limp on (L) side 2° to pain (antalgic)

NEUROVASCULAR (B) feet numbing/tingling  0 cramping calves.

## PHYSICAL THERAPY ASSESSMENT

Pt seen initially w/ moderate-severe ↓ flexibility & pain (R)>(L); now (L) sided LBP only

## TREATMENT PLAN/UPDATED GOALS

FREQUENCY 2x/week    DURATION 2-4 weeks.

Pt will continue w/ PT for stretching, modalities PRN, pt.
education, stabilization & strengthening. Cont w/ P.T. to meet
goals indicated on P.T eval 10-27-11

## REHABILITATION POTENTIAL

good

## MEDICARE PATIENTS ONLY

SERVICE DATE: FROM:    THROUGH:

Thank you for your referral of this patient to Jefferson Regional Medical Center. If you have any questions or comments regarding this patient's treatment, please do not hesitate to contact me. Please sign and return to act as a prescription to continue physical therapy services.

please sign.

SIGNATURE/DATE Nicole M Reilley DPT    MD SIGNATURE/DATE

**JEFFERSON**
REGIONAL MEDICAL CENTER    11-7-11    PHYSICAL THERAPY PROGRESS NOTE





ACCT: 3517370130
MRN: 490688

FONTANA, TRISH
RICHMAN, JORY   10/27/2011
06/02/1967 F 44 THR

## Jefferson Regional Medical Center
# OUTPATIENT PHYSICAL THERAPY
# DAILY TREATMENT NOTE

**VISIT #** 4    **DATE** 1-7-11    **START** 1650    **END** 1745    **SIGNATURE** _Michael M Reilly DPT_

**SUBJECTIVE:** Pain Self-Report of Pain ____/10    ☐ No New Complaints    ☐ Communications: _____
☐ Patient Reports: _Refer to Progress note_

**OBJECTIVE:** ☐ Functional: _____   ☐ ROM: _____
☐ Strength: _____
☐ Other: _____
☐ Manual Techniques Completed Per Flow Sheet   ☑ Modalities and Therapeutic Activities/Procedures Completed as Per Treatment Flow Sheet.
☐ New Exercises: _RE ↑ min and 5x 10sec - deter ; Sit to (R) only ↑ to stretch w/o wts._
☐ New Modalities: _Sit. to ☐ ↑ relief 4 x 30 sec_

**ASSESSMENT:**
☐ Progress Towards Goals: _Pt demonstrates possible sciatica on (L), ↑ pain wt sitting ob buttock_
☐ Remaining Deficits: _o ext. or ht relief w/ flex stretches in spinal - (? neural glide)_

**PLAN:** ☑ Continue With Progression of the Current Plan of Care    ☐ Discontinue Skilled Therapy Services
☐ Modifications to Plan of Care:    Frequency/Duration: _____
Modalities: _____
Therapeutic Activities/Exercises: _____
Other: _modified HEP; defer ext. ex. for now._

| TREATMENT (TIME/UNITS): | ☐ Aquatic Therapy ___ | ☐ Manual Therapy ___ | ☐ Massage ___ | ☐ Gait Training ___ |
|---|---|---|---|---|
| ☐ Therapeutic Activity/ Functional Exercise ___ | ☑ Electrical Stimulation (Attended) | ☑ Electrical Stimulation (Unattended) 15 | ☐ Neuromuscular Re-education ___ | ☐ Transcutaneous Neurostimulation |
| ☐ Iontophoresis | ☐ Ultrasound | ☐ Evaluation | ☐ Mechanical Traction ___ | ☐ Modal Hot/Cold Pack ___ |
| ☑ Therapeutic Exercise 10/3 | ☐ Group Therapy | ☐ Whirlpool | ☐ Re-evaluation | ☐ Other |

**VISIT #**    **DATE**    **START**    **END**    **SIGNATURE**

**SUBJECTIVE:** Pain Self-Report of Pain _____/10    ☐ No New Complaints    ☐ Communications: _____
☐ Patient Reports: _____

**OBJECTIVE:** ☐ Modalities and Therapeutic Activities/Procedures Completed as Per Treatment Flow Sheet.    ☐ Manual Techniques Completed Per Flow Sheet
☐ Changes to Program: _____
☐ Measurements: _____
**ASSESSMENT:** ☐ Patient Progressing Towards Goal:    ☐ Other _____
☐ Remaining Deficits: _____

**PLAN:** ☐ Continue With Progression of the Current Plan of Care    ☐ Other _____

| TREATMENT (TIME/UNITS): | ☐ Aquatic Therapy ___ | ☐ Manual Therapy ___ | ☐ Massage ___ | ☐ Gait Training ___ |
|---|---|---|---|---|
| ☐ Therapeutic Activity/ Functional Exercise ___ | ☐ Electrical Stimulation (Attended) | ☐ Electrical Stimulation (Unattended) | ☐ Neuromuscular Re-education ___ | ☐ Transcutaneous Neurostimulation |
| ☐ Iontophoresis ___ | ☐ Ultrasound | ☐ Evaluation | ☐ Mechanical Traction ___ | ☐ Modal Hot/Cold Pack ___ |
| ☐ Therapeutic Exercise ___ | ☐ Group Therapy ___ | ☐ Whirlpool | ☐ Re-evaluation | ☐ Other |

**VISIT #**    **DATE**    **START**    **END**    **SIGNATURE**

**SUBJECTIVE:** Pain Self-Report of Pain _____/10    ☐ No New Complaints    ☐ Communications: _____
☐ Patient Reports: _____

**OBJECTIVE:** ☐ Modalities and Therapeutic Activities/Procedures Completed as Per Treatment Flow Sheet.    ☐ Manual Techniques Completed Per Flow Sheet
☐ Changes to Program: _____
☐ Measurements: _____
**ASSESSMENT:** ☐ Patient Progressing Towards Goal:    ☐ Other _____
☐ Remaining Deficits: _____

**PLAN:** ☐ Continue With Progression of the Current Plan of Care    ☐ Other _____

| TREATMENT (TIME/UNITS): | ☐ Aquatic Therapy ___ | ☐ Manual Therapy ___ | ☐ Massage ___ | ☐ Gait Training ___ |
|---|---|---|---|---|
| ☐ Therapeutic Activity/ Functional Exercise ___ | ☐ Electrical Stimulation (Attended) | ☐ Electrical Stimulation (Unattended) | ☐ Neuromuscular Re-education ___ | ☐ Transcutaneous Neurostimulation |
| ☐ Iontophoresis ___ | ☐ Ultrasound | ☐ Evaluation | ☐ Mechanical Traction ___ | ☐ Modal Hot/Cold Pack ___ |
| ☐ Therapeutic Exercise ___ | ☐ Group Therapy ___ | ☐ Whirlpool | ☐ Re-evaluation | ☐ Other |

277

**JEFFERSON** REGIONAL MEDICAL CENTER

OUTPATIENT PHYSICAL THERAPY
DAILY TREATMENT NOTE

RH0125

EXHIBIT NO. 4F
PAGE: 7 OF 7

19-020-1096

ACCT: 3517370130
MRN: 490688

**Jefferson Regional Medical Center**

## EXERCISE
## PROGRESSION RECORD

**FONTANA, TRISH**
RICHMAN, JORY 10/27/2011
05/02/1961 F 44 THR

**GENERAL INFORMATION**
PATIENTS NAME

DIAGNOSIS: post-op L5-S1 microdiscectomy

MD Visit: 11-9-11

| TYPE OF EXERCISE | START DATE | DATE | DATE | DATE | DATE | DATE | DATE | DATE | DATE | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| Quadramis | 10-27-11 2 acc x5⑥ x 30sec | 11-31-11 4 x⑥ 30sec | 11-3-11 4⑥ 30sec | 11-9-11 | | | | | | |
| Cervic/trend | 2 acc x5⑥ x30sec | hold | | | | | | | | |
| HS stretch | 1x⑥ 15sec | 4⑥ 30sec | 1⑥ 30sec | 4⑥ 30sec | | | | | | |
| QUS+TROC (trunk) | decreased tightness | 1-2 3x 30sec | 1-2 3x 30sec | 1-2 3x 30sec | | | | | | |
| Bridge | X 2 (w/cat) | X 20 | 1x 30sec | 8x 30sec | | | | | | |
| Squat (wall) | | X15 (wall) | 2x10 (wall) | 2x10 (wall) | | | | | | |
| PBE | | 10x5x3 | | | | | | | | |
| Prone ext. | | 10⑥ x 3sec | w/x 30sec | 5x3 sec | | | | | | |
| Quadruped A/LE | | x10⑥ 3sec | x10⑥ 3sec | hold | | | | | | |
| sbw w/s | | | 2# 2x10⑥ | w/cat 80mx10 | | | | | | |
| marches in bagq.(+4) | | | x10⑥ | 2mins 4x30sec | | | | | | |
| SKC | | | 4 min 8 min | | | | | | | |
| Tredmill | | | | | | | | | | |
| Bike/stepper | | | | | | | | | | |
| TENS/IAA | Smx anthos | Smx anthos | Smx anthos | Smx anthos | | | | | | |
| SW+O | +⑥ HEP | +⑥ HEP | v⑥ the | v⑥ | | | | | | |
| re-evaluation | HEP PEC | | stop next visit | stop next visit | | | | | | |

**EXERCISE PROGRESSION RECORD**

RH-0120

**JEFFERSON**
REGIONAL MEDICAL CENTER

27

EXERCISE PROGRESSION RECORD

**EXHIBIT NO. 5F**
**PAGE: 1 OF 40**

**ED Evaluation Note-Mercy:**

**University of Pittsburgh Medical Center**

Patient:  **FONTANA, TRISH A**         MRN: 980404528         FIN: 0334426883107
Age:  **45 years**    Sex:  **Female**    DOB:  **6/2/1967**
Associated Diagnoses:  **None**
Author:  **CONOVER, KEITH**

**Visit Information**
    **Visit Information**:  Patient seen on 4/17/2013.

**Findings**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ATTENDING EMERGENCY MEDICINE NOTE:

Registration clerk chief complaint reviewed. Agree

Triage note reviewed. Agree

CHIEF COMPLAINT: Right neck pain, weakness in hands, tingling in the legs

History of Present Illness: The patient is a 45-year-old woman, smoker, past medical history of some chronic low back pain which is not a current complaint, did have surgery for an L5-S1 disc 2 years ago, also a history of about a year of undiagnosed rash on her right cheek despite seeing dermatology, here with a chief complaint of 2 weeks of progressive worsening of pain in the right more than left neck, associated with a decreased range of motion there, and some mild bilateral hand weakness, as well some intermittent tingling in both legs. No saddle anesthesia, no problems with urination or defecation. The pain is moderate, dull and aching. Does not want any pain medication for it at this time.

REVIEW OF SYSTEMS:  All systems listed below were reviewed and are negative unless otherwise noted in the report.
General
EYES
ENT
Cardiac
Respiratory
Gastrointestinal
Genitourinary
Musculoskeletal
Dermatologic
Neurological
Allergic/Immunologic

PAST MEDICAL HISTORY:  As above

MEDICATIONS: Reviewed and agree with Nursing Notes

ALLERGIES: Reviewed and agree with Nursing Notes

SOCIAL HISTORY:  As above

PHYSICAL EXAM:  Vital Signs: reviewed nurses' note
PATENT STATUS:  alert, cooperative, mild distress, holding her neck quite still, not ill appearing, well-hydrated
EYES: PERRL, EOMI, no injection, anicteric.
THROAT: No injection.  No exudate.  No tonsillar hypertrophy.  Airway widely patent.  Uvula is midline.  No tonsillar bulging, retropharyngeal soft tissues appear normal.
NECK: Range of motion is decreased.  Moderate right more than left spasm but minimal tenderness.  No palpable adenopathy. No midline tenderness.
BACK: No costovertebral, paravertebral, intravertebral or prevertebral tenderness or spasm.
CHEST: nontender, normal expansion, no retractions.
LUNGS: Clear to auscultation and percussion. No rales. No rhonchi.  No rubs. No wheezes.
HEART: Regular rate and rhythm, no murmurs rubs or gallops.
ABDOMEN: Soft, nontender, normal bowel sounds, no guarding or rebound, no hepatosplenomegaly or mass, no bruit.

SKIN: Warm, dry, no cyanosis, no petechiae. There is a 4 cm circular erythematous lesion on the right cheek with some central fine scaling however no palpable adenopathy proximal to this.
EXTREMITIES: No edema. No cyanosis. No clubbing. No calf tenderness.
NEUROLOGICAL:  Alert. Cooperative. Sensory and motor functions are intact except for some mild weakness of hand grip bilaterally, difficult to rate but probably a bit less than her normal.


MEDICAL DECISION MAKING/DIFFERENTIAL DIAGNOSIS: Old records reviewed.   This scenario it is very concerning for possible spinal stenosis in the cervical spine, so obtained an MRI; no IVDA, no recent fever, no palpable adenopathy, not particularly suspicious of cancer or infection, so the MRI was without contrast. This did show a large herniated disc at C4-5 with indentation of the spinal cord. Given her symptoms, and this finding, I immediately contacted Dr. Blackrick on call for her orthopedic surgeon, Dr. Richman. We agreed on a Medrol Dosepak, Tylenol and Flexeril, and she will keep her appointment with him on Monday. Cautioned to return to ED if worse weakness in hands or any new or worsening symptoms. Recommended gentle neck stretching.


DIAGNOSIS: Acute herniated cervical disc with spinal stenosis and motor weakness in the hands.

DISPOSITION:  Patient discharged in stable condition. Computer-generated discharge instructions provided.

**Professional Services**
**Credentials Title and Author**
  Credentials: MD.
  Title: Attending.


  Perform - Completed by CONOVER, KEITH (on 04/17/2013 15:29)
  Sign - Completed by CONOVER, KEITH (on 04/17/2013 15:29)
  VERIFY - Completed by CONOVER, KEITH (on 04/17/2013 15:29)

*** RADIOLOGY REPORT ***

Patient Name: FONTANA, TRISH A          DOB: 06/02/1967

MRN: 980404528          Gender: F     Location: UDEM (MCY)

Exam Desc: MR SPINE CERVICAL WITHOUT CONTRAST

                                       Accession Date:  04/17/2013 13:29
                                       Dictated on   :  04/17/2013 15:37

Attending MD:   KEITH  CONOVER

Requesting MD:  KEITH  CONOVER

Accession #: 70217036                  Visit Number: 0334426883107

Attending Interpreter:      KHURSHED J DASTUR
Assisting Interpreter: BENJAMIN C JACOBS

*** FINAL REPORT ***

Reason for the Exam:
? cord compression: R neck pain 2 wks, weakness in hands, numbness in legs
CLINICAL HISTORY: 45-year-old woman with right neck pain and leg and
arm weakness for 2 weeks.
TECHNIQUE:
Multiecho multiplanar MR imaging of the cervical spine was performed
without intravenous contrast. Sequences include 3 plane localizer,
sagittal T1, sagittal STIR, sagittal T2, axial T2 stack, axial
gradient, and axial T1.
COMPARISON:
None.
FINDINGS:
There is mild straightening of the normal cervical lordosis and
possible mild smooth kyphosis, centered at C4-C5. Bony alignment is
anatomic and there is no evidence of acute fracture. Mild disc space
narrowing is most significant at C5-C6. The craniocervical junction
is unremarkable. Paravertebral soft tissues appear normal. Vertebral
artery flow voids are preserved.
Degenerative changes are most significant at C4-C5 where a posterior
disc osteophyte complex impresses upon and mildly distorts the
ventral aspect of the cervical cord. There is no definite associated
cord signal abnormality to suggest edema. The spinal canal and neural
foramina are patent at all other imaged levels.
IMPRESSION:
Degenerative changes most significant at C4-C5 where a  posterior
disc osteophyte complex impresses upon and distorts the ventral
aspect of the cord.
Degenerative narrowing of C5-6 disc space.
RELEVANT CLINICAL INFORMATION: ? cord compression: R neck pain 2 wks, weakness
in hands, numbness in legs
Dictated by:  KHURSHED J DASTUR
Signed by:  KHURSHED J DASTUR
Signed on: 04/17/2013 at 3:37 PM

<<< PAGE   1 >>>

*U*P*M*C* FONTANA,TRISH Acct#:0334426881363

UPMC MERCY
PAIN SERVICE
OPERATIVE REPORT

PATIENT NAME:  FONTANA, TRISH A
ACCOUNT #:  0334426881363
SURGEON:  Gregg G. Weidner, M.D.
ATTENDING PHYSICIAN:  GREGG WEIDNER
SURGERY DATE:  01/12/12
ADMISSION DATE:  01/12/2012
DISCHARGE DATE:

HISTORY:

Trish returns to see me.  The patient complains of back pain with some tingling
going down her legs. The patient denies any weakness.  The patient had trialed
the Neurontin which she does think it has been helpful, but she has been
reluctant to take it _____ possible side effects. She has been taking Vicodin,
but she has been out of Vicodin for some time.  The patient today did undergo
repeat lumbar epidural steroid injection which was well tolerated.

PROCEDURE NOTE:

With informed consent, the patient was placed in the prone position.
ChloraPrep was applied in a wide and thorough prep.  Then Betadine was applied.
 Sterile draping was utilized.  Skin infiltration was performed with 5 mL of 1%
lidocaine.  Then under fluoroscopic guidance, an 18-gauge Tuohy needle was
advanced into the interlaminar epidural plane. No heme or CSF was aspirated.
Methylprednisolone was then drawn up sterilely and injected 80 mg in a volume
of 2 mL preservative saline.  Needle tract was cleared.

The patient tolerated this well.  The patient was given a prescription for
short supply of Vicodin.  I discussed these issues thoroughly with patient.

_____
Authenticated electronically at end of document

Dictator:  Gregg G. Weidner, M.D.

GGW/dn

D:  01/12/2012 09:40:32
T:  01/12/2012 17:26:15
R:  01/12/2012 17:26:15/dn
43436957/3833496/39750353

CC:

Authenticated by GREGG G WEIDNER, MD On 01/18/2012 07:13:57 AM

EXHIBIT NO. 5F
PAGE: 5 OF 40

*U*P*M*C* FONTANA,TRISH Acct#:0334426881334

UPMC MERCY
PAIN SERVICE
OPERATIVE REPORT

PATIENT NAME:  FONTANA, TRISH A
ACCOUNT #:  0334426881334
SURGEON:  Gregg G. Weidner, M.D.
ATTENDING PHYSICIAN:  GREGG WEIDNER
SURGERY DATE:  12/09/11
ADMISSION DATE:  12/09/2011
DISCHARGE DATE:

DATE OF BIRTH:

06/02/1967

HISTORY OF PRESENT ILLNESS:

Ms. Fontana is a very pleasant lady who presents to me at Dr. Richman's
request.  The patient has a history of a previous lumbar laminectomy at L5-S1
with Dr. Richman.  In June 2011, she had the significant pain down the right
leg at that time and was found to have a large disk herniation with compression
of the S1 nerve root.  She tolerated the surgery well and initially saw
significant improvement in her leg pain, but now has seen persistent low back
pain with some pain traveling into her legs, but not in the same fashion as it
had prior to surgery.  The patient also complains of some degree of neck pain
and pain into the arms.  She notes that activity seems to exacerbate her pain.
 She gets crampy in her legs.  She feels shooting pain into the _____ feet.
The patient cannot exercise for any significant length of time secondary to
pain.  She cannot sit for a long time.  The patient has been taking Vicodin
twice a day for the pain as well as ibuprofen and Prilosec.  The patient has no
bowel or bladder incontinence.  She has had no falls, no trauma.  The patient
denies any headaches.

REVIEW OF SYSTEMS:

The patient's review of systems is otherwise negative aside from joint pains,
stiffness, and muscle aches.  Her review of system is negative for
constitutive, visual, ear, nose, and throat, respiratory, cardiovascular,
musculoskeletal, dermatologic, immunologic, hematologic, lymphangitic,
genitourinary, gynecologic, psychiatric, and psychologic.

FAMILY HISTORY:

The patient's family history is significant for father having hypertension,
diabetes, coronary artery disease and end-stage renal failure.  Her mother has
hypertension.

PAST SURGICAL HISTORY:

The patient's past surgical history includes:
1.  Pilonidal cyst operation.

\*U\*P\*M\*C\* FONTANA,TRISH Acct#:0334426881334
2.   She has also had podiatric surgery in addition to lumbar spinal surgery.

ALLERGIES:

THE PATIENT IS ALLERGIC TO:
1.   PENICILLIN.
2.   PENTOTHAL.
3.   MORPHINE.
4.   THE PATIENT ALSO IS ALLERGIC TO DIFFERENT TYPES OF TAPE.

SOCIAL HISTORY:

The patient is a smoker.  Denies any alcohol consumption.  Denies any history
of IV drug abuse.

PHYSICAL EXAMINATION:

VITAL SIGNS:  The patient's examination shows she is 5 feet 3 inches, 158
pounds, her blood pressure is 149/94, and she is afebrile.  GENERAL:  She is
able to stand and ambulate.  She has no weakness in the upper and lower
extremities.  HEENT:  The patient has no adenopathy, no thyroid enlargement.
The patient had normal pupils.  Tongue was midline.  Cranial nerves were
intact.  LUNGS:  Clear to auscultation anterior and posterior.  CARDIOVASCULAR
EXAMINATION:  Regular without any murmur.  ABDOMEN:  Obese.  There was no
guarding or rigidity.  Had normoactive bowel sounds.  MUSCULOSKELETAL:  She was
not tender to palpation of the cervical, thoracic, or lumbar spine.  The
patient had normal reflexes in upper and lower extremities and symmetrically
so.  Her strength is 5/5 in upper and lower extremities.  SKIN:  Dry and warm.
 NEUROLOGIC:  There was no allodynia.  She had normal sensation.  Her pulses
were normal.  There was no peripheral edema.  The patient had pain with
straight leg raising in the back, but no radicular component pain.  She had
good range of motion of the hip and the knee.  Her gait was normal without any
ataxia.

I did review the MRI of the lumbar spine, which was done here at UPMC Mercy
Hospital.  It was available on the Stentor System.

The patient had a disk bulge at L4-L5 with spondylolisthesis at that level or
an anterolisthesis at that level and some neuroforaminal stenosis.  She had
scar at L5-S1.

After discussing with the patient thoroughly the risks and benefits, today I
did perform a lumbar epidural steroid injection, which was well tolerated.

PROCEDURE NOTE:

With informed consent, the patient was placed in the prone position.
ChloraPrep was applied in a wide and thorough prep.  This was allowed to
completely dry.  Then, Betadine was applied.  Sterile draping was utilized.
Skin infiltration was performed with 5 mL of 1% lidocaine.  Then, under
fluoroscopic guidance, an 18-gauge Tuohy needle was advanced into the
interlaminar epidural plane.  No heme or CSF was aspirated.  Methylprednisolone
was then drawn up sterilely and instilled 80 mg in a volume of 2 mL
preservative-free saline.  Needle tract was cleared.  The patient tolerated

```
*U*P*M*C* FONTANA,TRISH Acct#:0334426881334
```
this well.  The patient was given prescriptions for tramadol and Neurontin, and
was given a return appointment.


Authenticated electronically at end of document

Dictator:  Gregg G. Weidner, M.D.

GGW/sn

D:  01/12/2012 07:58:00
T:  01/12/2012 11:51:33
R:  01/12/2012 11:51:33/sn
43435127/3833218/39745049

CC:


Authenticated by GREGG G WEIDNER, MD On 01/18/2012 07:10:08 AM

*** RADIOLOGY REPORT ***

Patient Name: FONTANA, TRISH A                DOB: 06/02/1967

MRN: 980404528                Gender: F        Location: URAD (MCY)

Exam Desc: MR SPINE LUMBAR WITH AND WITHOUT CONTRAST

                                              Accession Date:  11/11/2011 16:51
                                              Dictated on  :   11/12/2011 09:35

Attending MD:    JORY D RICHMAN

Requesting MD:  JORY D RICHMAN

Accession #: 65720569                        Visit Number: 0334426881314

Attending Interpreter:        KHURSHED J DASTUR
Assisting Interpreter:

*** FINAL REPORT ***

Reason for the Exam: MR1/DX: BACK PAIN

CLINICAL HISTORY:
Back pain. Status post surgery 06/30/11.

COMPARISON:
MRI lumbar spine 06/22/2011.

TECHNIQUE:
Multiplanar, multipulse images are obtained emphasizing T1 and
T2-weighted imaging. Sagittal STIR images are also obtained.
Examination is performed with and without the IV infusion of 14cc
MultiHance.

FINDINGS:
There is again noted grade 1 degenerative anterolisthesis L4 on L5
with narrowing of the disc space. L5-S1 disc space is also slightly
narrowed. Scout images reveal 5 lumbar vertebral bodies. The
cerebellar tonsils are low-lying and could be evaluated further by
MRI of brain if indicated.

At L5-S1 level: A right-sided laminectomy defect is noted.
Enhancingpost laminectomy scarring is noted extending into the right
lateral aspect of the spinal canal and into the anterior epidural
space. The scar tissue surrounds the right S1 root. The thecal sac is
not displaced.

At L4-5 level: There is diffuse bulging of disc annulus and some
unroofing of the disc. In addition,facetal  degenerative changes are
noted. There is narrowing of lateral recesses and central dimensions
of the spinal canal. There is some inferior foraminal narrowing noted
bilaterally. Exiting root shows no compression.

At L3-4 level: The disc contour is unremarkable and canal dimensions
are normal.

At the L2-3 level: The disc contour is unremarkable and canal
dimensions are normal.

                    <<< PAGE    1 >>>

*** RADIOLOGY REPORT ***

Patient Name: FONTANA, TRISH A          DOB: 06/02/1967

MRN: 980404528               Gender: F     Location: URAD (MCY)

Exam Desc: MR SPINE LUMBAR WITH AND WITHOUT CONTRAST

                                Accession Date:  11/11/2011 16:51
                                Dictated on  :   11/12/2011 09:35

Attending MD:    JORY D RICHMAN

Requesting MD:   JORY D RICHMAN

Accession #: 65720569                  Visit Number: 0334426881314

Attending Interpreter:       KHURSHED J DASTUR
Assisting Interpreter:

---

At L1-2 level: There is some bulging of disc annulus. This is
slightly eccentric to the left. Canal dimensions are normal.

The conus terminates at T12-L1 level and shows no compression. Signal
of the conus appears normal.

IMPRESSION:
1. Right laminectomy at L5-S1 level. There is enhancing post
laminectomy scarring extending into the right lateral aspect of the
spinal canal and into the anterior epidural space. There is no
definite nonenhancing tissue to suggest definite residual or
recurrent disc protrusion. Scar tissue surrounds the right S1 root.
2. At L4-5 level, there is degenerative anterolisthesis of L4 on L5
with bulging and unroofing of the disc. There is central spinal
stenosis at this level.
3. Some bulging of disc annulus noted at L1-2 level slightly
eccentric to the left.

END OF IMPRESSION:
RELEVANT CLINICAL INFORMATION: MR1/DX: BACK PAIN
Dictated by:  KHURSHED J DASTUR
Signed by: KHURSHED J DASTUR
Signed on: 11/12/2011 at 09:35 AM

<<< PAGE    2 >>>



**UPMC Mercy**

**PHYSICIAN HISTORY, PHYSICAL
ATTESTATION**

MRN: 980404528       06/30/11
FONTANA, TRISH ANN
033442688-1179   DOB: 06/02/67



IMPRINT PATIENT IDENTIFICATION HERE

| DATE | |
|---|---|
| | H&P Review (*Must be completed by physician/surgeon the day of the procedure if H&P >24 hours and <30 days old) |
| | ☑ H&PE reviewed, patient examined, and there are no changes |
| | ☐ H&PE reviewed, patient examined, additional changes to the H & PE |

**Physician Signature:**                    Date:              Time:

1HP          Form ID: MER1010          Last Revision Date: 09/09

# UPMC Mercy

**PREOPERATIVE HISTORY AND PHYSICAL**

Patient Name _Trish Fontana_

Surgical Procedure

HISTORY AND PHYSICAL MUST BE COMPLETED BY: PCP, SURGEON, OR DESIGNEE WITHIN 30
DAYS PRIOR TO THE SURGICAL PROCEDURE
PLEASE FAX COMPLETED H&P TO:
UPMC MERCY HOSPITAL PREADMISSION DEPARTMENT 412-232-7814

ENC #: 31791211
Name: FONTANA, TRISH ANN
MRN: 075677782   DOB: 6/02/1967
Dept: ORTHO MERCY OFC
Date: 6/27/11   Time: 9:00 AM
Prev: RICHMAN, JORY D
Ins:
Reason: herniated disc   01000075677782

**Chief Complaint:** _LBP_

**History Present Illness:** _Pt has LBP since 4/6/11, severe pain + gradual worsening_ _new difficulty c ADLS - found to have HNP needing Surgery_   ☐ Over

**Past Medical History/Past Surgical History:** _3 children   ® foot Surgery 2010 southside_
_Liver hemangiomas_

**Relevant Family History:** ☒ Heart Disease _Father_  ☒ Hypertension _Father_  ☐ Cancer  ☒ Diabetes _Parents_  ☐ Lungs  ☐ Over
☐ Other

**Relevant Social History:** ☐ Illicit drug use  ☒ Tobacco use _1/2 - 1 PPD x 25yrs_  ☐ Alcohol use  ☐ Other:

**Medications/Dosages/Frequency**
_None_

**Allergies** _PCN  } hives_   _Morphine - vomiting_   Latex Allergy  ☐ Yes  ☒ No
_Penethol_   Explain if yes:

**Review of Systems (pertinent comments):**

**Physical Examination:** BP _118/80_   Pulse _100_   Respiration _14_   Temperature _Ø_

| Area | Normal | Abnormal | Detail of Findings |
|---|---|---|---|
| Skin | X | | |
| Head/Neck | X | | |
| ENT | X | | |
| Eyes | X | | |
| Heart | X | | |
| Lungs | X | | |
| Abdomen | X | | |
| Extremities | | X | As Above |
| Mental Status | X | | |
| Neurological | | X | As Above |
| Other | | | |

**IMPRESSION FOR PLANNED PROCEDURE:** _ok for Surgery_

Authenticated by
Jory D. Richman, MD
On 07/07/2011 07:21:12 AM

**PLEASE INDICATE ALL APPLICABLE PRETESTING HAS BEEN REVIEWED:**

**CLINICAL STAFF SIGNATURE:**   DATE _6/27/11_  TIME: _7010_  ☐ See Additional

**SIGNATURE:** _____   D.O./M.D.  DATE ___   TIME: ___   Comments on Reverse Side

**H&P Review (*Must be completed by physician/surgeon the day of the procedure if above H&P >24 hours and <30 days old)**
☐ H&PE reviewed, patient examined, and there are no changes
☐ H&PE reviewed, patient examined, additional changes to the H & PE

Physician Signature _____   Date ___   Time ___

2HP   11010 (Created: 08/05; Revised: 09/09) Page

MRN: 980404528   06/30/11
FONTANA, TRISH ANN
033442688-1179   DOB: 06/02/67



## Office Note - Outpatient

## FONTANA, TRISH ANN - 075677782

\* Preliminary Report \*

| | |
|---|---|
| Result Type: | Office Note - Outpatient |
| Performed Date: | June 27, 2011 12:00 AM |
| Result Status: | Preliminary |
| Result Title: | OFFICE NOTE |
| Performed By: | RICHMAN, JORY D on June 27, 2011 9:51 AM |
| Encounter info: | OUTPT TRANSCRIPTION RESULT, - 1/1/2001 |

MRN: 980404528      06/30/11
FONTANA, TRISH ANN
033442688-1179   DOB: 06/02/67

### \* Preliminary Report \*

**OFFICE NOTE (Unverified)**
**SUBJECTIVE:** Trish Fontana is a young woman referred from the emergency department for evaluation of spontaneous onset of lower back pain in the right side with severe sciatica in the right lower extremity that began 3 weeks ago. Her back pain has improved; however, her sciatica has not improved to any significant extent and follows an S1 dermatome.

**PAST MEDICAL HISTORY:** Unremarkable. She has no medical illnesses.

**PHYSICAL EXAMINATION:** She is a pleasant, normally developed, 44-year-old woman accompanied by her husband. She is standing as sitting causes a great deal of discomfort. She has a markedly positive straight-leg raising sign on the right side with an absent Achilles reflex, and diminished strength in her EHL on the right side as well.

**DIAGNOSTIC TEST RESULTS:** Review of an MRI scan reveals a large, extruded L5-S1 disk herniation on the right side consistent with her clinical symptoms.

**ASSESSMENT AND PLAN:** She has a large disk herniation, and we discussed the option of a microdiskectomy. The surgical risks were reviewed with her and her husband, including the risk of nerve injury, vascular injury, infection, CSF leak, and recurrence. All questions were answered, and surgery will be performed later this week.

_____
Jory D. Richman, MD

D: 06/27/2011 09:51 AM (EST)      T: 06/27/2011 10:04 AM (EST)
DJN: 91711535
SJN: 46958279
180246

| | | |
|---|---|---|
| Printed by: | SIMON, RHONDA | Page 1 of 2 |
| Printed on: | 6/27/2011 12:06 PM | (Continued) |

```
REPORT 07/01/2011 18:52                                           PAGE   1

UPMC Mercy
1400 Locust Street
Pittsburgh, PA 15219
Name: FONTANA,TRISH ANN                      Ad.Date: 06/30/2011
Rm.Loc.: 11023-01                            Med.Rec.No.: 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
Dr.: Richman,Jory D                          Acct.No.: 000334426881179
Age: 44Y  Birth: 06/02/1967
Sex: F

        ****************** Inorganic/Organic Analyses ********************
    DATE:              07/01/11
    TIME:              +0615                  Reference  Units
    LOC:               UDSG
    _____
    Calcium            9.2                    8.8-10.3   MG/DL
    BUN                6                       6-24       MG/DL
    SODIUM             138                     136-144    MMOL/L
    POTASSIUM          4.3                     3.5-4.9    MMOL/L
    CHLORIDE           106                     98-109     MMOL/L
    CO2                25                      22-32      MMOL/L
    AGAP               7                       4-12       MMOL/L
    GLUCOSE,NF         H 127                   70-99      MG/DL
    CREATININE         0.62                    0.50-1.17  MG/DL
                       T24D1
    GFRAA              >59                     >59        ML/MIN
    GFROT              >59                     >59        ML/MIN
    GFRCM              CGFR

    ---FOOTNOTES---
    CGFR    GFR IS ESTIMATED - CHRONIC KIDNEY DISEASE: <60 ML/MIN/1.73M2  -  KIDNEY
            FAILURE: <15 ML/MIN/1.17M2
    T24D1   Creatinine standardized to reference material traceable to internationally
            accepted Isotope Dilution Mass Spectrometry (IDMS) method.
    _____
UPMC Mercy Hospital  Pittsburgh PA  15219
Data range flags: * = panic (critical) value
        L=out of reference range low H=out of reference range high
        @=out of reference range on non numeric result              PAGE: 1
```

```
REPORT 07/01/2011 18:52                                    PAGE   2

UPMC Mercy

1400 Locust Street

Pittsburgh, PA 15219

Name: FONTANA,TRISH ANN                    Ad.Date: 06/30/2011

Rm.Loc.: 11023-01                          Med.Rec.No.: 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

Dr.: Richman,Jory D                        Acct.No.: 000334426881179

Age: 44Y  Birth: 06/02/1967

Sex: F

       ************************** CBC/Auto Diff **************************

  DATE:     07/01/11

  TIME:     +0615                                    ReferenceUnits
  _____

  WBC        H 13.6                      4.0-11.3  K/uL

  RBC        L 3.33                      4.10-5.10 M/uL

  HGB        L 9.9                       12.3-15.5 g/dL

  HCT        L 28.9                      36-45     %

  MCV          87.0                      80.0-100.0  fL

  MCH          29.6                      27.5-33.2   pg

  MCHC         34.0                      33.4-35.5 g/dL

  RDW        H 15.6                      11.5-15.0  %

  PLT          278                       150-450   K/uL

  MPV          7.6                       6.8-10.4    fL

  NEUT%      H 91.8                      42-75     %

  LYMPH%     L 5.9                       15-45     %

  MONO%        2.3                       0-12      %

  EOS%         0.0                       0-7       %

  BASO%        0.0                       0-2       %

  ABS NEUT   H 12.5                      1.8-7.9   K/uL

  ABS LYMPH  L 0.8                       1.0-4.0   K/uL

  ABS MONO     0.3                       0.2-1.0   K/uL

  ABS EOS      0.0                       0-0.7     K/uL

  ABS BASO     0.0                       0-0.2     K/uL
  _____

UPMC Mercy Hospital  Pittsburgh PA  15219

Data range flags: * = panic (critical) value

         L=out of reference range low H=out of reference range high

         @=out of reference range on non numeric result        PAGE: 2
```

EXHIBIT NO. 5F
PAGE: 15 OF 40

```
REPORT 07/01/2011 18:52                                          PAGE   3

UPMC Mercy

1400 Locust Street

Pittsburgh, PA 15219

Name: FONTANA,TRISH ANN                           Ad.Date: 06/30/2011

Rm.Loc.: 11023-01                                 Med.Rec.No.: 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

Dr.: Richman,Jory D                               Acct.No.: 000334426881179

Age: 44Y   Birth: 06/02/1967

Sex: F

        ********************** STAT ORDER APPENDIX **********************

        COLLECT

   DATE        TIME      TEST NAME                 CREDITED
   _____     _____     _____        _____

   06/22/11    1842      Basic Metabolic Panel
```

UPMC Mercy Hospital  Pittsburgh PA  15219

Data range flags: * = panic (critical) value

        L=out of reference range low H=out of reference range high

        8=out of reference range on non numeric result              PAGE: 3

```
REPORT 07/02/2011 18:52                                          PAGE   1

UPMC Mercy

1400 Locust Street

Pittsburgh, PA 15219

Name: FONTANA,TRISH ANN                          Ad.Date: 06/30/2011

Rm.Loc.: 11023-01                                Med.Rec.No.: 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

Dr.: Richman,Jory D                              Acct.No.: 000334426881179

Age: 44Y  Birth: 06/02/1967

Sex: F

        ****************** Inorganic/Organic Analyses ********************

    DATE:                07/01/11

    TIME:                0615                    Reference  Units

    LOC:                 UDSG


    Calcium              9.2                      8.8-10.3   MG/DL

    BUN                  6                        6-24       MG/DL

    SODIUM               138                      136-144    MMOL/L

    POTASSIUM            4.3                      3.5-4.9    MMOL/L

    CHLORIDE             106                      98-109     MMOL/L

    CO2                  25                       22-32      MMOL/L

    AGAP                 7                        4-12       MMOL/L

    GLUCOSE,NF         H 127                      70-99      MG/DL

    CREATININE           0.62                     0.50-1.17  MG/DL

                         T24D1

    GFRAA                >59                      >59        ML/MIN

    GFROT                >59                      >59        ML/MIN

    GFRCM                CGFR

    ---FOOTNOTES---

    CGFR   GFR IS ESTIMATED - CHRONIC KIDNEY DISEASE: <60 ML/MIN/1.73M2  -  KIDNEY

           FAILURE: <15 ML/MIN/1.17M2

    T24D1  Creatinine standardized to reference material traceable to internationally

           accepted Isotope Dilution Mass Spectrometry (IDMS) method.


UPMC Mercy Hospital  Pittsburgh PA  15219

Data range flags: * = panic (critical) value

        L=out of reference range low H=out of reference range high

        @=out of reference range on non numeric result              PAGE: 1
```

```
REPORT 07/02/2011 18:52                                    PAGE    2

UPMC Mercy

1400 Locust Street

Pittsburgh, PA 15219

Name: FONTANA,TRISH ANN                      Ad.Date: 06/30/2011

Rm.Loc.: 11023-01                            Med.Rec.No.: 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

Dr.: Richman,Jory D                          Acct.No.: 000334426881179

Age: 44Y   Birth: 06/02/1967

Sex: F

         *************************** CBC/Auto Diff ***************************

     DATE:      07/01/11

     TIME:      0615                                  ReferenceUnits

     _____

     WBC        H 13.6                        4.0-11.3   K/uL

     RBC        L 3.33                        4.10-5.10 M/uL

     HGB        L 9.9                         12.3-15.5 g/dL

     HCT        L 28.9                          36-45    %

     MCV          87.0                        80.0-100.0  fL

     MCH          29.6                        27.5-33.2  pg

     MCHC         34.0                        33.4-35.5 g/dL

     RDW        H 15.6                        11.5-15.0  %

     PLT          278                         150-450   K/uL

     MPV          7.6                         6.8-10.4   fL

     NEUT%      H 91.8                          42-75    %

     LYMPH%     L 5.9                           15-45    %

     MONO%        2.3                           0-12     %

     EOS%         0.0                            0-7     %

     BASO%        0.0                            0-2     %

     ABS NEUT   H 12.5                         1.8-7.9  K/uL

     ABS LYMPH  L 0.8                          1.0-4.0  K/uL

     ABS MONO     0.3                          0.2-1.0  K/uL

     ABS EOS      0.0                          0-0.7    K/uL

     ABS BASO     0.0                          0-0.2    K/uL

         *********************** CANCELLED TESTS ***************************

     06/30/11   0725    CANCELLED: Type and Screen (Ind Coombs)

                        REASON:
     _____

UPMC Mercy Hospital  Pittsburgh PA  15219

Data range flags: * = panic (critical) value

          L=out of reference range low H=out of reference range high
```

EXHIBIT NO. 5F
PAGE: 18 OF 40

```
REPORT 07/02/2011 18:52                                          PAGE   3
UPMC Mercy
1400 Locust Street
Pittsburgh, PA 15219
Name: FONTANA,TRISH ANN                        Ad.Date: 06/30/2011
Rm.Loc.: 11023-01                              Med.Rec.No.: 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
Dr.: Richman,Jory D                            Acct.No.: 000334426881179
Age: 44Y   Birth: 06/02/1967
Sex: F
         @=out of reference range on non numeric result        PAGE: 2
```

EXHIBIT NO. 5F
PAGE: 19 OF 40

REPORT 07/02/2011 18:52                                              PAGE    4

UPMC Mercy

1400 Locust Street

Pittsburgh, PA 15219

Name: FONTANA,TRISH ANN                              Ad.Date: 06/30/2011

Rm.Loc.: 11023-01                                    Med.Rec.No.: 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

Dr.: Richman,Jory D                                  Acct.No.: 000334426881179

Age: 44Y   Birth: 06/02/1967

Sex: F

          ********************* STAT ORDER APPENDIX *************************

          COLLECT

     DATE         TIME       TEST NAME                 CREDITED
     _____       _____     _____     _____

     06/22/11     1842       Basic Metabolic Panel

---

UPMC Mercy Hospital  Pittsburgh PA  15219

Data range flags: * = panic (critical) value

          L=out of reference range low H=out of reference range high

          θ=out of reference range on non numeric result                PAGE: 3

*** PATHOLOGY REPORT ***

Patient Name: FONTANA, TRISH ANN              DOB: 06/02/1967

MRN: 980404528              Gender: F        Location: U11E (MCY)

Specimen Class: MYSG

                                             Accession Date:  06/30/2011 13:55
                                             Collection Date: 06/30/2011 13:55

Attending MD:   JORY  RICHMAN

Requesting MD:  JORY  RICHMAN
Patient Type: (I ) INPATIENT
Accession #: MYS11-6089                       Visit Number: 0334426881179

*** FINAL REPORT ***

FINAL DIAGNOSIS:
DISC, L5-S1, DISCECTOMY:
        TISSUE FROM DISC (GROSS DIAGNOSIS ONLY).

SEB/SEB

        Pathologist:  Yaoxian Ding, M.D.
        ** Report Electronically Signed Out **
        By Pathologist:  Yaoxian Ding, M.D.
        7/1/2011 13:45

My signature is attestation that I have personally reviewed the submitted
material(s) and the final diagnosis reflects that evaluation.

GROSS DESCRIPTION:
The specimen is received in saline and is labeled with the patient' s name,
initials TAF, and "disc". The specimen consists of a
2.0 X 1.0 X 0.8 cm. aggregate of pink-white, firm to rubbery tissue fragments.
 No obvious lesions are noted grossly.  No sections are submitted.  The
specimen is submitted for gross examination only.  MR/cbc

MLR//CBC/CBC


MICROSCOPIC:
No microscopic examination was performed on this specimen.

The following statement applies to all immunohistochemistry, Insitu
Hybridization Assays (ISH  & FISH), Molecular Anatomic Pathology, and
Immunofluorescent Testing:

The testing was developed and its performance characteristics determined by
the University of Pittsburgh, Department of Pathology, as required by the CLIA
'88 regulations.  The testing has not been cleared or approved for the
specific use by the U.S. Food and Drug Administration, but the FDA has
determined such approval is not necessary for clinical use.

This laboratory is certified under the Clinical Laboratory Improvement
Amendments of 1988 ("CLIA") as qualified to perform high-complexity clinical
                        <<< PAGE     1 >>>

```
                        *** PATHOLOGY REPORT ***
     Patient Name: FONTANA, TRISH ANN         DOB: 06/02/1967

     MRN: 980404528           Gender: F       Location: U11E (MCY)

     Specimen Class: MYSG


                                              Accession Date:  06/30/2011 13:55
                                              Collection Date: 06/30/2011 13:55

     Attending MD:   JORY  RICHMAN

     Requesting MD:  JORY  RICHMAN
     Patient Type: (I ) INPATIENT
     Accession #: MYS11-6089                   Visit Number: 0334426881179
```

testing. Pursuant to the requirements of CLIA, ASR's used in this laboratory
have been established and verified for accuracy and precision.  Additional
information about this type of test is available upon request.

PATIENT HISTORY:
Herniated nucleus pulposus, L5-S1.

Pre-Op Diagnosis:     Herniated nucleus pulposus, L5-S1.
Post-Op Diagnosis:    Herniated nucleus pulposus, L5-S1.


TC1

<<< PAGE    2 >>>

*** RADIOLOGY REPORT ***

Patient Name: FONTANA, TRISH ANN            DOB: 06/02/1967

MRN: 980404528              Gender: F      Location: USUR (MCY)

Exam Desc: XRAY SPINE ONE VIEW

                                           Accession Date:  06/30/2011 12:52
                                           Dictated on   :  06/30/2011 14:01

Attending MD:   JORY D RICHMAN

Requesting MD:  JORY D RICHMAN

Accession #: 64627331                      Visit Number: 0334426881179

Attending Interpreter:       BEATRICE A CARLIN
Assisting Interpreter:

*** FINAL REPORT ***

Reason for the Exam: LUMBAR DISC DISPLACEMENT

CLINICAL HISTORY:
Intraoperative evaluation.

COMPARISON:
MRI of the lumbar spine performed on 06/22/2011.

FINDINGS:
A metallic marker is present at the posterior aspect of the lumbar
spine at the L5-S1 level.

END OF IMPRESSION:
RELEVANT CLINICAL INFORMATION: LUMBAR DISC DISPLACEMENT
Dictated by:  BEATRICE A CARLIN
Signed by:  BEATRICE A CARLIN
Signed on: 06/30/2011 at 2:01 PM

<<< PAGE    1 >>>

*U*P*M*C* FONTANA,TRISH Acct#:0334426881179

UPMC MERCY
ORTHOPAEDICS
OPERATIVE REPORT

PATIENT NAME:  FONTANA, TRISH A
ACCOUNT #:  0334426881179
SURGEON:  Jory D. Richman, M.D.
ATTENDING PHYSICIAN:  JORY D RICHMAN
SURGERY DATE:  06/30/11
ADMISSION DATE:  06/30/2011
DISCHARGE DATE:

PREOPERATIVE DIAGNOSIS:

HERNIATED NUCLEUS PULPOSUS, L5-S1, RIGHT SIDE.

POSTOPERATIVE DIAGNOSIS:

HERNIATED NUCLEUS PULPOSUS, L5-S1, RIGHT SIDE.

PROCEDURE PERFORMED:

MICRODISKECTOMY, L5-S1, RIGHT SIDE.

ASSISTANT:

Geoffrey D. Cornelsen, D.O.

ANESTHESIA:

General.

INDICATION:

This patient is a 44-year-old woman with L5-S1 disk herniation causing
significant compression of the right S1 nerve root.  She has elected to undergo
a microdiskectomy.  The surgical risks were discussed with her including the
risk of recurrence, vascular injury, infection, nerve damage, and CSF leak.
She understands the surgical risks and wishes to proceed.

DESCRIPTION OF PROCEDURE:

Following the induction of general anesthesia, she was positioned prone on a
Kambin frame, and her lumbar area was prepped and draped in a sterile fashion.
 A 3 cm incision was made at the L5-S1 interspace.  The fascia was incised, and
an intraoperative x-ray was taken to confirm localization.

Under an operating microscope, a small laminotomy was performed at L5-S1 and
the S1 nerve root was identified.  There was an extremely large extruded disk
herniation that had migrated proximally and this was removed with a pituitary
rongeur.  The annulus was explored by making a longitudinal separation and some
additional nuclear material was removed.  However, the majority of the

*U*P*M*C* FONTANA,TRISH Acct#:0334426881179
compression came from the large extruded fragment. Following this diskectomy
and a Valsalva maneuver was performed, and there was no evidence of CSF leak.
The wound was irrigated and 80 mg of Depo-Medrol was instilled over the
laminotomy site.  The deep fascia was closed with 0 Polysorb suture.  The
subcutaneous tissue was closed with 2-0 Polysorb suture, and the skin was
closed with a running subcuticular 4-0 Monocryl suture and Dermabond.  A
sterile dressing was applied, and she was transferred to the Recovery Room in
good condition.


_____

Authenticated electronically at end of document

Dictator:  Jory D. Richman, M.D.

JDR/za

D:  06/30/2011 13:19:54
T:  06/30/2011 22:01:48
R:  06/30/2011 22:01:48/za
40454484/3459093/37053268

CC:

Authenticated by Jory D. Richman, MD On 07/07/2011 07:21:03 AM

### *** RADIOLOGY REPORT ***

Patient Name: FONTANA, TRISH ANN          DOB: 06/02/1967

MRN: 980404528              Gender: F      Location: UOUT (MCY)

Exam Desc: XRAY CHEST FRONTAL AND LATERAL VIEWS

                                         Accession Date:  06/27/2011 10:35
                                         Dictated on   :  06/27/2011 12:28

Attending MD:   JORY D RICHMAN

Requesting MD:  JORY D RICHMAN

Accession #: 64595013                    Visit Number: 0334426881178

Attending Interpreter:       E. ROBERT GATES
Assisting Interpreter:

### *** FINAL REPORT ***

Reason for the Exam: PRE OP/BACK SX

CLINICAL HISTORY:
Preoperative examination.

TECHNIQUE:
Two views were obtained.

FINDINGS:
The heart is normal in size and the lungs are clear. There are no
pleural or mediastinal lesions.

IMPRESSION:

Normal heart size and clear lungs without change since a prior
examination dated 06/07/2010.

END OF IMPRESSION:
RELEVANT CLINICAL INFORMATION: PRE OP/BACK SX
Dictated by:  E. ROBERT GATES
Signed by:  E. ROBERT GATES
Signed on: 06/27/2011 at 12:28 PM

<<< PAGE    1 >>>

*U*P*M*C* FONTANA,TRISH Acct#:0334426881173

UPMC MERCY
EMERGENCY DEPARTMENT EVALUATION

PATIENT NAME:  FONTANA, TRISH A
ACCOUNT #:  0334426881173
DATE OF SERVICE:  06/22/2011


CHIEF COMPLAINT: Worsening back pain, right leg numbness

HISTORY OF PRESENT ILLNESS: 44-year-old female who developed spontaneous
right-sided low back pain accompanied by a right lower extremity numbness about
2-1/2 weeks ago. There was no recall of any trauma or change in activities
prior to the initial pain initiation. The patient was seen several times by a
chiropractor with no relief. She then subsequently came to the emergency
department about 3 days ago and was evaluated and felt to have sciatica. She
was referred to orthopedics however has not been able to get an appointment so
far. The patient's complaint of pain as well as some subjective weakness of the
right lower extremity and numbness has worsened. She has numbness that goes
from the buttocks around the lateral thigh and into the heel and forefoot. The
patient denies any urinary or bowel symptoms other than mild constipation since
starting the medications prescribed at her last visit. There is no clear
perineal numbness however it feels somewhat unusual for the patient's report.
There is no history of fever. There is no infectious episode prior to onset.
She does have a history hemangiomas in the liver.

REVIEW OF SYSTEMS: All systems listed below were reviewed and are negative
unless otherwise noted in the report.
General no fever no recent illness
EYES
ENT
Cardiac
Respiratory
Gastrointestinal no abdominal pain no fecal incontinence. Some constipation
since starting Percocet
Genitourinary no urinary frequency urgency or retention
Musculoskeletal
Dermatologic no skin rash
Neurological


PAST MEDICAL HISTORY: See Chart history of liver hemangiomas, ankle fracture.
No diabetes, hypertension
MEDICATIONS: Reviewed and agree with nurses notes Percocet ibuprofen

ALLERGIES: Reviewed and agree with nurses notes morphine-vomiting

SOCIAL HISTORY: See Chart

PHYSICAL EXAM: Vital Signs reviewed nurses' note afebrile. Vital signs stable
PATENT STATUS: alert and comfortable

*U*P*M*C* FONTANA,TRISH Acct#:0334426881173
HEAD: atraumatic, normocephalic
EYES: PERRL, EOMI. No conjunctival injection or exudate
THROAT: Airway Patent. Mucous membrane pink and moist. No oral mucosal lesions.
No pharyngeal inflammation, exudate or tonsillar hypertrophy.
NECK: Supple with FROM. No palpation tenderness or lymphadenopathy.
LUNGS: Respirations unlabored with good air entry bilaterally. Breath sounds
clear without stridor, wheezing or crackles.
HEART: Regular rate and rhythm. No murmur, gallop or rub.
Back: There is reproducible tenderness both the midline in the paralumbar
regions in the mid to upper lumbar back. There is pain with range of motion.
There is no erythema, warmth or redness overlying the spine
ABDOMEN: Non-distended with active bowel sounds. No tenderness, rebound or
guarding. No hepatosplenomegaly or mass.
SKIN: Warm ,dry, without rashes
MUSCULOSKELETAL:Extremities are symmetrical, FROM, without tenderness or edema
distal pulses are intact.
NEUROLOGICAL:Alert and oriented. Cranial nerves intact. Motor and sensory
functions intact with the exception of a decreased sensation in the right
lateral foot, right lateral calf and thigh.
Deep tendon reflexes are 2+ at the left patella and ankle jerks, 1+ at the
right patella and difficult to elicit at the right ankle jerk.
Motor strength in the foot extensor on the right seems to be slightly decreased
although this may partially related pain
DIAGNOSTIC STUDIES: MRI: as read by radiology there is a large right-sided disc
herniation at the L5-S1 interspace with a free fragment.

HOSPITAL COURSE/ Medical decision-making: an intravenous was placed in the
patient was treated with Dilaudid 1 mg for pain. She was also given a dose of
Decadron for anti-inflammatory affect. Given the findings on exam an MRI is the
most appropriate test at this point. Possible given the worsening of symptoms
and that demonstrated findings we will attempt to obtain this today from the
emergency department.
The patient maintain good pain control. She was a note Torre in emergency
department without significant problems.
Re-examination: There continues to be some minor decrease in extension of the
right great toe as well as a decrease in the right ankle jerk reflex.
The covering physician for Dr Richman was contacted they agree with the initial
dose of steroids but did not opt for any further steroids. the patient was
advised to contact the office tomorrow for possibility of accelerating her
appointment.

Given a continued improvement in her pain and keeping with the patient's wishes
she was discharged home to continue with her pain control regimen. Short term
she has any further worsening of symptoms prior to being evaluated by the
orthopedic service.

DIAGNOSIS: L5 S1 herniated disc, right lumbar radiculopathy

DISPOSITION:
The patient was discharged home in stable condition. A customized computer
generated instruction sheet was given and a copy is attached to the chart.

*U*P*M*C* FONTANA,TRISH Acct#:0334426881173


Note Initiated by:  John Murray, M.D.

D:  06/22/2011 22:35:17
40334066/36932474

Document authenticated by:John Murray, M.D., on 06/22/2011 22:35:19.

```
REPORT 06/23/2011 18:59                                          PAGE   1
UPMC Mercy
1400 Locust Street
Pittsburgh, PA 15219
Name: FONTANA,TRISH ANN                         Ad.Date: 06/22/2011
Loc.: UDEM                                       Med.Rec.No.: 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
Dr.: Whiteford,John Ryan                         Acct.No.: 000334426881173
Age: 44Y  Birth: 06/02/1967
Sex: F

      ******************* Inorganic/Organic Analyses *******************
   DATE:              06/22/11
   TIME:              +1842                    Reference  Units
   LOC:               UDEM
        _____
   Calcium            9.7                  8.8-10.3   MG/DL
   BUN                8                    6-24       MG/DL
   SODIUM             138                  136-144    MMOL/L
   POTASSIUM          3.7                  3.5-4.9    MMOL/L
   CHLORIDE           106                  98-109     MMOL/L
   CO2                25                   22-32      MMOL/L
   AGAP               7                    4-12       MMOL/L
   GLUCOSE,NF         93                   70-99      MG/DL
   CREATININE         0.69                 0.50-1.17  MG/DL
                      T24D1
   GFRAA              >59                  >59        ML/MIN
   GFROT              >59                  >59        ML/MIN
   GFRCM              CGFR
   ---FOOTNOTES---
   CGFR   GFR IS ESTIMATED - CHRONIC KIDNEY DISEASE: <60 ML/MIN/1.73M2  -  KIDNEY
          FAILURE: <15 ML/MIN/1.17M2
   T24D1  Creatinine standardized to reference material traceable to internationally
          accepted Isotope Dilution Mass Spectrometry (IDMS) method.
   _____
UPMC Mercy Hospital  Pittsburgh PA  15219
Data range flags: * = panic (critical) value
        L=out of reference range low H=out of reference range high
        @=out of reference range on non numeric result              PAGE: 1
```

```
REPORT 06/23/2011 18:59                                        PAGE    2

UPMC Mercy

1400 Locust Street

Pittsburgh, PA 15219

Name: FONTANA,TRISH ANN                        Ad.Date: 06/22/2011

Loc.: UDEM                                      Med.Rec.No.: 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

Dr.: Whiteford,John Ryan                        Acct.No.: 000334426881173

Age: 44Y   Birth: 06/02/1967

Sex: F

       ************************ STAT ORDER APPENDIX ************************

       COLLECT

     DATE        TIME      TEST NAME              CREDITED
     _____   _____   _____   _____

     06/22/11    1842      Basic Metabolic Panel
```
_____

UPMC Mercy Hospital  Pittsburgh PA  15219

Data range flags: * = panic (critical) value

       L=out of reference range low H=out of reference range high

       θ=out of reference range on non numeric result            PAGE: 2

*** RADIOLOGY REPORT ***

Patient Name: FONTANA, TRISH ANN          DOB: 06/02/1967

MRN: 980404528          Gender: F          Location: UDEM (MCY)

Exam Desc: MR SPINE LUMBAR WITHOUT CONTRAST

                                          Accession Date:  06/22/2011 21:07
                                          Dictated on   :  06/22/2011 21:59

Attending MD:    JOHN R WHITEFORD

Requesting MD:   JOHN MARTIN MURRAY

Accession #: 64565911                     Visit Number: 0334426881173

Attending Interpreter:       BARTON F BRANSTETTER
Assisting Interpreter:

*** FINAL REPORT ***

Reason for the Exam: progressive back pain, left leg numbness and decreased refl

CLINICAL HISTORY:
Back pain, paresthesias, and diminished reflexes.

TECHNIQUE:
Sagittal and axial short and long TR images were obtained through the
lumbar spine.

COMPARISON:
None.

FINDINGS:
The overall alignment of the lumbar spine is preserved. No bone
marrow signal abnormalities are seen. The spinal cord is normal in
signal and terminates at a normal level.

At L4-5, there is a diffuse disc bulge with overlying central disc
herniation that causes moderate left lateral recess stenosis. No
foraminal stenosis results.

At L5-S1, there is a large right paracentral and lateral disc
herniation that completely occludes the lateral recess and severely
stenosis of the neural foramen. There is a free fragment of disc that
is migrated slightly cranially behind the L5 vertebral body. The L5
nerve root as it exits is engorged, and edematous.

IMPRESSION:

There is huge right-sided disc herniation with a free fragment at
L5-S1. There is lateral recess stenosis at the left at L4-5.

END OF IMPRESSION:
RELEVANT CLINICAL INFORMATION: progressive back pain, left leg numbness and decr
Dictated by:   BARTON F BRANSTETTER
Signed by:   BARTON F BRANSTETTER
Signed on: 06/22/2011 at 9:59 PM

<<< PAGE    1 >>>

*U*P*M*C* FONTANA,TRISH Acct#:0334426881170

UPMC MERCY
EMERGENCY DEPARTMENT EVALUATION

PATIENT NAME:  FONTANA, TRISH A
ACCOUNT #:   0334426881170
DATE OF SERVICE:  06/19/2011


CHIEF COMPLAINT: Back Pain

HISTORY OF PRESENT ILLNESS: The patient presents with a 2 weeks history of
right lumbosacral back pain. The pain began without provocation.. The pain is
described as severe, sharp and is radiating into the right leg.. The pain is
made worse with movement The patient the patient describes paresthesias
intermittently over the right lateral calf but denies any weakness or bowel or
bladder difficulty. The patient also denies abdominal, dysuria, frequency or
flank pain Home treatment has been NSAID's. She has been seeing a chiropractor
without relief of symptoms.

REVIEW OF SYSTEMS: All systems listed below were reviewed and are negative
unless otherwise noted in the report.
General
Gastrointestinal
Genitourinary
Musculoskeletal
Neurological

PAST MEDICAL HISTORY: See HPI achilles tendonitis; Bronchitis, acute; GERD

MEDICATIONS: Reviewed and agree with nurses notes

ALLERGIES: Reviewed and agree with nurses notes

FAMILY MEDICAL HISTORY:

SOCIAL HISTORY: In speaking

PHYSICAL EXAM: Vital Signs: Reviewed and agree with nurses notes
PATENT STATUS: alert and comfortable
BACK: Paravertebral lumbosacral tenderness to palpation without swelling or
discoloration.
MUSCULOSKELETAL: Extremities are symmetrical, FROM, without swelling or
tenderness
NEUROLOGICAL: Motor and sensory examination of the lower extremities intact.
Knee and ankle reflexes normal.

DIAGNOSTIC STUDIES:

HOSPITAL COURSE:

*U*P*M*C* FONTANA,TRISH Acct#:0334426881170
MEDICAL DECISION MAKING: The patients clinical presentation is consistent with
lumbar sciatica No clinical evidence of myelopathy, or cauda equine syndrome.
We are treating the patient symptomatically with NSAIDS and a limited supply of
oral opiates. We have recommended follow up with Dr. Richman for further
evaluation and treatment.. The patient knows to return promptly for new or
worsening symptoms.


DIAGNOSIS: Lumbar radiculopathy


DISPOSITION: The patient was discharged home in stable condition. A customized
computer generated instruction sheet was given and a copy is attached to the
chart.




Note Initiated by:  Bruce W. Rosenthal, MD


D:  06/22/2011 09:20:11
40316922/36922909

Document authenticated by:Bruce W. Rosenthal, MD, on 06/22/2011 09:20:13.

*** RADIOLOGY REPORT ***

Patient Name: FONTANA, TRISH ANN            DOB: 06/02/1967

MRN: 980404528              Gender: F        Location: JPAT (MCY)

Exam Desc: CHEST FRONTAL AND LATERAL VIEWS

                                            Accession Date:  06/07/2010 10:24
                                            Dictated on   :  06/07/2010 10:34

Attending MD:   JAMES N DEANGELO

Requesting MD:  JAMES N DEANGELO

Accession #: 61588953                       Visit Number: 0334426880158

Attending Interpreter:        STEVEN P KARR
Assisting Interpreter:

*** FINAL REPORT ***

Reason for the Exam: COUGH, WHEEZING, SOB


EXAMINATION PERFORMED:
CHEST FRONTAL AND LATERAL VIEWS   06/07/10     1014 HOURS

CLINICAL HISTORY:
Cough and wheezing.

TECHNIQUE:

PA and lateral views

FINDINGS:

The lungs, cardiovascular silhouette and pulmonary vasculature are
normal.No pleural changes or osseous abnormalities are seen.

IMPRESSION:

NORMAL CHEST.

END OF IMPRESSION:
RELEVANT CLINICAL INFORMATION: COUGH, WHEEZING, SOB




                        <<< Page     1 >>>



03/29/10 09:24 AM    Regent via VSI-FAX   Fax#                    Page 2 of 3 #90100

03/29/10    BRENTWOOD MEDICAL GROUP           Acct#: 13626
Trishann Fontana         DOB: 06/02/1967 Sex: F    Age: 42 years

Nurse Note: CC: PRE-OP SURG 4-7-10 - DR. DAVID MANCE (FAX 412-881-1026)

### Subjective
CC: Patient presents for preoperative visit.
HPI: Presents for consultation and pre-op clearance exam.
Pre-op clearance exam: Surgeon: Dr David Mance
ROS:
Const: Denies constitutional symptoms.
ENMT: Denies ear symptoms.
Resp: Denies respiratory symptoms.
Musculo: Reports foot pain.
Surgical Risk Factors:
Hx of blood dyscrasias or easy bleeding? no
Hx of untoward anesthetic reaction? no
Hx of recent steroid use? no
Hx of diabetes? no
Hx of hypertension? no
Hx of laryngeal or tracheal damage? no
Hx of cervical spine pain/fracture/surgery? no
Hx of reaction to iodine or tape or latex? no
Hx of transfusions? no
Use of contacts? no
Use of dentures/partial dentures? no

Current Meds:Ibuprofen 800 mg, Prilosec 20 mg, Proair HFA 108 (90 Base) mcg/ac, Zyrtec Allergy
10 mg, Omnaris 50 mcg/Act, Pataday 0.2 %
Allergies:    Penicillin, Morphine, Pentothal

PMH:
Medical Problems:
None
Surgical Hx:
None
Reviewed, no changes.
FH:
Reviewed, no changes.
SH:
Personal Habits:Cigarette Use: Current Cigarette Smoker 1 Pack Daily.Alcohol: Denies alcohol
use.
Reviewed, no changes.

### Objective:
Wt: 155lb Wt Prior: 143lb as of 03/08/10 Wt Dif: +12lb Ht: 63.25" 5'3.25" BP: 120/70 T: 98.5
Pulse: 78 BMI: 27.2 IBW: 115

Exam:

03/29/10 09:24 AM  medent via VSI-FAX  Fox#                    Page 3 of 3  #50100

Trishann Fontana  DOB 06/02/1967                          Page #2

Const: Appears healthy and well developed. No signs of acute distress present. Alert and oriented.
Head/Face: Normal on inspection.
Eyes: Conjunctivae clear. PERRL. Sclerae are anicteric.
ENMT: External ears WNL. Oropharynx: Appears normal.
Neck: No JVD. Carotids: 2+ and equal bilaterally, without bruits.
Resp: AP diameter is unremarkable. Clear to auscultation.
CV: Rate is regular. Rhythm is regular. S1 is normal. S2 is normal. No heart murmur appreciated. No extra sounds. Pedal pulses: 2+ and equal bilaterally. Extremities: Peripheral circulation is grossly normal. No edema of the lower limbs bilaterally.
Abdomen: Positive bowel sounds. No bruits. Normal to percussion. Abdomen is soft, nontender, and nondistended without guarding, rigidity or rebound tenderness. No abdominal masses. No pulsatile masses present. No palpable hepatosplenomegaly.
Lymph: No palpable or visible regional lymphadenopathy.


Assessment #1:  V72.83 Examination Preoperative Other Spec
Comments            : NO CONTRAINDICATION FOR SURGERY
Plan:
Lab                 : BMP Basic Metabolic Panel
                      CBC W/Diff & PLT

Assessment #2:  729.5 Pain In Limb
Plan:
Follow Up            : . (Follow up)


Seen By:                                    03/29/2010 9:22 am


                                    Authenticated by
                                    David J Mance
                                    On 04/15/2010 11:56:09 AM


Trishann Fontana  DOB 06/02/1967                          Page #2

*U*P*M*C* FONTANA,TRISH Acct#:0334426880082

UPMC MERCY AT SOUTH SIDE OUTPATIENT CENTER
Podiatry
Same Day Surgery Operative Report

PATIENT NAME:  FONTANA, TRISH A
ACCOUNT #:  0334426880082
SURGEON:  David J. Mance, D.P.M.
SURGERY DATE:  04/07/10


TITLE OF OPERATION:

LEFT ANKLE ARTHROSCOPIC DEBRIDEMENT.

ANESTHESIA:

LOCAL WITH MAC USING 25 mL OF 1% LIDOCAINE (PLAIN).

PREOPERATIVE DIAGNOSIS:

LEFT ANKLE ARTHRITIS AND SYNOVITIS.

POSTOPERATIVE DIAGNOSIS:

LEFT ANKLE ARTHRITIS AND SYNOVITIS.

SURGEON:

David J. Mance, D.P.M.

ASSISTANT:

Joseph Yeargain, D.P.M.

HEMOSTASIS:

Left calf pneumatic tourniquet.

ESTIMATED BLOOD LOSS:

Less than 15 mL.

MATERIALS:

Nylon suture.

INDICATIONS:

The patient was seen in Dr. Mance's office complaining of  severe pain to the
anterolateral ankle gutter. Radiographs confirmed a decrease in joint space,
and clinical exam confirms pain with range of motion and palpation to the
anterolateral gutter. A diagnostic joint injection was performed relieving the
patient's symptoms. Therefore, it was deemed necessary to undergo arthroscopic

*U*P*M*C* FONTANA,TRISH Acct#:0334426880082
surgical debridement of the left ankle joint.

DESCRIPTION OF OPERATION:

The patient was identified in the preoperative holding area. Formal consent was
signed, including: all risks, benefits, complications, and alternatives of the
procedure. The correct operative site was marked as the left lower extremity.
The patient was in full agreement with the treatment plan.

Next, the patient was brought into the Operating Room and placed on the table
in a supine position. A pneumatic left calf tourniquet was placed. The first
time-out was performed, including: the patient's full name, medical record
number, correct operative site, and any allergies.

Next, the area was scrubbed, prepped, and draped in the usual, aseptic manner.
25 mL of 1% lidocaine (plain) was used in an ankle block fashion. IV sedation
was performed.

Next, attention was directed to the left ankle where two stab incisions were
made in a typical anterolateral and anteromedial ankle scope portals. These
were deepened down to the capsule layer using a curved hemostat, and using a
blunt obturator with a cannula, the instrumentation was inserted into the
portals. A 4.0 arthroscope was used as well as a soft-tissue shaver in order to
debride extensive synovitis from the anterior portion of the lateral and medial
ankle gutters with severe synovitis noted to the anterolateral ankle
_____. Following debridement, the ankle scope was clear, and there were no
osteochondral defects noted. Excellent range of motion was maintained. There
were no osteophyte formations on the anterior tibial, and no adhesions were
noted. No vastus lesion was identified.

Next, copious lavage was performed to the left ankle joint using lactated
Ringer's, and the portals were closed with horizontal-mattress sutures using
nylon 3-0. A sterile compressive dressing was in place to the ankle joint using
4 x 4s, Kerlix, and an Ace bandage. The tourniquet was deflated, and a prompt
hyperemic response was noted to the left foot.

The patient tolerated the procedure and anesthesia well and was transferred to
the PACU with vital signs stable and vascular status intact to the left foot.

The patient will be given a prescription for Percocet 5/500 (#30) to be taken
one every four-to-six hours, as needed, for pain. She will be made
weightbearing, as tolerated, to the left lower extremity using a postoperative
shoe and crutches, as needed. She will follow up with Dr. Mance in one week.

ATTESTATION STATEMENT:

Dr. Mance was present for the entire case.


_____
David J. Mance, D.P.M.

DICTATED BY:  Joseph Yeargain, D.P.M.

*U*P*M*C* FONTANA,TRISH Acct#:0334426880082

JY/kmk

D:  04/07/2010 09:07:09
T:  04/07/2010 13:33:58
R:  04/07/2010 13:33:58/kmk
31845184/2575885/29240647

CC:

Authenticated by David J Mance On 04/15/2010 11:56:02 AM

**EXHIBIT NO. 5F**
**PAGE: 40 OF 40**

# UPMC

# INVOICE

Health Information Management
Release of Information Department
Melwood Building – Lower Level
200 Lothrop Street
Pittsburgh, PA 15213

Date    May 18, 2013
Request #    246262

BILL TO:
Bureau of Disability
S67 Greensburg/PA-DDS P O Box 8751
London KY 40742

| Patient Name | Medical Record/Soc Security # | UPMC Facility |
|---|---|---|
| FONTANA, TRISH A | 980404528 | Mercy (MCY) |

| | |
|---|---|
| **Total Pages Released** | 39 |
| **Balance Due** | $26.12 |

**Dear Requestor:**
This letter is to inform you that the Health Information Management, Release of Information Department for UPMC Mercy Hospital has received your request for release of medical record information on the above referenced patient(s).  Enclosed are the medical records that you have requested.

**Payments**
Please make check or money order payable to UPMC Mercy Hospital and be sure to include this invoice along with the payment.  All payments are to be sent to the UPMC address at the top of this letter.  For your records, our tax id number is 25-0965429. If you would like to make a payment via credit card, log onto the following website and choose "Medical Record" as the Type of Bill. Information from your invoice will be needed. https://npaybill.upmc.com

**Films and Photographs**
Please note that a request for a complete medical record will not include photographic or radiographic images. Photographs will need to be specifically requested on the authorization. Radiology images will need to be requested from the appropriate radiology department located in the hospital at which the patient was seen.

**Questions/Canceling Requests**
If records are no longer needed or you wish to cancel this request for any reason, please notify the Release of Information Department so that the balance can be removed from your name.  All cancellations and any questions related to this invoice can be directed to the Release of Information Department at 412-802-0100, Monday – Friday, 8:00am – 5:00pm.

*DISCLOSURE STATEMENTS:*

*_____This information has been disclosed to you from records whose confidentiality is protected by state and federal law. Federal regulations (42 CFR Part 2) prohibit you from making any further disclosure of this information without the specific written authorization of the person to whom it pertains or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.*

*_____This information has been disclosed to you from records whose confidentiality is protected by State statute. State regulations limit your right to make any further disclosure of this information without prior written consent of the person to whom it pertains. This information has been disclosed to you from records that may be protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. This information has been disclosed to you from records protected by Pennsylvania law. Pennsylvania law prohibits you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or is authorized by the Confidentiality of HIV-Related Information Act. A general authorization for the release of medical or other information is not sufficient for this purpose.*

*The paper copy of an electronic record can vary in format and content, depending on how or when the record was printed. If there are questions as to the format or content of the electronic chart, please contact us at the number above.*

*The paper copy of the electronic anesthesia record may contain truncated data. If the banner bar of the anesthesia record contains the statement "Actions – Refer to the electronic record for complete data", please contact us at the number above if the complete anesthesia record is needed.*

**318**